# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, et al., individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, et al.,<br><br>Defendants. | CASE: 1:21-cv-00179-AWI-BAM<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT AS MOOT**<br><br>(Doc. No. 33) |

In this action, Plaintiffs allege that California State University, Fresno ("Fresno State") has discriminated against female student-athletes in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX").

Plaintiffs filed the Complaint on February 12, 2021. Doc. No. 1. Defendants filed a motion to dismiss the Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure on April 19, 2021, Doc. No. 33, but have not yet answered the Complaint. On May 3, 2021, Plaintiffs filed a First Amended Complaint ("FAC"). Doc. No. 36.

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure provides, in pertinent part, that "[a] party may amend its pleading once as a matter of course … within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b)…whichever is earlier." Fed.R.Civ.P. 15(a)(1)(B); see also, Schreiber Distrib. Co. v. Serv-Well Furniture Co., 806 F.2d 1393, 1401 (9th Cir. 1986) (stating that "[n]either the filing nor granting of [a motion to dismiss]

before answer terminates the right to amend …." (citation and internal quotation marks omitted)).

An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (citation and internal quotation marks omitted). Here, the FAC was timely filed less than 21 days after Defendants' motion to dismiss the Complaint. See Fed.R.Civ.P. 15(a)(1)(B). Defendants' April 19, 2021 motion therefore attacks a "non-existent" pleading and will be denied as moot. See Ramirez, 806 F.3d at 1008.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss the Complaint (Doc. No. 33) is DENIED as moot.

IT IS SO ORDERED.

Dated:  May 12, 2021

_____
SENIOR DISTRICT JUDGE