Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
CADDELL & CHAPMAN
628 East 9th St.
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906
E-mail: mac@caddellchapman.com
E-mail: cbc@caddellchapman.com
E-mail: aet@caddellchapman.com

Arthur H. Bryant (SBN 208365)
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:21-cv-00179-AWI-BAM<br><br>**[~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS**<br><br>Date: June 14, 2021<br>Time: 1:30 pm<br>Ctrm: 2, 8th floor<br>Judge: Anthony W. Ishii |

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the hearings on Plaintiffs' Notice of Motion and Motion for Reconsideration of the Court's Order Denying in Part Their Motion for Preliminary Injunction (ECF 39) and Defendants' Motion to Dismiss Plaintiffs' amended complaint, (ECF 42), are continued to June 21, 2021.

IT IS FURTHER ORDERED that Defendants shall file their response to Plaintiffs' Notice of Motion and Motion for Reconsideration of the Court's Order Denying in Part Their Motion for

CASE NO. 1:21-cv-00179-AWI-BAM – 1 –

Preliminary Injunction (ECF 39) no later than June 7, 2021, and that Plaintiffs shall file their response to Defendants' Motion to Dismiss Plaintiffs' amended complaint (ECF 42) no later than June 7, 2021.

IT IS FURTHER ORDERED that Plaintiffs shall file their reply in support of their Notice of Motion and Motion for Reconsideration of the Court's Order Denying in Part Their Motion for Preliminary Injunction (ECF 39) no later than June 14, 2021, and that Defendants shall file their reply in support of their Motion to Dismiss Plaintiffs' amended complaint (ECF 42) no later than June 14, 2021.

IT IS SO ORDERED.

Dated: May 27, 2021

_____
SENIOR DISTRICT JUDGE