

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSY EVANS, ABBIGAYLE ROBERTS, MEGAN WALATTIS, and TARA WEIR, individually and on behalf of all of those similarly situated, | Case No. 1:21-cv-00179-AWI-BAM |
| Plaintiff(s), | |
| v. | |
| CALIFORNIA STATE UNIVERSITY, FRESNO, TERRENCE TUMEYA, In his official capacity as Director of Athletics at California State University, Fresno; JOSEPH CASTRO, in his official capacity as former President of California State University, Fresno and DR. SAUL JIMENEZ-SANDOVAL, in his official capacity as Interim President of California State University, Fresno, | |
| Defendant(s). | |

I, Benjamin J. Hogan, attorney for the Plaintiffs, hereby, petition for admission to Practice Pro Hac Vice under the provisions of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Bailey & Glasser, LLP |
| Address: | 6 Canyon Road, Suite 200 |
| City: | Morgantown |
| State: | West Virginia   ZIP Code: 25608 |
| Voice Phone: | (304) 345-6555 |
| FAX Phone: | (304) 594-9709 |
| Internet E-mail: | bhogan@baileyglasser.com |

Additional E-mail: _____

I reside in City:   Morgantown   State:   West Virginia

I was admitted to practice in the Supreme Court of Appeals of West Virginia on September 21, 2016. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Michael A. Caddell, Esq. (SBN 249469

Firm Name:   Caddell & Chapman

Address:      Caddell & Chapman

              628 East 9th Street

City:         Houston

State:        TX   ZIP Code: 77007-1722

Voice Phone:  (713) 751-0400

FAX Phone:    (713) 751-0906

E-mail:       mac@caddellchampman.com

Dated: June 14, 2021        Petitioner: _____

## **ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on June 15, 2021.

IT IS SO ORDERED.

Dated:  **June 17, 2021**                    /s/ Barbara A. McAuliffe