

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, and TARA WEIR, individually and on behalf of all those similarly situated

*Plaintiffs*,

v.

CALIFORNIA STATE UNIVERSITY, FRESNO; TERRENCE TUMEY, in his official capacity as Director of Athletics at California State University, Fresno; JOSEPH CASTRO, in his official capacity as former President of California State University, Fresno; and DR. SAÚL JIMÉNEZ-SANDOVAL, in his official capacity as Interim President of California State University, Fresno

*Defendants*.

Case No.: 1:21-CV-00179-AWI-BAM

I, <u>Loria A. Bullock,</u> attorney for <u>the Plaintiffs,</u> hereby, petitions for admissions to Practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Bailey & Glasser, LLP</u> |
| Address: | <u>Post Office Box 197</u> |
| | |
| City: | <u>Ankeny</u> |
| State: | <u>IA</u>   ZIP Code: <u>50023</u> |
| Voice Phone: | <u>(304) 345-6555</u> |
| FAX Phone: | <u>(304) 342-1110</u> |
| Internet E-mail: | <u>lbullock@baileyglasser.com</u> |
| Additional E-mail: | |
| I reside in City: | <u>Ankeny</u>  State: <u>IA</u> |

I was admitted to practice in the <u>Iowa State Bar</u> on <u>September 18, 2014</u>. I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Michael A. Caddell, Esq. (SBN 249469) |
| Firm Name: | Caddell & Chapman |
| Address: | P.O. Box 1311 |
| City: | Monterey |
| State: | CA        ZIP Code: 93942 |
| Voice Phone: | (713) 751-0400 |
| FAX Phone: | (713) 751-0906 |
| E-mail: | mac@caddellchapman.com |

Dated: <u>December 10, 2021</u>     Petitioner: _Lori A. Bullock_

**ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on December 10, 2021.

IT IS SO ORDERED.

Dated:  **December 13, 2021**                     /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE