UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-AWI-BAM<br><br>**ORDER VACATING HEARING**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE PRELIMINARY SCHEDULING ORDER**<br><br>(Doc. 86) |

On January 25, 2022, Plaintiffs filed the instant motion requesting that Preliminary Scheduling Order, (Doc. 83), be modified to extend the class certification briefing schedule pursuant to Federal Rule of Civil Procedure 16, setting a hearing on February 25, 2022, before the undersigned. (Doc. 86.) However, Plaintiffs represent that Defendants agree with Plaintiffs' request to modify the class certification briefing, and the parties have agreed on a proposed briefing schedule, which does not alter the hearing set by this Court on May 16, 2022. (*Id.* at 3.) Accordingly, in the absence of any opposition to the motion, the hearing on the motion is VACATED, and the matter is submitted upon the record. L.R. 230(g).

1

In their moving papers, Plaintiffs assert that good cause exists to amend the class certification briefing schedule, indicating that when the Preliminary Scheduling Order was entered on December 17, 2021, they anticipated that FERPA notices would be sent to student-athletes at Fresno State shortly thereafter. However, the Stipulation and Proposed Order for the Production of FERPA records, as revised at the Court's request, was not filed until January 3, 2022, due to a miscommunication among the parties on whether an agreement had been reached, as well as holiday travel by counsel. The revised stipulation reflected additional time to send out the FERPA notices, and the Stipulated Order was not entered by the Court until January 5, 2022.[1] (Doc. 86 at 2.) At that time, FERPA notifications were sent to student-athletes at Fresno State, and there is a twenty-one-day waiting period before Defendants can provide Plaintiffs with the FERPA-protected information. (*Id.*) Plaintiffs contend that now that notice has been sent to third-parties, Defendants should soon begin to provide Plaintiffs with documents pursuant to the FERPA protective order. In order to review those records for use in the class certification briefing, Plaintiffs report that they need a short extension of time to file their Class Certification Motion. (*Id.* at 2-3.)

Having considered the unopposed motion, and good cause appearing, Plaintiffs' request to modify the Preliminary Scheduling Order is GRANTED. Fed. R. Civ. P. 16(b)(4). The Class Certification briefing is modified as follows:

1. Class Certification Motion Filing Deadline: February 25, 2022 (from February 4, 2022);
2. Class Certification Opposition: April 27, 2022 (from April 6, 2022);
3. Class Certification Reply: May 9, 2022 (from May 6, 2022);

The Class Certification motion hearing remains as set on May 16, 2022, at 1:30 p.m. in Courtroom 2 (AWI) before Senior District Judge Anthony W. Ishii. All other deadlines in the

---

[1] Plaintiffs' moving papers indicate that the Stipulation and Proposed Order was filed by Defendants on "January 3, 2021," and the Stipulated Order was entered by the Court on "January 5, 2021." (Doc. 86 at 2.) The reference to "2021" appears to be a typographical error. As reflected on the Court's docket, the Stipulation and Proposed Order was filed on January 3, 2022, (Doc. 84), and the Stipulated Order was entered on January 5, 2022, (Doc. 85).

Preliminary Scheduling Order remain in effect.  As stated above, the February 25, 2022 hearing on the motion to modify the schedule is VACATED.

IT IS SO ORDERED.

    Dated: **January 27, 2022**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE