Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906
E-mail: mac@caddellchapman.com

Arthur H. Bryant (SBN 208365)
Bailey & Glasser, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS ET AL., <br><br>     *Plaintiffs*, <br><br>   *v.* <br><br> CALIFORNIA STATE UNIVERSITY, FRESNO et al. <br><br>     *Defendants*. | Case No. 1:21-cv-00179-AWI-BAM <br><br> **MOTION FOR CLASS CERTIFICATION** <br><br> Date:  May 16, 2022 <br> Time:  1:30 pm <br> Crtrm: 2 <br> Judge: Hon. Anthony W. Ishii |

<u>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**</u>

Plaintiffs, pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's Scheduling Order, file their Motion for Class Certification and, in support, state as follows:

1.      Plaintiffs ask the Court to certify a class of female students and prospective female students to eliminate the sex-based discrimination within Fresno State's athletic department.

2.      Fresno State discriminates against female students and female student-athletes on a class-wide basis, so it must resolve that inequitable treatment on a class-wide basis.

3.      Certification of such classes in Title IX athletics cases is appropriate because the discrimination itself is inherently class-based and is measured on a program-wide—rather than individual—basis.

4.      Plaintiffs request certification of the following proposed class:

> All present and future women students and potential students at Fresno State who participate, seek to participate, and/or are deterred from participating in intercollegiate athletics there.

5. The proposed class satisfies the requirements of Rule 23(a). The proposed class is so numerous that joinder of all members is impracticable, there are questions of law and fact common to the class, the claims of the representative parties are typical of the class claims, and the representative parties will fairly and adequately protect the interests of the class.

6. Moreover, the proposed class representatives, Taylor Anders and Courtney Walburger, and counsel for the class meet the requirements of Federal Rule of Civil Procedure 23(a)(4). Plaintiffs' Memorandum of Law in support of their Motion for Class Certification is attached hereto.

**WHEREFORE**, based on the foregoing, the Plaintiffs, Taylor Anders and Courtney Walburger, move this Court for entry of an Order:

1. Certifying this litigation as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2) on behalf of a class defined as follows:

> All present and future women students and potential students at Fresno State who participate, seek to participate, and/or are deterred from participating in intercollegiate athletics there;

2. Appointing the undersigned counsel as class counsel, pursuant to Federal Rule of Civil Procedure 23(g);

3. Appointing the proposed class representative as representatives of the class; and

4. Granting such other relief as the Court deems just.

Respectfully submitted,


/s/ Nicole Ballante
Arthur H. Bryant (SBN 208365)
Bailey & Glasser, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

Cary Joshi (*PHV*)
Joshua I. Hammack (*PHV*)
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
E-mail: cjoshi@baileyglasser.com
E-mail:jhammack@baileyglasser.com

Lori Bullock *(PHV)*
Bailey & Glasser LLP
309 East 5th Street
Suite 202B
Des Moines, IA 50309
Tel: (515) 416-9051
Fax: (304) 342-1110
E-mail: lbullock@baileyglasser.com

Nicole L. Ballante (*PHV*)
Bailey & Glasser LLP
360 Central Avenue, Suite 1500
St. Petersburg, Florida 33701
Tel: 727-894-6745
E-mail: nballante@baileyglasser.com

Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
Caddell & Chapman
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906
E-mail: mac@caddellchapman.com
E-mail: cbc@caddellchapman.com
E-mail: aet@caddellchapman.com

*ATTORNEYS FOR PLAINTIFFS*