Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906
E-mail: mac@caddellchapman.com

Arthur H. Bryant (SBN 208365)
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CALIFORNIA STATE UNIVERSITY, FRESNO, et al. <br><br> *Defendants*. | Case No. 1:21-cv-00179-AWI-BAM <br><br> Hon. Anthony W. Ishii, U.S.D.J. <br> Hon. Barbara A. McAuliffe, U.S.M.J. <br><br> Conference Date: October 27, 2022 <br> Conference Time: 10:00 a.m. via Zoom |

**PLAINTIFFS' RESPONSE TO THE COURT'S CONCERN ABOUT**
**HOLDING THE REQUESTED INFORMAL DISCOVERY DISPUTE CONFERENCE**

Based on a preliminary review of the parties' filings, the Court noted that Plaintiffs' motion for class certification is pending and expressed concern that merits discovery may be premature. *See* ECF No. 102. There are at least three reasons to resolve this discovery dispute now.

*First*, both parties have been engaging in merits discovery for well over a year. Plaintiffs served discovery requests in May 2021. In August 2021, after its motion to dismiss was denied, *see* Orders, ECF Nos. 56 & 57, Fresno State responded to those requests. It served supplemental responses in February and August 2022. Fresno State has produced hundreds of documents related to the merits of Plaintiffs' claims, including as recently as August 29, 2022. Likewise, Fresno State served discovery requests related to the merits, and Plaintiffs have produced over 1,000 documents in response. It is impossible to square this reality with Fresno State's current position that merits discovery is premature.[1] And there is no basis to conclude that production of 2021-22 participation data is premature, while discovery related to 2020-21 data and the equal treatment claim is timely.

*Second*, resolution of Plaintiffs' pending motion for class certification will have *no effect* on the need for this discovery. Plaintiffs will need the 2021-22 participation data whether they pursue their claims individually or on behalf of a class. Delay serves no purpose except opening the possibility that Plaintiffs will graduate before the merits of their claims are decided.

*Third*, the parties have agreed to participate in mediation. *See* Summary, ECF No. 100. Mediating the participation claim without the 2021-22 data would be an exercise in futility. Without this data, Plaintiffs cannot reasonably incur the burden and expense of private mediation.

For all these reasons, Plaintiffs respectfully request that the Court informally resolve the discovery dispute over the 2021-22 participation data now. If it decides not to do so because merits discovery is premature, Plaintiffs request an immediate scheduling conference to set a trial date, with associated deadlines for discovery and dispositive motions.

---

[1] True, Plaintiffs' counsel mentioned in a confidential settlement discussion that merits discovery had not truly begun. *See* Summary, ECF No. 100. This statement was made to demonstrate that the parties had not yet undertaken the more burdensome and expensive aspects of merits discovery (*e.g.*, expert reports and testimony, depositions of Fresno State's witnesses, etc.). Plaintiffs have never taken the position that merits discovery is premature.

| | | |
|---|---|---|
| 1 | Dated:  October 25, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Joshua I. Hammack*<br>Arthur H. Bryant (SBN 208365) |
| 4 | | Bailey & Glasser, LLP<br>1999 Harrison Street, Suite 660 |
| 5 | | Oakland, CA 94612<br>Tel.: (510) 272-8000 |
| 6 | | Fax: (510) 436-0291<br>E-mail: abryant@baileyglasser.com |
| 7 | | |
| 8 | | Cary Joshi (*PHV*)<br>Joshua I. Hammack (*PHV)* |
| 9 | | Bailey & Glasser, LLP<br>1055 Thomas Jefferson Street NW, Suite 540 |
| 10 | | Washington, DC 20007<br>Tel: (202) 463-2101 |
| 11 | | Fax: (202) 463-2103<br>E-mail: cjoshi@baileyglasser.com |
| 12 | | E-mail: jhammack@baileyglasser.com |
| 13 | | |
| 14 | | Lori Bullock *(PHV)*<br>Bailey & Glasser, LLP |
| 15 | | 309 East 5th Street<br>Suite 202B |
| 16 | | Des Moines, IA 50309<br>Tel: (515) 416-9051 |
| 17 | | Fax: (304) 342-1110<br>E-mail: lbullock@baileyglasser.com |
| 18 | | |
| 19 | | Nicole L. Ballante (*PHV)*<br>Bailey & Glasser, LLP |
| 20 | | 360 Central Avenue, Suite 1500<br>St. Petersburg, Florida 33701 |
| 21 | | Tel: 727-894-6745<br>E-mail: nballante@baileyglasser.com |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7

Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
Caddell & Chapman
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906
E-mail: mac@caddellchapman.com
E-mail: cbc@caddellchapman.com
E-mail: aet@caddellchapman.com
*ATTORNEYS FOR PLAINTIFF*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28