| | |
|---|---|
| Michael A. Caddell (SBN 249469) | Scott R. Eldridge (Michigan Bar No. P66452) |
| Cynthia B. Chapman (SBN 164471) | Brian M. Schwartz (Michigan Bar No. P69018) |
| Amy E. Tabor (SBN 297660) | Erika L. Giroux (Michigan Bar No. P81998) |
| CADDELL & CHAPMAN | Ashley N. Higginson (Michigan Bar No. P83992) |
| P.O. Box 1311 | MILLER, CANFIELD, PADDOCK AND |
| Monterey, CA 93942 | STONE, P.L.C. |
| Tel.: (713) 751-0400 | 150 West Jefferson, Suite 2500 |
| Fax: (713) 751-0906 | Detroit, Michigan 48226 |
| E-mail: mac@caddellchapman.com | Tel: (313) 963-6420 |
| E-mail: cbc@caddellchapman.com | eldridge@millercanfield.com |
| E-mail: aet@caddellchapman.com | schwartzb@millercanfield.com |
| | giroux@millercanfield.com |
| Arthur H. Bryant (SBN 208365) | higginson@millercanfield.com |
| Bailey & Glasser, LLP | *Attorneys for Defendants* |
| 1999 Harrison Street, Suite 660 | |
| Oakland, CA 94612 | ROB BONTA, SBN 202668 |
| Tel.: (510) 272-8000 | Attorney General of California |
| Fax: (510) 436-0291 | JODI L. CLEESATTLE, SBN 230537 |
| E-mail: abryant@baileyglasser.com | Supervising Deputy Attorney General |
| | JENNIFER L. SANTA MARIA, SBN 225875 |
| Lori Bullock | Deputy Attorney General |
| Bailey & Glasser, LLP | 600 West Broadway, Suite 1800 |
| PO Box 197 | San Diego, CA 92101 |
| Ankeny, IA 50023 | P.O. Box 85266 |
| E-mail: lbullock@baileyglasser.com | San Diego, CA 92186-5266 |
| | Telephone: (619) 738-9099 |
| | Fax: (619) 645-2012 |
| *Attorneys for Plaintiffs* | E-mail: Jennifer.SantaMaria@doj.ca.gov |
| | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, <br><br> Defendants, | Case No. 1:21-cv-00179-AWI-BAM <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' RESPONSE [ECF NO. 103] TO THE COURT'S 10/20/2022 MINUTE ORDER [ECF NO. 102]** <br><br> Hon. Anthony W. Ishii, U.S.D.J. <br> Hon. Barbara A. McAuliffe, U.S.M.J. <br><br> Conference Date: October 27, 2022 <br> Conference Time: 10:00 a.m. via Zoom |

The Court's October 20, 2022 Minute Order accurately confirms that merits discovery is premature. Despite being provided an opportunity to show otherwise, Plaintiffs' response is unavailing. Bifurcation of class and merits discovery is commonplace. Plaintiffs did not object to bifurcation during the December 2021 scheduling conference or when this Court entered its December 17, 2021 Preliminary Scheduling Order [ECF No. 83]. Moreover, on October 4, 2022, Plaintiffs' counsel emailed Fresno State suggesting mediation, stating that, "**Merits discovery is not yet being taken, but will be beginning soon**. This will require large expenditures of time and money by both sides . . . [and] production of critical Fresno State information and **documents**" (emphasis added). Plaintiffs now argue the exact opposite to the Court.

Plaintiffs' assertion that Fresno State has already produced "documents related to the merits" and that additional merits-based documents should therefore be produced is misplaced. As Judge Ishii aptly noted in his Order denying class certification, certain evidence considered at the class certification stage may also be relevant to the merits. [ECF No. 93 at 4]. That Fresno State complied with its discovery obligations by providing documents to date that, in good faith, were seen to be potentially relevant to class-based discovery should not serve as a basis to allege that Defendants must now be required to engage in broad merits-based discovery prematurely. If class certification is denied, it will invariably alter the scope of merits discovery.

Finally, as Defendants anticipated, Plaintiffs' request for a Title IX Spreadsheet has already ballooned into an amorphous and unspecified demand for "2021-22 participation data," again overlooking that Plaintiffs have failed to state an effective accommodation claim for that academic year. As Plaintiffs confirmed on October 4, the production of such documents will indeed be burdensome, particularly given the current procedural posture of this case.

Accordingly, Fresno State requests that the Court affirm its October 20, 2022 Minute Order and reject Plaintiffs' contention that they should be provided premature merits-based discovery relevant to an already dismissed 2021-22 Title IX effective accommodation claim.

1                                       Respectfully submitted,

2                                       MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

3                                       By: */s/ Scott R. Eldridge*

                                              Scott R. Eldridge (P66452)
Brian M. Schwartz (P69018)
Ashley N. Higginson (P83992)
Erika L. Giroux (P81998)
One Michigan Ave. Suite 900
Lansing, MI 48933
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
giroux@millercanfield.com
*Attorneys for Defendants*

Dated: October 26, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I electronically filed and emailed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants and utilizing the following electronic mail address: bamorders@caed.uscourts.gov.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

*/s/ Scott R. Eldridge*
Scott R. Eldridge (P66452)
Attorneys for Defendants
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 483-4918
eldridge@millercanfield.com
