UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TAYLOR ANDERS; HENNESSEY EVANS; ABBIGAYLE ROBERTS; MEGAN WALAITIS; TARA WEIR; COURTNEY WALBURGER, individually and on behalf of all those similarly situated,

Plaintiffs-Petitioners,

v.

CALIFORNIA STATE UNIVERSITY, FRESNO; BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

Defendants-Respondents.

No. 22-80137

D.C. No. 1:21-cv-00179-AWI-BAM
Eastern District of California, Fresno

ORDER

Before: M. SMITH and BRESS, Circuit Judges.

The motion for leave to file an amicus curiae brief in support of the petition for permission to appeal (Docket Entry No. 10) is granted. The brief has been filed.

Petitioner's motion for leave to file a reply in support of the petition (Docket Entry No. 11) is granted. The reply has been filed.

Respondent's motion for leave to file a sur-reply (Docket Entry No. 13) is denied. The clerk shall strike the sur-reply and response (Docket Entry No. 14) as unnecessary.

The court, in its discretion, grants the petition for permission to appeal the

AB/MOATT

district court's August 16, 2022 order denying class action certification and its November 22, 2022 order denying reconsideration. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).