UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAYLOR ANDERS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, <br><br> Defendants - Appellees. | No. 23-15265 <br><br> D.C. No. 1:21-cv-00179-AWI-BAM <br> U.S. District Court for Eastern California, Fresno <br><br> **MANDATE** |

The judgment of this Court, entered January 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $297.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT