UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>    Defendants. | Case No. 1:21-cv-00179-JLT-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>(Doc. 160) |

Currently before the Court is the motion to withdraw the law firm of Bailey & Glasser, LLP, and attorneys Cary L. Joshi, Joshua I. Hammack, and Lori A. Bullock as counsel for Plaintiffs Taylor Anders, Hennessey Evans, Abbigayle Roberts, Megan Walaitis, Tara Weir, and Courtney Walburger.  (Doc. 160.)  Although styled as a motion to withdraw, the document is effectively a notice of withdrawal.  A motion to withdraw is not required as Plaintiffs will continue to be represented by other counsel of record in this matter.  *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that the law firm of Bailey & Glasser, LLP, and attorneys Cary L. Joshi, Joshua I. Hammack, and Lori A. Bullock are withdrawn as counsel of record for Plaintiffs in this case.  The Clerk of the Court is directed to terminate the law firm of Bailey & Glasser, LLP and attorneys Cary L. Joshi, Joshua I. Hammack,

1

and Lori A. Bullock as counsel for Plaintiffs in the above-captioned matter.

IT IS SO ORDERED.

Dated: **September 30, 2024**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE