

United States District Court
Eastern District of California

| TAYLOR ANDERS, et al. | Case Number: 1:21-cv-00179-KJM-BAM |
|---|---|

Plaintiff(s)

V.

| CALIFORNIA STATE UNIVERSITY, FRESNO, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Carey Alexander__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs Taylor Anders, Hennessey Evans, Abbigayle Roberts, Megan Walaitis, Tara Weir, and Courtney Walburger

On __01/13/2014__ (date), I was admitted to practice and presently in good standing in the __New York Supreme Court__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __10/18/2024__          Signature of Applicant: /s/ __Carey Alexander__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Carey Alexander |
| Law Firm Name: | Clarkson Law Firm, P.C. |
| Address: | 590 Madison Ave., 21st Floor |
| City: | New York   State: NY   Zip: 10022 |
| Phone Number w/Area Code: | (646) 290-6009 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | calexander@clarksonlawfirm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael A. Caddell, Esq. |
| Law Firm Name: | Caddell & Chapman |
| Address: | P.O. Box 1311 |
| City: | Monterey   State: CA   Zip: 93942 |
| Phone Number w/Area Code: | (713) 751-0400   Bar #: 249469 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **October 24, 2024**     /s/ Barbara A. McAuliffe
                                JUDGE, U.S. DISTRICT COURT