| | |
|---|---|
| Scott R. Eldridge (Michigan Bar No. P66452)<br>Brian M. Schwartz (Michigan Bar No. P69018)<br>Erika L. Giroux (Michigan Bar No. P81998)<br>Ashley N. Higginson (Michigan Bar No. P83992)<br>MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Tel: (313) 963-6420<br>eldridge@millercanfield.com<br>schwartzb@millercanfield.com<br>giroux@millercanfield.com<br>higginson@millercanfield.com<br>*Attorneys for Defendants* | ROB BONTA<br>Attorney General of California<br>JODI L. CLEESATTLE<br>Supervising Deputy Attorney General<br>JENNIFER L. SANTA MARIA, SBN 225875<br>Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>P.O. Box 85266<br>San Diego, CA 92186-5266<br>Telephone: (619) 738-9099<br>Fax: (619) 645-2012<br>E-mail: Jennifer.SantaMaria@doj.ca.gov<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants, | Case No. 1:21-cv-00179-KM-BAM<br><br>**DEFENDANTS' INDEX OF EXHIBITS TO RESPONSE IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CERTIFICATION [ECF NO. 165]**<br><br>Hon. Kimberly J. Mueller, U.S.D.J.<br><br>Hearing Date: January 23, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 3 |

| Exhibit No. | Description |
| --- | --- |
| 1. | Declaration of Carrie Coll |
| 2. | Excerpts from Transcript of Deposition of Taylor Anders |
| 3. | Excerpts from Transcript of Deposition of Courtney Walburger |
| 4. | Clarkson Law Firm Retainer Agreements with Proposed Class Representatives |
| 5. | November 14-21, 2024 Email Correspondence (regarding discovery dispute concerning Caddell & Chapman agreements) |
| 6. | Department of Education December 11, 1979 Policy Interpretation |
| 7. | Unpublished Decisions |