# *Exhibit 1*

Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Erika L. Giroux (Michigan Bar No. P81998)
Ashley N. Higginson (Michigan Bar No. P83992)
*Attorneys for Defendants*
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, and TARA WEIRD, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO; TERRANCE TUMEY, in his official capacity as Director of Athletics at California State University, Fresno; JOSEPH CASTRO, in his official capacity as former President of California State University, Fresno; and DR. SAÚL JIMENÉZ-SANDOVAL, in his official capacity as Interim President of California State University, Fresno<br><br>Defendants, | Case No. 1:21-cv-00179-KJM-BAM<br><br>Honorable Kimberly J. Mueller<br><br>**DECLARATION OF CARRIE COLL** |

1

CARRIE COLL, of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an adult and otherwise competent to testify to the facts stated below. If called as a witness, I can testify to the following facts from my own personal knowledge. I make this Declaration based upon my own knowledge.

2. I am employed by California State University, Fresno ("Fresno State") as its Senior Associate Athletics Director for Sport Services and Senior Woman Administrator, a position I have held since November 2015.

3. In my role, I am responsible for working with all facets of the athletic department and campus in support of student-athlete wellness and sport services. This includes, specifically, responsibility for tracking data necessary for Fresno State's athletics programs to comply with Title IX and federal guidelines as they pertain to gender equity.

4. I am familiar with the Title IX requirements as they pertain to gender equity in athletics.

5. I maintain spreadsheets reflecting the Title IX participation count for each team. These spreadsheets include information about full-time, degree seeking undergraduate gender composition at Fresno State for that year. They analyze whether there is a differential between the gender composition of the undergraduate student-body and the gender composition of the student-athletes. They also include information as to whether there is a participation gap regarding the numbers of female student-athletes that would be needed to achieve strict proportionality. I do this as a regular practice and in the course of normally conducted business.

6. The data in these spreadsheets is transmitted by persons with actual knowledge, including the coaches who are required to update their rosters throughout the year.

7. At Fresno State, student-athlete participation counts are not based on Equity in Athletics Disclosure Act ("EADA") data, which is limited to those individuals on a roster as of the first date of competition against an opposing intercollegiate team. Instead, Title IX student-athlete participation counts are based, in part, by counting those individuals listed on the roster (squad list) as of the first date of competition, at mid-year, and at the last date of competition.

8. The rosters are the primary source for determining which students are counted as "participants" for purposes of Title IX. I have no reason to believe, and do not believe, that the rosters provided by our coaches do not accurately reflect the student-athletes actively participating on their teams.

9. The ultimate participant count only includes those individuals who are participating in practice sessions, team meetings, or other team activities on a regular basis and who are receiving support normally provided to student-athletes, including coaching, equipment, academic services, and medical services, also on a regular basis. Additionally, if a student-athlete quits, is cut, withdraws from school, or exhausts eligibility, those changes are factored into the overall calculation of Title IX participation opportunities.

10. Similarly, when a student opts-out or ultimately does not join a team or does not walk on, those changes are factored into the overall calculation of Title IX participation opportunities. These students are not counted in the final calculations if they are not participants.

11. For example, in 2020-2021, due to COVID, I did not include walk-on student-athletes who opted out of participating in the 2020-2021 school year. Instead, they were subtracted out prior to doing proportionality calculations for that year.

12. My Title IX spreadsheet for 2021-22 shows a participation gap of 14 female student-athletes. **Exhibit A.**

13. My Title IX spreadsheet for 2022-23 shows a participation gap of 8 female student-athletes. **Exhibit B.**

14. My Title IX spreadsheet for 2023-24 shows a participation gap of 17 male student-athletes. **Exhibit C.**

15. My Title IX calculations for 2024-25, which are not complete at this time, show a projected differential between the gender composition of the undergraduate student-body and the gender composition of the student-athletes of -.87% representing a participation gap of 14 female student-athletes.

16. Fresno State's average female athletic team size has consistently been 24 or 25 student-athletes in recent years.

17. I believe Fresno State has remained substantially proportional in its provision of varsity athletic opportunities provided to each gender and its determination to eliminate two male and one female varsity teams has assisted in maintaining compliance with Title IX.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November __, 2024

*/s/ Carrie M. Coll*

CARRIE COLL

# **Exhibit A**

**CONFIDENTIAL**
**2021-2022**
Roster and Aid Actuals 6.12.22

## MEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| Baseball | 35 | 31 | 36.3 | Baseball | | |
| Men's Basketball | 16 | 14 | 15.8 | M. Basketball | | |
| M. Cross Country | 10 | 8 | 15.6 | M. Cross Country | | |
| Football | 110 | 112 | 114.6 | Football | | |
| M. Golf | 9 | 9 | 9.8 | M. Golf | | |
| M. Track Outdoor | 25 | 21 | 39.3 | M. Track Outdoor | | |
| MTOTAL | 205 | 195 | | Total Planned FRE | | |
| UNDUPLICATED | 195 | 186 | | | | |

## DISTRIBUTED MEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $23,411 | Out of State $35,291 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Baseball | | | | | | | | |
| Men's Basketball | | | | | | | | |
| M. Cross Country | | | | | | | | |
| Football | | | | | | | | |
| Men's Golf | | | | | | | | |
| M. Track Outdoor | | | | | | | | |

## WOMEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| Women's Basketball | 15 | 15 | 14.5 | W. Basketball | | |
| W. Cross Country | 17 | 12 | 16.8 | W. Cross Country | | |
| Equestrian | 38 | 37 | 40.4 | Equestrian | | |
| W. Golf | 9 | 9 | 8.2 | W. Golf | | |
| W. Soccer | 27 | 26 | 29 | W. Soccer | | |
| Softball | 24 | 23 | 21.9 | Softball | | |
| W. Swim/Dive | 30 | 31 | 29.8 | W. Swim/Dive | | |
| Women's Tennis | 9 | 9 | 9.1 | W. Tennis | | |
| W. Track Indoor | 43 | 42 | 40.4 | W. Track Indoor | | |
| W. Track Outdoor | 43 | 42 | 40.1 | W. Track Outdoor | | |
| Volleyball | 16 | 16 | 16.7 | W. Volleyball | | |
| Water Polo | 26 | 29 | 21.2 | Water Polo | | |
| WTOTAL | 297 | 291 | | Total Planned FRE | | |
| UNDUPLICATED | 237 | 239 | | | | |
| TOTAL | | 502 | | | | |
| UNDUP TOTAL | | 432 | | | | |

## DISTRIBUTED WOMEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $23,411 | Out of State $35,291 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Women's Basketball | | | | | | | | |
| W. Cross Country | | | | | | | | |
| Equestrian | | | | | | | | |
| Women's Golf | | | | | | | | |
| Soccer | | | | | | | | |
| Softball | | | | | | | | |
| Swimming & Diving | | | | | | | | |
| Women's Tennis | | | | | | | | |
| W. Track Indoor | | | | | | | | |
| W. Track Outdoor | | | | | | | | |
| Volleyball | | | | | | | | |
| Water Polo | | | | | | | | |

TOTAL:

**CONFIDENTIAL**

Actuals 6.12.22

**CONFIDENTIAL**

### PARTICIPATION PROPORTIONALITY

| Enrollment | | INSTIT | Actual Participation | | | | Strict Proportionality | |
|---|---|---|---|---|---|---|---|---|
| Institutional Fall '21 | M | 39.00% | M | 195 | 40.12% | M | 195 | 39.00% |
| | W | 61.00% | W | 291 | 59.88% | W | 305 | 61.00% |
| | Total | | Total | 486 | -1.12% want within 2% | Total | 500 | 0.00% |

| | | |
|---|---|---|
| avg squad size | 24.25 | (actual W #)/12 (# of W teams) |
| # needed for proportionality | 305 | 61% of (total participation #) |
| diff btw # need for proportionality & actual | 14 | (# of women needed for proportionality) - (actual W) |
| difference between avg and # needed | 10.25 | 24.25 (average) is larger than # needed to add (14) so have substantial proportionality |
| | | want orange # to equal 0 or higher |

### AID PROPORTIONALITY

[redacted]

**NCAA Average is based on 2019-2020 data**

2nd way to check substantial proportionality:

| Enrollment: Institutional Fall 2021 | | |
|---|---|---|
| | M | 39.00% |
| | W | 61.00% |

Male total: 195

195 divided by institutional male enrollment (.39) = 500
(195)
305 gives us the number of women should have for strict proportionality

Avg squad size (total women/12)   24.3

305
(291)
14  Avg squad size (24.3) is larger than # needed for strict proportionality (14) so have substantial proportionality

NOTES:
HAVE DUPE FB AND MENS TRACK-subtracted 1 more
have dupe WBB and outdoor track and 3 that only did indoor, 3 that only did outdoor
40 dupes between in, out T&F and WBB
medicals included in aid and roster #s
(exhausted eligibility not included in roster numbers or aid)
summer school not included in this document

000008

# Exhibit B

**CONFIDENTIAL**
**2022-2023**
Roster Management and Aid Actuals 6.20.23

## MEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| Baseball | 35 | 36 | 40.3 | Baseball | | |
| M. Basketball | 15 | 15 | 15.7 | M. Basketball | | |
| M. Cross Country | 10 | 8 | 15.4 | M. Cross Country | | |
| Football | 110 | 112 | 116.4 | Football | | |
| M. Golf | 8 | 8 | 10.1 | M. Golf | | |
| M. Track Outdoor | 25 | 18 | 40 | M. Track Outdoor | | |
| MTOTAL | 203 | 197 | | Total Planned FRE | | |
| UNDUPLICATED | 193 | 189 | | | | |

## DISTRIBUTED MEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $24,457 | Out of State $36,337 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Baseball | | | | | | | | |
| Men's Basketball | | | | | | | | |
| M. Cross Country | | | | | | | | |
| Football | | | | | | | | 4 Medical |
| Men's Golf | | | | | | | | |
| M. Track Outdoor | | | | | | | | |

## WOMEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| W. Basketball | 15 | 15 | 14.6 | W. Basketball | | |
| W. Cross Country | 17 | 8 | 16.4 | W. Cross Country | | |
| Equestrian | 38 | 38 | 39.2 | Equestrian | | |
| W. Golf | 9 | 8 | 8.5 | W. Golf | | |
| W. Soccer | 27 | 32 | 29.2 | W. Soccer | | |
| Softball | 24 | 28 | 23.4 | Softball | | |
| W. Swim/Dive | 30 | 31 | 30.1 | W. Swim/Dive | | |
| W. Tennis | 9 | 9 | 9.6 | W. Tennis | | |
| W. Track Indoor | 43 | 43 | 39.7 | W. Track Indoor | | |
| W. Track Outdoor | 43 | 43 | 40.4 | W. Track Outdoor | | |
| W. Volleyball | 16 | 13 | 16.9 | W. Volleyball | | |
| Water Polo | 25 | 20 | 20.9 | Water Polo | | |
| WTOTAL | 296 | 288 | | Total Planned FRE | | |
| UNDUPLICATED | 236 | 237 | | | | |
| | | | | | | |
| TOTAL | 499 | 485 | | | | |
| UNDUP TOTAL | 429 | 426 | | | | |

## DISTRIBUTED WOMEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $24,457 | Out of State $36,337 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Women's Basketball | | | | | | | | |
| W. Cross Country | | | | | | | | |
| Equestrian | | | | | | | | |
| Women's Golf | | | | | | | | |
| Soccer | | | | | | | | |
| Softball | | | | | | | | |
| Swimming & Diving | | | | | | | | |
| Women's Tennis | | | | | | | | |
| W. Track Indoor | | | | | | | | |
| W. Track Outdoor | | | | | | | | |
| Volleyball | | | | | | | | |
| Water Polo | | | | | | | | |

TOTAL:

**CONFIDENTIAL**



CONFIDENTIAL

PARTICIPATION PROPORTIONALITY

| **Enrollment** | | INSTIT | | Actual Participation | | | | Strict Proportionality | |
|---|---|---|---|---|---|---|---|---|---|
| Institutional Fall **'22** | M | **40.00%** | M | 197 | **40.62%** | | M | 197 | **39.96%** |
| | W | **60.00%** | W | 288 | **59.38%** | | W | 296 | **60.04%** |
| | Total | | Total | 485 | -0.62% | want within 2 | Total | 493 | 0.04% |

| | | |
|---|---|---|
| avg squad size | 24.00 | (actual W #)/12 (# of W teams) |
| # needed for proportionality | 296 | 60% of (total participation #) |
| diff btw # need for proportionality & actual | 8 | (# of women needed for proportionality) - (actual W) |
| difference between avg and # needed | 16.00 | 24 (average) is larger than # needed to add (8) so HAVE substantial proportionality |
| | | want orange # to equal 0 or higher |

AID PROPORTIONALITY

[redacted]

NCAA Average is based on 2020-2021 data; extra COVID eligibility impact

PARTICIPATION PROPORTIONALITY
*(shown another way)*

| **Enrollment: Institutional Fall 2022** | | |
|---|---|---|
| | M | **40.00%** |
| | W | **60.00%** |

| | | |
|---|---|---|
| Male total | 197 | |
| 197 divided by institutional male enrollment (.40) = | 493 | |
| | (197) | |
| | 296 | gives us the number of women should have for strict proportionality |
| Avg squad size (total women/12) | 24.00 | |
| | 296 | |
| | (288) | |
| | 8 | 24 (average) is larger than # needed to add (8) so HAVE substantial proportionality |

# Exhibit C

## MEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| Baseball | 38 | 38 | 39.7 | Baseball | | |
| M. Basketball | 15 | 16 | 16 | M. Basketball | | |
| M. Cross Country | 10 | 6 | 16 | M. Cross Country | | |
| Football | 112 | 112 | 121.4 | Football | | |
| M. Golf | 9 | 8 | 10.1 | M. Golf | | |
| M. Track Outdoor | 25 | 24 | 39.7 | M. Track Outdoor | | |
| MTOTAL | 209 | **204** | | Total - Men | | |
| UNDUPLICATED | 199 | 198 | | | | |

## ACTUAL MEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $24,768 | Out of State $36,647 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Baseball | | | | | | | | |
| Men's Basketball | | | | | | | | |
| M. Cross Country | | | | | | | | |
| Football | | | | | | | | |
| Men's Golf | | | | | | | | |
| Men's Track | | | | | | | | |

## WOMEN'S ROSTER NUMBERS

| SPORT | RM Plan | Actual | NCAA Avg | SPORT | Total Planned FRE | Notes |
|---|---|---|---|---|---|---|
| W. Basketball | 15 | 15 | 15.1 | W. Basketball | | |
| W. Cross Country | 17 | 17 | 17 | W. Cross Country | | |
| Equestrian | 38 | 41 | 39.9 | Equestrian | | |
| W. Golf | 9 | 9 | 8.5 | W. Golf | | |
| W. Soccer | 27 | 28 | 30.6 | W. Soccer | | |
| Softball | 25 | 28 | 22.9 | Softball | | |
| W. Swim/Dive | 30 | 31 | 31 | W. Swim/Dive | | |
| W. Tennis | 9 | 10 | 9.4 | W. Tennis | | |
| W. Track Indoor | 47 | 50 | 40.5 | W. Track Indoor | | |
| W. Track Outdoor | 47 | 47 | 40.3 | W. Track Outdoor | | |
| W. Volleyball | 16 | 16 | 17.8 | W. Volleyball | | |
| Water Polo | 21 | 25 | 23.1 | Water Polo | | |
| WTOTAL | 301 | **317** | | Total - Women | | |
| UNDUPLICATED | 237 | 250 | | | | |
| | | | | | | |
| TOTAL | 510 | 521 | | | | |
| UNDUP TOTAL | 436 | 448 | | | | |

*NCAA Average is based on 2021-2022*

## ACTUAL WOMEN'S AID

| Sport | In-State | Out State | Total | In State % | Out State % | In State $24,768 | Out of State $36,647 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Women's Basketball | | | | | | | | |
| W. Cross Country | | | | | | | | |
| Equestrian | | | | | | | | |
| Women's Golf | | | | | | | | |
| Soccer | | | | | | | | |
| Softball | | | | | | | | |
| Swimming & Diving | | | | | | | | |
| Women's Tennis | | | | | | | | |
| W. Track Indoor | | | | | | | | |
| Women's Track | | | | | | | | |
| Volleyball | | | | | | | | |
| Water Polo | | | | | | | | |

**TOTAL:**

**CONFIDENTIAL**

## AID PROPORTIONALITY

## PARTICIPATION PROPORTIONALITY

| Enrollment | | INSTIT | | Actual Participation as of 5.14.24 | | | Strict Proportionality | | |
|---|---|---|---|---|---|---|---|---|---|
| **ACTUAL Fall 2023** | M | 40.90% | M | | 204 | 39.16% | M | 204 | 41.05% |
| | W | 58.90% | W | | 317 | 60.84% | W | 293 | 58.95% |
| | Total | | Total | | 521 | 1.94% want within 2% | Total | 497 | 0.05% |

*Note: .2% non binary*

| | | | |
|---|---|---|---|
| avg squad size | 25.08 | (actual W #)/12 (# of W teams) | |
| # needed for proportionality | 293 | 58.95% | of (total participation #) |
| diff btw # need for proportionality & actual | -24 | (# of women needed for proportionality) - (actual W) | |
| difference between avg and # needed | 49.08 | 25.08 (average) is larger than # needed to add (-25) so have substantial proportionality [SEE BELOW] | |
| | | want orange # to equal 0 or higher | |

**Substantial proportionality given male is underrepresented gender with institutional enrollment this year:**

| | ACTUAL Fall 2023 |
|---|---|
| M | 40.90% |
| W | 58.90% |

| | | |
|---|---|---|
| Female total | 317 | |
| 318 divided by institutional female enrollment (.589) = | 538 | |
| | (317) | |
| | 221 | gives us the number of men should have for strict proportionality |
| Avg squad size (total men/6) | 34.00 | |
| | 221 | |
| | (204) | |
| | 17 | Avg squad size (34) is larger than # needed for strict proportionality (18) so have substantial proportionality |

000013