# *Exhibit 2*

1                UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3                      FRESNO DIVISION

4

5   TAYLOR ANDERS, HENNESSEY      )
    EVANS, ABBIGAYLE ROBERTS,     )
6   MEGAN WALAITIS, TARA WEIR,    )
    and COURTNEY WALBURGER,       )
7   individually and on behalf of )
    all those similarly situated,)
8                                 )
              Plaintiffs,         )
9                                 )  CASE NO.
         vs.                      )  1:21-cv-00179-AWI-BAM
10                                )
    CALIFORNIA STATE UNIVERSITY, )
11  FRESNO, and BOARD OF TRUSTEES)
    OF CALIFORNIA STATE           )
12  UNIVERSITY,                   )
                                  )
13            Defendants.         )
    _____ )
14

15

16     VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

17     TAYLOR ANDERS, commencing at 9:01 a.m. PST,

18     on Friday, April 8, 2022, taken remotely

19     before Marla Sharp, RPR, CLR, CCRR, CA CSR

20     11924, OR CSR 17-0446, WA CSR 3408.

21

22

23

24

25

Page 2

```
1  APPEARANCES OF COUNSEL:
2  (All parties appeared via videoconference.)
3
   FOR THE PLAINTIFFS
4
        BAILEY GLASSER LLP
5        BY:  LORI A. BULLOCK, ESQ.
             CARY JOSHI, ESQ.
6        309 East Fifth Street, Suite 202B
         Des Moines, Iowa 50309
7        515-416-9051
         lbullock@baileyglasser.com
8
9  FOR THE DEFENDANTS
10       MILLER, CANFIELD, PADDOCK AND STONE, PLC
         BY:  ERIKA GIROUX, ESQ.
11            ASHLEY HIGGINSON, ESQ.
              SYDNEY JOHNSON, ESQ.
12       150 West Jefferson, Suite 2500
         Detroit, Michigan 48226
13       313-963-6420
         giroux@millercanfield.com
14       higginson@millercanfield.com
15
   ALSO PRESENT:
16
        Randy Wright, videographer
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2  EXAMINATION                              PAGE
3  TAYLOR ANDERS
4      BY MS. GIROUX                           5
5      (afternoon session)                    82
6      BY MS. BULLOCK                         204
7
8              DEPOSITION EXHIBITS
9  EXHIBIT      DESCRIPTION                  PAGE
10 Exhibit 1   Defendants Notice of Taking Video  6
               Deposition Duces Tecum of Plaintiff
11             Taylor Anders (3 pages, not Bates
               stamped)
12
   Exhibit 2   Plaintiff Taylor Anders'         25
13             Interrogatory Responses and Request
               for Production Responses (18 pages,
14             not Bates stamped)
15 Exhibit 3   GroupMe messages (8 pages, Bates  29
               Nos. PLAINTIFFS001768 -
16             PLAINTIFFS001775)
17 Exhibit 4   Second Amended Complaint (47 pages, 61
               not Bates stamped)
18
   Exhibit 5   Declaration of Taylor Anders     97
19             (4 pages, not Bates stamped)
20
21
22         INSTRUCTIONS NOT TO ANSWER
23            PAGE      LINE
24             30        1
25
```

Page 4

```
1            FRIDAY, APRIL 8, 2022
2               9:01 A.M. PST
3               - - -
4       THE VIDEOGRAPHER:  Good morning.  We're now
5  on the record.  The time is now 9:01 a.m. on Friday,
6  April 8th, 2022.
7       This begins the videotaped deposition of
8  Taylor Anders, taken in the matter of Taylor Anders,
9  et al., versus California State University, Fresno,
10 et al., filed in the United States District Court,
11 Eastern District of California, Fresno Division,
12 case number of which is 1:21-cv-00179-AWI-BAM.
13      The videographer today is Randy Wright.
14 The court reporter today is Marla Sharp.  We are
15 both representing Fortz Legal Support.
16      Counsel, will you please announce your name
17 and whom you represent.  After which, the court
18 reporter will swear in the witness.
19      MS. BULLOCK:  Lori Bullock on behalf of
20 Plaintiffs.
21      MS. JOSHI:  Cary Joshi on behalf of
22 Plaintiffs.
23      MS. GIROUX:  Erika Giroux on behalf of the
24 defendants.  And joining me on the call today are my
25 colleagues Ashley Higginson and Sydney Johnson also
```

Page 5

```
1  representing the defendants.
2            TAYLOR ANDERS,
3       having been first duly sworn,
4  was examined and testified as follows:
5  THE COURT REPORTER:  Thank you.
6  Counsel, you may proceed.
7  MS. GIROUX:  Thank you.
8       EXAMINATION
9  BY MS. GIROUX:
10 Q   And good morning, Ms. Anders.
11     Could you please state and spell your full
12 name for the record?
13 A   Taylor Anders, T-a-y-l-o-r A-n-d-e-r-s.
14 Q   Thank you.  And my name is Erika Giroux.
15 I'm an attorney representing the Board of Trustees
16 of California State University and California State
17 University, Fresno, in the lawsuit that you've
18 brought against them.
19     Joining me on the call today are my
20 colleagues Ashley Higginson and Sydney Johnson, who
21 are also attorneys with my firm.  They won't be
22 asking you any questions, but I just wanted to let
23 you know that they are present in this Zoom call.
24     Is it okay if we refer today to California
25 State University, Fresno, as "Fresno State"?
```

1 referring to here?
2      MS. BULLOCK:  Objection.  Asked and
3 answered.
4      You can answer, Taylor.
5      **THE WITNESS:  I'm talking about the long**
6 **sleeves and the tights.**
7 BY MS. GIROUX:
8   Q   And I'm sorry if I asked this already.
9      Did you eventually receive that cold
10 weather gear?
11   **A   Yes.**
12   Q   You recall approximately when?
13   **A   I don't.**
14   Q   We talked a little bit ago about the
15 practice gear and the -- essentially what I
16 understood to be practice gear with the Fresno State
17 logo on it.
18      And did you eventually receive that gear?
19      MS. BULLOCK:  Again, asked and answered.
20      **THE WITNESS:  Well, I believe that this is**
21 **referring to -- this section, the part where it says**
22 **"gear that designates team's sport," I'm referring**
23 **to when that "bonus package" kind of that the school**
24 **got, that was all Fresno State-logoed gear.  We wore**
25 **that for training up to this season.**

1      **We never got -- we never got clothing that**
2 **specified our sport.  That was another reason why we**
3 **knew that we had not been issued our gear -- or we**
4 **had not been bought gear was because we were**
5 **wearing, yes, school-affiliated clothes, but nothing**
6 **that was obviously ordered for lacrosse.**
7 BY MS. GIROUX:
8   Q   Okay.  And I want to look back to -- I
9 think it's Exhibit 2, which were the written
10 responses that you provided to Fresno State's
11 discovery request.  And I'm going to scroll up here
12 to interrogatory No. 6.
13      And do you see on your screen that this
14 question asks you to:
15      "Please identify each athletic
16      benefit that you contend Fresno State
17      has not provided equally to women
18      athletes"?
19   **A   Yes, I can see it.**
20   Q   Okay.  And, in response, there's a few
21 bullet points here.  But I want to focus right now
22 on the bullet that says:
23      "They are provided inferior
24      equipment and supplies, as compared to
25      male athletes and their teams."

1      Do you see that?
2   **A   Yes.**
3   Q   And so in what -- which teams did you
4 consider to be -- to have been treated better in
5 terms of equipment?
6   **A   From my personal experience, football and**
7 **men's basketball.**
8   Q   And in what way was football treated better
9 in terms of equipment?
10   **A   In terms of equipment?  Just the copious**
11 **amounts -- the amount of supplies -- or, excuse me,**
12 **equipment that they got.  Just in terms of -- and,**
13 **like -- and readily available too.  That as well.**
14   Q   Is there any -- when you say the amount of
15 equipment, what specifically do you mean by that?
16   **A   In terms of numbers.  Like, if we got**
17 **shirt -- for -- specifically my sophomore year, like**
18 **I said, if we got a shirt that said "Fresno State,"**
19 **they got a shirt that said "Fresno State Football."**
20 **If we got one shirt, they got two.  If, you know, we**
21 **got one sweat suit, they had three.**
22      **And, on top of that, how often they got**
23 **gear.**
24      **So, like, pretty much -- pretty much the**
25 **only time that I can think that I got gear outside**

1 of what was, like, the bare minimum was from my one
2 coach, my freshman year.  She bought us Christmas
3 gifts.
4   Q   And how do you know what equipment the
5 football team received?
6   **A   Speaking to individuals who participate in**
7 **football.**
8   Q   Do you remember anyone specifically that
9 you spoke with?
10   **A   Yeah.  His name's Evan Williams.**
11   Q   Did you speak with anyone else on the
12 football team about the equipment that they
13 received?
14   **A   I have, but no one as in depth as him.**
15   Q   And what specifically did you discuss with
16 Evan Williams?
17   **A   It was never, like, a thorough sit-down**
18 **conversation.  We just had a lot of classes**
19 **together.  So, you know, when you come to class and**
20 **you're like, "Oh, today, this was sitting in our**
21 **locker room for us," that type of discussion.**
22   Q   And was that true during your freshman and
23 sophomore years?
24   **A   Yes.**
25   Q   And what about men's basketball?  In what

Page 70

1 way were they treated better in terms of equipment?
2    A   Really the same deal.  Just how much and
3 the frequency that they got it.
4        So -- and I want to note that why frequency
5 is important is because, when you're working out as
6 much as we do as athletes, your gear, you know,
7 although it's not trash, it's no longer, you know,
8 going to help you at your highest performance, as I
9 should say.
10       And so that's why frequency matters
11 because, you know -- let's talk about the cleat
12 situation.  Cleats have lifetime of about, like,
13 three -- maybe three months at the level we're
14 playing.  So that's why that's a problem.
15       And -- so, like, men's basketball, just
16 frequency and how much.  Like --
17   Q   And how --
18   A   Oh, I just want to say one more thing.
19 Sorry.
20       Like, and the amount too is, like --
21 specifically for men's basketball, I've seen how
22 many shoes they get and how often they get them.
23 And it's so many shoes that they can't even -- they
24 don't even have time to break them all in.
25   Q   And how do you know what equipment the

Page 71

1 men's basketball team received?
2   A   Close personal relationship.
3   Q   With one of the men's basketball players?
4   A   My closest personal relationship, yes.  But
5 I also have known them all personally probably since
6 my freshman year, yeah.
7   Q   And so did you have conversations with any
8 of them about the equipment that they received?
9   A   Yes.
10   Q   With who specifically?
11   A   Specifically Jordan Campbell is who I
12 talked to the most.
13   Q   Do you remember anything specific that he
14 told you in terms of the equipment that the men's
15 basketball team received?
16   A   Yeah.  Like, each week they have a new pair
17 of shoes sitting in the closet waiting for them.
18 They get a new pair of tennis shoes probably every
19 couple of months.  They get new clothes every couple
20 of months, new travel gear.
21   Q   Are there any other teams that you think
22 were treated better in terms of the equipment that
23 they received?
24   A   I'm sure there are, but not personally.  I
25 have not -- I don't have information on that.

Page 72

1   Q   Are there any teams that you think were
2 treated worse than lacrosse in terms of the
3 equipment they received?
4   A   I also don't have knowledge of that.
5   Q   Any teams that you think were treated about
6 the same as lacrosse in terms of quality of
7 equipment?
8   A   I -- no.  I'm also unaware of that.
9   Q   And it's -- your response here mentions
10 "equipment and supplies."
11       Is there anything specific in terms of
12 supplies that's different from what we just talked
13 about?
14   A   I would probably put -- unless it specifies
15 somewhere else in this document, I would probably
16 put supplies as, like, food.  Because, like, for
17 instance, the men and football teams, they get fed
18 after every single practice.  They got fed before
19 game day and after game day.
20       Football has literally, like, a mobile --
21 like, a mobile home, like, on -- in athletics
22 specifically for -- where they get food cooked for
23 them.
24   Q   And how do you know that information about
25 the type of food that football receives?

Page 73

1   A   Same reason as I said before.  I know
2 people that I've spoken to and also you see them.
3 Like, when I was in athletics day-to-day, you see --
4 you watch them walk around with it.
5   Q   And do you recall anybody on the football
6 team telling you specifically about the type of food
7 that they received?
8   A   Like, as to if it was cooked there or if it
9 was ordered?
10   Q   More in the sense of did you have a
11 conversation with anyone where they told you how
12 often they received food or what kind of food?
13   A   Yeah.  And it was every day after practice
14 or before game days and after.  Before game days,
15 meaning before the actual game, and then after the
16 game.
17   Q   Are there any other teams that you think
18 were treated better than lacrosse in terms of the
19 food that they received?
20   A   No.  I don't know.
21   Q   And what type of -- what type of food did
22 you receive as a member of the lacrosse team?
23   A   My freshman year, probably -- I think
24 twice, two times, we got food before a game.  I
25 think -- we never got food after a game my freshman

Page 74

1 year.
2       Aside from travel trips, we didn't receive
3 food outside of that my freshman year.
4       For sophomore year outside of travel trips,
5 we received food probably -- probably four times
6 after a game.  These numbers are all approximate.
7    Q   Do you know how frequently any team other
8 than football would receive food before or after a
9 game?
10    A   I'm actually more knowledgeable on what
11 men's basketball gets, so that would be a better
12 testimony for me because I see the basketball
13 players every day.  So I know that they get fed
14 after practice every day and before and after games
15 every game day.
16       I don't think I could recall a time where
17 that was not true.
18    Q   And that knowledge is based on your
19 conversations with friends or acquaintances you have
20 on the men's basketball team?
21    A   Yeah.  I date one of the basketball
22 players.  So every single day, I know.
23    Q   When lacrosse did receive food after a
24 game, what type of food was it?  Like, was it
25 something that you would order or --

Page 75

1    A   Yeah.  It's something I would order.  It
2 was only ever -- I think, like, two times it was Dog
3 House.  Two times it was Chick-fil-A.  That was my
4 sophomore year.
5    Q   Would you agree with me that different
6 athletic teams have different nutritional needs?
7    A   I would say that male and female athletes
8 have different nutritional needs.  I believe that,
9 as an athlete, you need to eat the rainbow in your
10 fruits and your veggies and your carbs.
11       And the only differentiation that there is
12 is the amount of calories.  And that discrepancy is
13 between a male and a female.  But I don't think that
14 we eat different -- or should eat different.
15    Q   And is that -- what is that opinion based
16 on?
17    A   Personal knowledge.  My mom is a doctor --
18 or not a doctor.  She's a nurse practitioner.
19       I also know this because I've just been an
20 athlete my whole life.  You know, every person that
21 you run into educates you a little bit here and
22 there on what they think that, you know -- how you
23 should be fueling your body.
24       But I feel like I have a good understanding
25 of the topic of nutrition.  I would never volunteer

Page 76

1 myself to tell somebody because that's not my place.
2 But I feel pretty knowledgeable on the premises of
3 nutrition for an athlete.
4    Q   Did you ever receive snacks like bars or
5 Gatorade on game day?
6    A   No.  Nothing was ever brought to us.  But
7 there is a nutrition lounge that, only my freshman
8 year, had stuff in it.  It did not have stuff in it
9 my sophomore year due to COVID.
10    Q   And can you tell me a little bit more about
11 the nutrition lounge?
12    A   Pretty plain Jane, really was -- it was --
13 I would say, it was never a place for meals.  It was
14 like a -- if you're going through, you can grab a
15 milk and a bar.  But they never had consistent --
16 they never had consistent food, like, as in stuff
17 that I would consider supplemental to a game.
18       The few times -- well, I would say not a
19 few times.  Probably once a week my freshman year,
20 the school would either cater or cook food that went
21 into the nutrition lounge.  But the way our practice
22 time was, football got out before us.  So there was
23 never food left.
24    Q   And where did the lacrosse team play its
25 games -- its competition games at Fresno State?

Page 77

1    A   On the soccer-lacrosse field.
2    Q   And what other teams use that field?
3    A   Soccer.
4    Q   And is it your belief that the lacrosse
5 team was treated less favorably than other teams in
6 terms of competition facilities?
7    A   In terms of competition facilities?  So
8 that's different from practice?
9    Q   Yes.
10    A   I mean, it wasn't turf.  But -- I mean, yes
11 and no.  I'm sorry.  That's kind of a hard question
12 for me to ask [sic].  Because I would say yes, it
13 was suited to play a competition.  Would I say it
14 was equal to that of the football field?  No.
15    Q   Are there any other teams that you think
16 had better or higher-quality competition facilities?
17    A   Yeah.  I mean, the football field is turf.
18 The soccer-lacrosse field is grass that is -- gets
19 flooded all the time, gets ruined from soccer if
20 they have their season before us, has to be kept up
21 on the regular, whatnot.
22    Q   In your experience playing lacrosse, are
23 most collegiate lacrosse fields grass or turf?
24    A   Speaking for the whole United States, I
25 don't know if I can give an accurate answer.

Page 78

1    From my -- from the fields that I've played
2  at, it's probably 75/25, 75 being turf, 25 being
3  grass.  But you also need to keep in mind the places
4  that had grass were places that the climate could
5  with- -- you know, keep -- help that upkeep, if that
6  makes sense.
7    Q    So warmer regions?  Is that a fair
8  understanding of that?
9    A    I would say warm regions, not hot regions.
10  Because a hot region like ours, our grass is dead
11  when you start beating on it.
12    Q    Are there any teams at Fresno State that
13  you think had worse facilities than lacrosse in
14  terms of where they played their competitions?
15    A    I have not visited every competition arena.
16  And I'm not sure of some of the caliber that they
17  are supposed to or should be at.  But I would say
18  no.  I would say -- I would say soccer and lacrosse
19  probably have the worst field.
20    Q    And that's -- if I understood your
21  testimony, that's mainly because it's a grass field,
22  and that's difficult to upkeep in the climate and
23  the wear and tear?
24    A    Yeah, and on the premises that it is
25  shared.  I won't lie.  A lot of universities share a

Page 79

1  lacrosse and soccer field.  But, for the most part,
2  if it's a shared field, it is turf because of the --
3  because of -- because of that, because it's shared.
4    Q    And where did the women's lacrosse team
5  typically practice, like, which field?
6    A    My freshman year, we practiced on the white
7  lot, which is basically an area for tailgating.
8    Q    And what about your sophomore year?  Where
9  did you practice then?
10    A    If the field wasn't rained out, we would
11  practice on our competition field, which also you
12  really shouldn't do when you have grass.
13    And on days that it was rained out, if we
14  practiced early enough, we could sometimes get on
15  the football field.
16    Q    Do you know why lacrosse practiced on the
17  white lot?
18    A    I know that in the beginning -- so --
19  sorry.  Let me rephrase that.
20    My freshman year, fall ball we practiced on
21  the white lot because soccer is in season.  When
22  season rolls around, we continue to play on the
23  white lot for most of it, but then sometimes we
24  practice on the playing field.
25    We practice on the white lot closer to

Page 80

1  season because of the condition of the field and
2  trying to keep it, you know, primo.
3    Q    Do you know if any other teams used the
4  white lot for practice?
5    A    No, I've not heard of another team using
6  the white lot.
7    Q    And what was the condition of the white
8  lot?
9    A    Well, after football games, we would all
10  line up on the goal line, and we would all walk the
11  field to pick up glass and ball caps, which was not
12  our duty, A, and, B, should never even have happened
13  in the first place.
14    But -- and the grass was dead year-round.
15  It sometimes had lines on it on a good day.  It was
16  not regulation size.  So I would say fairly poor.
17    Q    And did anybody ever instruct you that the
18  team was supposed to clean up the white lot after
19  tailgates?
20    A    That instruction came from our coaches.
21    Q    Both head coaches that you've had?
22    A    With my one head coach that we had, we
23  never even practiced on the white lot because we
24  practiced so close to season.  So it was fine.
25    Q    And I want to look back at your discovery

Page 81

1  responses again.
2    A    Okay.
3    Q    And do you see -- and we're still on the
4  same interrogatory No. 6.  And one of the bullet
5  points a little bit farther down states:
6    "They are provided inferior practice
7    space, as compared to male athletes and
8    their teams."
9    Is that referring to the -- just to the
10  white lot, or is there -- are there other practice
11  spaces that you're referring to?
12    A    It's referring to the white lot.
13    Q    Fair to say that all of the other sports
14  teams, because they did not practice on the white
15  lot, would have been treated more favorably than
16  lacrosse, from your perspective, in terms of
17  practice space?
18    A    You're saying it's fair to say that they
19  got treated better because they didn't have to
20  practice on the white lot, right?
21    Q    Yeah.  Every team that did not practice on
22  the white lot would have been treated better, from
23  your perspective?
24    A    Yes, I guess you could say that.
25    MS. BULLOCK:  Erika, would this be an okay

Page 82

1 time for a break?
2       MS. GIROUX:  Sure.
3       MS. BULLOCK:  Okay.  We can go off the
4 record.
5       THE VIDEOGRAPHER:  Stand by.  We're going
6 off the video record.  The time is 11:26 a.m.
7       (Lunch recess taken from 11:26 a.m. to
8       11:51 a.m.)
9       THE VIDEOGRAPHER:  We are back on the video
10 record.  The time is 11:51 a.m.
11            - - -
12            EXAMINATION
13            (resumed)
14 BY MS. GIROUX:
15   Q   Ms. Anders, where was the locker room for
16 the women's lacrosse team?
17   A   It's in the parking lot to athletics, like,
18 kind of closer to the entrance of the football
19 field.
20   Q   And did other teams have locker rooms in
21 that area also?
22   A   Soccer and football.
23   Q   And how many locker rooms were allocated to
24 the lacrosse team?
25   A   One.

Page 83

1   Q   What was the condition of the locker rooms
2 like?
3   A   They were good.  They were good.  They were
4 insufficiently stocked is what I would say.
5   Q   And what do you mean by "insufficiently
6 stocked"?
7   A   Food and spare equipment.
8   Q   What type of spare equipment?
9   A   Kind of back to the goggle thing.  Like, if
10 your goggles didn't fit your face, like, you need to
11 rummage through the drawer.  And, basically, like,
12 the -- what was in the drawer was leftover
13 equipment, like, disregarded equipment from previous
14 years, so usually broken stuff.
15   Q   So fair to say that the issue that you
16 identified with the locker rooms was about what was
17 in the locker rooms as opposed to the facility
18 itself?
19   A   Yeah.  At one point the light did go out in
20 the bathroom my freshman year, and it was never
21 replaced.
22       But that was the one thing that I would
23 probably say was wrong with the building itself or
24 of the actual infrastructure of the building.
25   Q   Did anybody else on the lacrosse team ever

Page 84

1 express to you a complaint about the locker room?
2   A   The worst complaint that we had was
3 probably that we shared an entrance with women's
4 soccer.  And they put their cleats, like, in -- it
5 wasn't exact -- it's not a lobby area, but let's
6 just say, like, a 5-by-5 room that has two different
7 doors.  Like, in that room they would put their
8 cleats, and it just reeked.
9   Q   I want to go back to your interrogatory
10 responses.  I'll put it up on the screen.
11       We were still on interrogatory No. 6.  And
12 one of the bullet points here says:
13       "They are provided inferior locker
14       rooms, as compared to male athletes and
15       their teams."
16       Which specific teams do you believe had
17 better locker room facilities?
18   A   I would say this is in reference to
19 basketball.  So, for instance, basketball practices
20 in two different places.  So they have -- they
21 practice at north gym.  North gym has a full locker
22 room.  And then they practice at Save Mart.  Save
23 Mart has a full locker room as well.
24       So they have two locker rooms.  They have
25 one at their practice facility, one at their

Page 85

1 competition facility.
2       I think the discrepancy between this was
3 that we have to walk out to our field, right?  So if
4 you forget something in the locker room, like,
5 that's a full, like, ten minutes out of practice you
6 got to walk back.
7       I think the biggest problem is that we
8 probably should have had a locker room at our
9 competition facility.
10       And -- because the way our locker room was
11 wasn't really -- it wasn't at the competition
12 facility or really by our practice facility, if that
13 makes sense.  It was just, like, kind of a central
14 locker room.
15       But I believe that would be that biggest
16 discrepancy, was that they had two.
17   Q   And that -- you're specifically referring
18 to the men's basketball team?
19   A   Yes.
20   Q   Are you aware of any other team having two
21 locker rooms?
22   A   Not that I know of, no.
23   Q   And what about teams that have locker rooms
24 closer to their practice facilities?
25   A   Are you asking, like, how close everyone

Page 86

1 else's locker room is to theirs?
2     Q    Yeah.  So what I'm asking is:  Are you
3 aware of teams that have locker rooms that are
4 closer to their practice facility than lacrosse's
5 was?
6     A    I mean, I would say -- I would say no.  The
7 women's soccer was, like, very much in the same
8 position as us, though.
9         But I wouldn't say, like, anyone had it
10 worse.  And in the terms of better, I don't really
11 know how I would define "better" in positioning
12 scenario because I don't know where everyone's
13 locker room is.
14    Q    And when you referred a few moments ago to
15 not having food in the locker room, what
16 specifically was not in the locker room that you
17 would have expected to be there in terms of food?
18    A    Considering the fact that we didn't get
19 post-practice meals, I feel like it would have been
20 well-advised to at least provide our locker room
21 with snacks.  And that wasn't the case.  The stuff
22 that we had in there was snacks was personally
23 funded.
24    Q    Are you aware of any other team having
25 post-practice snacks in their locker room?

Page 87

1     A    I feel like it's less about the equivalent
2 of snacks and more about the supplemental meals.
3 And it's kind of like if we weren't getting the
4 meals, then "What's to say that you couldn't buy us
5 a box of bars?"
6     Q    And the teams that you're referring to
7 receiving supplemental meals was football and men's
8 basketball?
9     A    Yes, to my knowledge.
10    Q    And so what was the -- did the lacrosse
11 team have scrimmages during the fall?
12    A    Yes.  That's what I would consider those
13 fall ball games.
14    Q    Okay.  And approximately how many
15 scrimmages did the team play each fall?
16    A    I'm not exactly sure.  I want to say, like,
17 12 to 15.
18    Q    Do you remember which teams you played in
19 fall ball?
20    A    UC Davis, Cal, USC, Stanford -- what's that
21 school? -- Forks, Arizona.  Off the top of my head,
22 that's all I got right now.
23         SDSU.  Sorry.  There's one more.
24    Q    So mostly California teams, it sounds like.
25    A    Yeah, mostly California teams.

Page 88

1     Q    And did you travel to some of those
2 scrimmages?
3     A    All by bus.
4     Q    And is a scrimmage schedule split kind of
5 evenly between home scrimmages and away scrimmages?
6     A    To my recollection, we never had a home
7 play day.  They're called play days.  It's where you
8 play multiple games in a day.  But, to my knowledge,
9 we never hosted, no.
10    Q    So it sounds like -- and, again, correct me
11 if I'm wrong -- that there's a particular location
12 where the scrimmage is set for and then -- that the
13 play day is set for, and then you play a couple of
14 different teams on that day.
15    A    Yes.  So, like, we would drive to Stanford,
16 and, like, USC would be there, UC Davis, and, like,
17 a couple other teams.  And then you rotate who you
18 play.
19    Q    Got it.
20    A    No sort of bracket system, just pool play.
21    Q    And did you have a specific strength and
22 conditioning coach assigned to the lacrosse team?
23    A    My -- yeah.  It was Nick.
24    Q    Both years?
25    A    Yeah.  But it wasn't -- he wasn't specific

Page 89

1 to us for either years.  He was assigned to us, but
2 he did not work with us solely.
3     Q    Do you know which other teams he worked
4 with?
5     A    I believe my freshman year he did baseball
6 and wrestling.  And then I believe -- he had,
7 like -- because of COVID, they cut strength and
8 conditioning coaches my sophomore year.  So my
9 sophomore year, he had, like -- he had, like, six
10 teams.  I don't remember all of them.
11    Q    Did you have, like, certain mandatory
12 treatments that you would do with athletic trainers?
13    A    The only sort of mandatory things that we
14 ever had, and they were pretty rare, was ice baths,
15 and then when we're on the road, like, stretching
16 and stuff.  But in terms of mandatory, not really
17 anything that we would do outside of practice time,
18 anyways.
19    Q    And did you have a specific athletic
20 trainer that was assigned to the lacrosse team?
21    A    Part of my freshman year, yeah.  Then we
22 had turnover my freshman year.  Then we had turnover
23 again my sophomore year.
24         And then she was the first one that stuck
25 with us for a year, although she was -- not to talk

Page 90

1  bad about her, I love her, but she was an intern.
2  So kind of the lack of -- a little bit of a lack of
3  knowledge there.
4     Q    And outside of practices and conditioning,
5  were there any required team activities that you
6  would participate in?
7     A    Not really.  A couple times my freshman
8  year we had, like -- are you talking about, like, a
9  working out-wise, or are you talking about, like,
10  just any type of activity?
11     Q    Any type of activity.
12     A    Okay.  My freshman year we had a couple of
13  tailgates that we had to go to.  My freshman year I
14  hosted a recruit.  I think I've hosted two,
15  actually.  Other than that, not really.
16     Q    And when did the -- when would the fall
17  season typically end for women's lacrosse?
18     A    Early winter, I believe.  But I'm not --
19  I'm not super positive.
20     Q    Before finals, usually?
21     A    Gosh, honestly, I don't know.
22     Q    And when you returned after the semester
23  break, did the lacrosse season start to ramp up
24  immediately, or was there a period of time where
25  there was more of a lull?

Page 91

1     A    I think it was, like, two weeks that we had
2  that was kind of like -- that was kind of more
3  mellow.  But you came back from the break
4  understanding that we were going to turn it up when
5  we got back.
6     Q    And what does turning it up involve?
7     A    Just intensity of workouts.
8     Q    Longer practices?
9     A    I don't know if I would say longer.  Just
10  more -- less fundamental -- less fundamentals, more
11  kind of, you know, geared towards games.
12     Q    How many games did the lacrosse team play
13  during the regular season?
14     A    I have no idea.
15     Q    More than ten?
16     A    I would guess more than ten.
17     Q    Did the -- does Fresno play in a particular
18  athletic conference?
19     A    Yeah.  Mountain West, I believe it's
20  called.
21     Q    Do you know what other schools are in that
22  conference?
23     A    Last year it was literally, like, San Diego
24  State, UC Davis, and I want to say one more team.
25  No, I think it was literally the three of us because

Page 92

1  everyone else had left the conference the prior
2  year.
3         I don't remember everyone in our conference
4  my freshman year, but I believe it was like SDSU,
5  UC Davis, Cal.  And that's all I can remember right
6  now.
7     Q    Are you referring specifically to other
8  schools that have a lacrosse program?
9     A    Yeah.  Like, those are teams we competed
10  against?  Yeah.
11     Q    Did the team also compete against -- did
12  the lacrosse team also compete against schools
13  outside of the Mountain West Conference?
14     A    Yes, especially my sophomore year because
15  our conference was so tiny.
16     Q    Did you have to travel frequently to play
17  those teams?
18     A    Pretty frequently, yeah.
19     Q    Is the competition schedule roughly split
20  between home and away games?
21     A    I didn't pay attention to that.
22     Q    You did play some home games during the
23  season, right?
24     A    Yes.
25     Q    And how frequently would you travel to a

Page 93

1  competition by bus?
2     A    By bus?  Any team in California that
3  wasn't, like -- that wasn't, like, deep SoCal.
4     Q    And what type of -- what type of bus would
5  you usually travel on?
6     A    I don't know exactly what you would call
7  it.  It's the ones with, like, 30 seats deep.
8     Q    Kind of -- would you say that it was like a
9  regular school bus or more like a -- something that
10  people would use to go on a trip?
11     A    Yeah, like, more something that you use to
12  go on a trip.
13     Q    Did you also sometimes travel by plane?
14     A    Sometimes.
15     Q    Approximately how frequently?
16     A    Any game outside of California.  I don't
17  know if I could say how frequently.  I'm not --
18  because I just don't even know how many games we
19  played.
20     Q    Which airport would you typically fly out
21  of?
22     A    Fresno.  My freshman year, we did drive --
23  we drove a couple hours.  I can't remember what
24  airport we went to, though.  We did do that one
25  time, though.

Page 94

1   Q   Did you usually take direct flights?
2   A   Not all the time, no.
3   Q   You recall approximately what percentage of
4 the time you would take a direct flight?
5   A   Probably, like, 30.  Like, 30 percent of
6 the time would be a direct flight.
7   Q   And do you know if your coach ever provided
8 any preferences on -- as to how flights should be
9 booked?
10   A   I have no idea.
11   Q   I want to look again at your interrogatory
12 responses, still on the same interrogatory 6.  And
13 there's a bullet point that says:
14        "They are provided inferior means of
15        travel, including not having access to
16        the same charter bus services, as
17        compared to male athletes and their
18        teams."
19        What charter bus service are you referring
20 to there?
21   A   This section was mostly written by girls
22 that were older than me.  I don't have a lot of
23 knowledge on this bullet point, especially because I
24 also don't even know how to describe the different
25 types of buses.

Page 95

1        But I just was aware of the fact that what
2 the -- especially the football team was riding in
3 was different than ours.  I can't be super specific
4 because this was more a testimony to the girls older
5 than me.
6   Q   And do you recall who provided that
7 information to you?
8   A   Yeah.  Like, Abbigayle and Megan.
9 Abbigayle Roberts --
10   Q   Abbigayle Roberts and --
11   A   -- Megan Walaitis, yeah.  Sorry.
12   Q   Were there any specific teams that you
13 believe were treated more favorably in terms of
14 travel arrangements?
15   A   Yeah.  In terms of per diem, we were given
16 $9 if we took a flight during the morning and $11 if
17 we took it closer to lunchtime.  So, like, $9 would
18 be breakfast per diem, and, like, $11 would be if it
19 was lunch per diem.  Never combined, just
20 separately.
21        And that, I know, was a huge discrepancy.
22 I know that specifically the basketball players
23 would get, like, $100 a day or something, like, for
24 when they went to the airport.  That was the biggest
25 issue with travel.

Page 96

1        Also a huge thing that happened this year,
2 which was honestly beyond me, considering the fact
3 that Fresno State claims to be in such a great
4 amount of debt, that Fresno State men's basketball
5 team took, like, six charter flights this year.
6   Q   And the information about the men's
7 basketball team charter flights, is that information
8 that you got from speaking with members of the
9 basketball team?
10   A   Yes.
11   Q   Do you remember what specifically they told
12 you?
13   A   Just when I asked, "Are you flying private
14 or commercial?"
15   Q   Do you know where they were traveling to?
16   A   I can't recall each time, no.
17   Q   Do you recall any of the destinations?
18   A   No.  They play so many games.  I can't keep
19 them together.
20   Q   Aside from the charter flights and the per
21 diem, are there any other ways in which you think
22 those teams are treated more favorably?
23   A   This was information also from the older
24 girls.  But the men's football team -- for instance,
25 if we drove to, like, UC Davis or, like, San Diego,

Page 97

1 like, they flew.
2   Q   Any other teams besides football and men's
3 basketball that you think were treated more
4 favorably?
5   A   Not that I'm aware of.
6   Q   Do you have a sense of whether other teams
7 aside from football, men's basketball, and lacrosse
8 typically traveled to competitions by bus?
9   A   I don't know.
10   Q   And I want to talk specifically about the
11 per diem that you mentioned.
12        How did you -- how did you come to know
13 that information?
14   A   Well, I knew how much they got because they
15 told us -- told me.  And I knew how much we got
16 because they handed it to us in cash.
17   Q   Do you know whether Fresno State's athletic
18 department has a policy regarding per diem?
19   A   In terms of how much we get?
20   Q   Yes.
21   A   I don't know their policies, no.
22        (Exhibit 5 was marked for
23        identification by the reporter.)
24 BY MS. GIROUX:
25   Q   I want to show you what I think will be

Page 98

1  Exhibit 5.  And this is a declaration that you
2  submitted towards the beginning of this case.
3        Do you recognize this document?
4   **A   Yes.**
5   Q   I will scroll through it down to the end.
6        And this is your signature?
7   **A   Yes.**
8   Q    And so I want to talk about paragraph 9
9  which says:
10            "For example, when the women's
11         lacrosse team travels, we each get a
12         small per-diem.  Certain men's teams get
13         a substantially larger sum, and the
14         players end up pocketing most of it."
15        Do you see that?
16  **A   Yes.**
17  Q   And which men's teams are you referring to?
18  **A   That specific information, I got about**
19  **men's basketball.**
20  Q   And when you say "players end up pocketing
21  most of it..."
22  **A   Well, per diem is money that's given to**
23  **you, right?  So you have the right to all of it.**
24  **It's not like if you don't use it, you have to give**
25  **it back.**

Page 99

1   Q   How do you know what the men's basketball
2  team does with the leftover per diem?
3   **A   Because they told me.**
4   Q   Do you have any idea why they receive that
5  much in per diem?
6   **A   I have no idea why.**
7   Q   When you would travel, did you sometimes go
8  out to restaurants for team meals?
9   **A   Occasionally.**
10  Q   Did parents sometimes organize tailgates
11  after the games that would have food?
12  **A   No.  They would -- they would -- they**
13  **organized, like, snack bags.**
14  Q   Can you describe the parent-organized snack
15  bags in more detail?
16  **A   One of our teammates' moms was really into**
17  **making scrunchies, always had a scrunchy.  Usually a**
18  **makeup wipe because we would usually be on the road.**
19  **And then just, like -- I would say, like --**
20  **not exclusive to this or in particular this, but**
21  **something that it would look like is, like, a bar, a**
22  **few candies, and, like, a bag of Cheez-Its or**
23  **something.**
24  Q   When you were traveling, did the team ever
25  have meals delivered directly?

Page 100

1   **A   To the hotel?**
2   Q   Yes.
3   **A   Yes.**
4   Q   Approximately how frequently?
5   **A   Basically, when it fit into the schedule.  So,**
6  **We ate out according to the schedule as well.  So,**
7  **like, if we had time to be at the hotel, we would**
8  **get it at the hotel.**
9   Q   Aside from men's basketball, are there any
10  other teams that you believe were treated more
11  favorably in terms of per diem?
12  **A   I don't have any knowledge of other teams'**
13  **per diem.**
14        Is this also just conversation about travel
15  per diem or, like, in general scholarship per diem?
16  Q   Travel.
17  **A   Okay.**
18  Q   What did a typical game day look like for a
19  home game in terms of schedule?
20  **A   In terms of schedule?  If the game was at**
21  **12:00, we would be on the field at 11:30.  You'd**
22  **probably start getting ready at 10:45.  So we**
23  **probably showed up at, like, 10:00, 10:15.  Probably**
24  **10:00 if you needed to get taped or something.**
25  Q   And prior to the games, would you do

Page 101

1  warm-ups and stretches?
2   **A   Yeah.**
3   Q   Practice drills?
4   **A   Yeah, a few.**
5   Q   And what about after the game?  What would
6  you typically do?
7   **A   Fifteen-minute stretch down while we talk.**
8   Q   What was your typical postgame routine,
9  like, in terms of what you would do afterwards?
10  **A   Go home.  Nothing.**
11  Q   Do you know what any other athletic team's
12  game day schedule is like?
13  **A   I know basketball pretty in depth.  I**
14  **don't -- I don't know other teams', no.**
15  Q   Do you know about basketball's game day
16  schedule?
17  **A   For a home game, it's --**
18  Q   Yes.
19  **A   For a home game, it's get up, shoot around,**
20  **meal after shoot around, meal -- no, no, I'm**
21  **sorry -- meal after shoot around, come back, get**
22  **taped, warm up, play the game, post meal.**
23  Q   And what about -- what about an away game?
24  What would your schedule typically be for lacrosse?
25  **A   Same thing as home game, honestly.  Show up**

1  coaches are allowed to be there.
2          Just felt like, you know -- we couldn't do
3  anything, and then it was, like, football is running
4  amok.
5      Q   So let me back up a step.
6          When COVID hit, in addition to games being
7  canceled, I'm guessing practices were also canceled?
8      A   Yes.
9      Q   And then what is a return-to-play plan?
10     A   That just means, like, when they tell you
11 that you have to be back at school because we're
12 going to start practicing.
13         So, like, in terms of that, why we had to
14 wait on the school was because our coach had to get
15 permission from, you know, the athletic
16 administration to start scheduling days for us to
17 practice.
18         But at that time we were not even allowed
19 to use facilities.  Like, it was -- it was
20 unavailable due to COVID, yet there was other people
21 using it.
22     Q   And so I'm -- am I understanding correctly
23 that the idea was, when athletic activities started
24 up again, there would be scheduled, specifically
25 limited practice times for different teams to use

1  facilities?
2      A   Correct.  And we got that return-to-play
3  date, like I told you, like, couple weeks before our
4  first game, which would have actually been, like --
5  our return-to-play date would have been six months
6  prior.  We would have had a fall ball season if it,
7  you know, weren't for COVID.
8          The fact that facilities started being used
9  and we weren't even allowed to play when it was,
10 like -- and so fall ball, obviously, is two seasons
11 before our season.  But -- so that means that, like,
12 we didn't even -- like, the winter is our most
13 crucial time because right before spring, we
14 couldn't even get in during winter.
15     Q   Do you know when other -- any other teams
16 received their return-to-play date?
17     A   No.  I couldn't tell you exact times, no.
18     Q   Aside from football, is there any other
19 sports team that you're referring to when you
20 mention male-dominated sports here?
21     A   I know that Jordan was doing -- they had --
22 they had small group workouts.  They were able to be
23 in the gym.  They were able to be in the weight room
24 doing small group workouts.
25         Or they also had -- that's the other thing

1  too, is they told us that we couldn't use the weight
2  room due to the COVID, but then they had moved the
3  whole weight room outside.  And everyone else was
4  using it, but we couldn't.
5      Q   And when you say "everyone else," are you
6  referring to specific teams?
7      A   To my knowledge, that was men's football,
8  men's basketball.  And I think at the time women's
9  basketball was also using it, but I'm not
10 100 percent sure.
11     Q   Do you see in the next sentence it says:
12         "While, normally, fall and spring
13     athletes have access to the athletic
14     training facilities year-round, Fresno
15     State has restricted access to the these
16     facilities for social distancing
17     purposes.  In the fall of 2020, spring
18     athletes were not permitted to use the
19     facilities, and my understanding was
20     that the reverse would be true in the
21     spring."
22     A   Correct.
23     Q   "I was surprised to recently
24     learn that the football team, a fall
25     team, will continue to have access

1      to facilities throughout the
2      spring."
3      A   Yeah.  So kind of like what I said about,
4  like, the out -- bringing the, like, weight room
5  outside, it's -- they were having capacity issues.
6  So only X amount of people, or whatever, can be in
7  the facility together.  And the way they control
8  that is obviously by not letting out-of-season teams
9  use it.
10         And during our time, there was others using
11 it.  Which is why it was a problem that we couldn't
12 get in, if that makes sense.  Because, you know,
13 retrospectively, you would think, "Well, that's, of
14 course, why you couldn't use it when they were using
15 it."
16         But then they were using it while we were
17 using it, so who's to say we couldn't have been
18 using it while they were.  Could have had multiple
19 months of preparation.
20     Q   Are you aware of any spring sports teams
21 that used the athletic facilities during the fall of
22 2020?
23     A   The fall of 2020?  What -- that was my --
24 the fall of my sophomore year, last year?
25     Q   Yes, I think so.

Page 118

1 independent from what your scholarship, the school
2 was supposed to provide you, like, basically
3 anything that you couldn't provide yourself without
4 leaving the house.
5        You know, so that was -- the athletic
6 trainers needed to bring us medication if we need.
7 If we didn't have enough food, we needed -- they had
8 to bring it to us, different stuff like that.
9        And I'm not exactly [sic] what team this is
10 specifically referring to, but I did know that they
11 were receiving basically, like, the same types of
12 meals that they would get, like, pre/post game or
13 pre/post practice. I think this was more football.
14    Q    And this paragraph 210 refers specifically
15 to the women's lacrosse team.
16        Was this part of your personal experience
17 with a COVID exposure quarantine?
18    A    Yeah. We had to quarantine -- so it was
19 funny because the first time we quarantined, they
20 brought us those snack bags, and it -- everything
21 was expired. And it was all the snacks from the
22 nutrition lounge.
23        So my guess was, when COVID happened,
24 nutrition lounge shut down, they had all the extra
25 food. When quarantine hit for our team, they were

Page 119

1 like, "Why don't we just bag some of this up?" It
2 showed up. All of it was expired.
3        And then we did a second quarantine, and we
4 never received snacks or anything that second
5 quarantine.
6    Q    When was that first quarantine?
7    A    Oh, gosh, like, right when we all got back,
8 like -- like, August, September.
9    Q    Of 2020?
10    A    Yeah. Yeah.
11    Q    Are you aware of any other teams' COVID
12 quarantine experience aside from lacrosse?
13    A    I had -- like, I was aware when other teams
14 were quarantining. I was not aware of what their
15 quarantine looked like, no.
16    Q    Okay. And then I want to go up to
17 paragraph 17, which says:
18        "For example, Fresno State excluded
19        the women's lacrosse team from athletic
20        facilities and its locker rooms. The
21        team members were not even allowed to
22        enter the locker room to retrieve their
23        personal belongings. Instead, their
24        locker room was given to the men's
25        football team, and their belongings were

Page 120

1        dumped in the shower."
2        MS. BULLOCK:  Erika, I'm going to ask you
3 to scroll up so that my client can read the
4 paragraphs that precede this as well, please.
5        MS. GIROUX:  Sure.
6        THE WITNESS:  Okay. Thank you.
7        Yeah, like it was stated, in the -- I
8 believe that was section 15, we -- that was, like,
9 one of -- one of the very, very, very biggest issues
10 with this whole scenario is it was like, "Hey,
11 we're cutting you guys. And we want you to know
12 that you're going to have this last season to
13 participate in NCAA sports just the same as
14 everybody else. And you guys are going to get
15 treated the exact same. And nothing's changing just
16 because we know you guys are leaving at the end of
17 the year."
18        That did not hold true, like, one single
19 bit throughout the whole short season that we had.
20        There was so many instances where it was
21 just like -- it just felt like we were being swept
22 under the rug, like, when we still had tons -- like,
23 a handful of games to play.
24        This section 17 specifically was another
25 reason I think they weren't giving us a

Page 121

1 return-to-play date was because, since they had to
2 abide by, you know, facility rules of how many
3 people -- or I don't know if it was rules given to
4 them or rules that they made.
5        But basically what happened was -- my
6 understanding of it was is they couldn't have as
7 many football players in their locker room as they
8 did.
9        So what they did is they used our locker
10 room, A, which was never notified to us, B, had all
11 of our personal belongings in it.
12        Because in the wake of COVID, like,
13 probably 70 percent of the team flew out within the
14 week of our team getting cut. No one went to the
15 locker room and grabbed their stuff because we're
16 all thinking -- like, you know, no one knew what was
17 happening with COVID at that time.
18        C, without our knowledge, all of them are
19 in there, all of our stuff is in there, our personal
20 belongings. C being that they had taken our
21 personal belongings and either locked them in there
22 with no record of what code they put on the locker
23 so we had to break into them, basically, when we got
24 back.
25        Then all of our stuff that was, like, free

Page 122

1 willy-nilly out, like, without locks on it, it was put
2 into a bunch of duffel bags, miscellaneously
3 jumbled, and thrown into the shower.
4       Which, if you can understand what our
5 shower looks like, it's not stalls.  So it's like
6 two poles, you know, and it's a big, old bathroom.
7 And then you just, like, turn on the shower, and it
8 comes out.  Kind of like when you're at the gym, and
9 it's like everyone showers together.
10       They were showering in there with our stuff
11 on the ground.  So, I mean, I don't know who's to
12 blame for that, but that's really disrespectful of
13 our personal belongings.
14 BY MS. GIROUX:
15   Q   And when did that -- when did that happen?
16   A   That whole time.  The whole time football
17 was training and they -- before they gave us a
18 return-to-play date.
19       Not to mention, also, not only did they
20 move our personal belongings, but they didn't remove
21 their personal belongings for when we got back.  And
22 they did not put our stuff back where it was.  You
23 know, for general rule of thumb, when you borrow
24 someone's space, you return it how you got it.
25   Q   When you say the team members were not even

Page 123

1 allowed to enter the locker room to retrieve their
2 personal belongings, was that -- what is that based
3 on?
4   A   That we, like, weren't -- we weren't
5 allowed because it -- like, considered, like,
6 cross-contamination, if you will, like, between the
7 teams.
8       And also we don't know football's practice
9 schedule, you know.  You don't want to type in the
10 code and walk in and everyone's standing there.
11 It's also, you know, privacy violation of both them
12 and us because, if we go in there, you know, we're
13 different -- we're different sex.
14   Q   Did you ever try to schedule a time to pick
15 up your belongings from the locker room?
16   A   Certain girls did.  There was one girl
17 that -- who was it that she communicated with? --
18 she, like, pressed the equipment manager, I think.
19 And he went in and grabbed her stuff and brought it
20 out.  One girl.
21       And that was because they were
22 transferring.
23   Q   Did you specifically try to retrieve your
24 belongings?
25   A   No.  Because I was told we weren't allowed

Page 124

1 to.  The only reason I think she was allowed to go
2 was because she was like, "I'm literally leaving and
3 never coming back.  So, like, give me my stuff,"
4 basically.
5       And they were like, "Well, you guys just
6 have to wait until football's done."
7   Q   Did you return to campus during the fall
8 semester of 2020?
9   A   During the fall semester of 2020?  Yeah,
10 I -- yeah.
11   Q   Were classes still remote at that point?
12   A   I can't remember if they were fully remote
13 or partially because I think there -- I have a
14 feeling it was fully remote, but I can't remember
15 when we went -- can't remember if they were offering
16 in-person classes yet or not.  I can't remember when
17 it started.
18   Q   But you were back living in Fresno?
19   A   Yes.  I myself was, not my whole team,
20 though.
21   Q   And during your sophomore year, how many
22 games did you play in for the lacrosse team?
23   A   I logged minutes in all of them.  I can't
24 remember how many games it was.
25   Q   Did you start any of those games?

Page 125

1   A   Yeah, I started -- I started for probably,
2 like, the last two-thirds of the season.
3   Q   And approximately how much playing time did
4 you receive during each game?
5   A   When I was starting --
6       MS. BULLOCK:  Sorry.
7       Objection.  Asked and answered.
8 BY MS. GIROUX:
9   Q   You can answer.
10   A   Okay.  My sophomore year when I was
11 starting, I was probably playing, like -- like, 40
12 to 50 minutes of the 60.
13       MS. GIROUX:  Okay.  This is probably a good
14 time for a quick break if you want to take maybe
15 five minutes.
16       THE WITNESS:  Okay.
17       THE VIDEOGRAPHER:  Stand by.  We're going
18 off the video record.  The time is 1:04 p.m.
19       (Recess taken from 1:04 p.m.
20       to 1:17 p.m.)
21       THE VIDEOGRAPHER:  We are back on the video
22 record.  The time is 1:17 p.m.
23 BY MS. GIROUX:
24   Q   At some point did you come to learn that
25 the lacrosse team had been eliminated at Fresno

1  State?
2  **A   Yes.**
3  Q   And when was that?
4  **A   I don't remember the exact date, but it was**
5  **when we got on the Zoom call with Terry Tumey.**
6  Q   Sometime in the fall of 2020?
7  **A   I would consider it late winter, early**
8  **spring.  In one of the documents it says the exact**
9  **date that it -- he told us, but I can't remember**
10 **right now.**
11 Q   Had you heard any rumors that the lacrosse
12 team was in jeopardy prior to that meeting?
13 **A   Honestly, there was -- in the year prior,**
14 **there was, like, jokes going around about it because**
15 **we didn't have a good season.**
16 **To my recollection, I never took anything**
17 **seriously.  Like, that was literally the last thing**
18 **that I thought that he was going to say.  I**
19 **really -- like, I had no idea that he was going to**
20 **say that.**
21 Q   And so you did not know in advance of the
22 meeting what the meeting was about?
23 **A   No idea until he started talking.**
24 Q   What specifically do you recall about that
25 meeting?

1  **A   Just super anxiety-inducing day.  We got a**
2  **text from our coach saying we're having a Zoom call**
3  **in, like, two hours.  So we had, like, two hours,**
4  **basically to sit there and think about what it was**
5  **going to be.**
6  **We get on the call.  He starts by**
7  **explaining how much debt Fresno State was in and**
8  **then told us that we were going to cut the team.**
9  **And then -- he was literally on there for, like,**
10 **five minutes.  Like, swear, like, five minutes.  He**
11 **told us that the team was going to be cut.**
12 **And then he was like, "All right.  I need**
13 **to go.  If you guys have any questions, you can ask**
14 **this guy."**
15 Q   And who was that guy?
16 **A   No idea.  Never seen him before.  I don't**
17 **remember his name.**
18 Q   Do you remember what his role at Fresno
19 State was?
20 **A   Some sort of athletic administration.  Not**
21 **sure what his title was at all.**
22 Q   Do you remember what he told you during
23 that meeting?
24 **A   I don't believe he -- honestly, during that**
25 **meeting, I really checked out after Terry Tumey told**

1  **us that the team was going to be cut.**
2  **And that -- just kind of, like, most of the**
3  **information I got out of it was that we had the**
4  **season to play.  We could continue going to school**
5  **here after the year still on scholarship.**
6  **And they really enforced that we were going**
7  **to be given every amenity that we had given before.**
8  **I remember that very specifically because I -- in**
9  **the aftermath, I didn't feel like that promise was**
10 **met.**
11 Q   In what ways did you feel like that promise
12 was not met?
13 **A   Just the school was so shady.  It just felt**
14 **like -- I just felt like the treatment -- the**
15 **treatment we had received prior was not equal to**
16 **those of -- those of, like, the male-dominated**
17 **sports like we were talking about.**
18 **But it was like -- it was, like, max --**
19 **like, maxed out that year.  I just felt like we**
20 **were -- they just -- everything was just, like, us**
21 **trying to be swept under the rug.**
22 **We didn't have a media day like everyone**
23 **else got.  We didn't -- you know, the whole**
24 **return-to-play date thing was huge, huge that they**
25 **put us out for that long.**

1  **And just stuff like the cleats take so long**
2  **to get here.  Fall -- we didn't have a fall, but we**
3  **didn't even get administered any, you know,**
4  **personalized-to-our-team practice gear.  And some of**
5  **that stuff that we talked about prior.**
6  **It was just -- I just keep referring back**
7  **to it really just felt like they were trying to**
8  **sweep us under the rug, you know.**
9  Q   And was it your opinion that all of those
10 things that happened, the lack of a media day, the
11 return-to-play date, the issues with the cleats and
12 the fall's -- the fall's scheduling and the gear was
13 a result of Fresno State had already decided to cut
14 the team and had essentially written off the
15 lacrosse team?
16 **A   Yes, I'd agree with that.**
17 Q   Did some of your teammates consider
18 transferring after the announcement that the program
19 was being cut?
20 **A   Yeah.  It was extremely hard on the**
21 **freshmen.  Most of the freshmen left because,**
22 **selfishly, they had four years to play.  Why**
23 **wouldn't they transfer, you know?  We're -- our team**
24 **was about to be cut.**
25 **For junior/seniors, it was an easier**

Page 142

1  one other lawyer aside from Mr. Bryant?
2      A   Yeah.  He had a colleague or two on there.
3      Q   Was it -- did all of your team members
4  participate in that meeting?
5      A   Everyone was invited.  I don't know if it
6  was everybody, though.  I'm almost positive it
7  wasn't everybody.
8      Q   More than half?
9      A   More than half.  Probably 75 percent to
10  90 percent.
11     Q   And you said there were also parents
12  present during that Zoom call?
13     A   Yes.
14     Q   Do you recall what you discussed during
15  that first Zoom call?
16         MS. BULLOCK:  So, Erika, I'm going to
17  intervene here.  During that first Zoom call, the
18  parents were on it for the very first part.  And
19  then all of the parents dropped off, and it was only
20  clients.
21         So I'm going to instruct my client that
22  anything that was discussed when it was just clients
23  and attorneys, you are not permitted -- you do not
24  talk about.  And Erika doesn't -- she's not asking
25  about that.

Page 143

1         THE WITNESS:  Okay.
2         MS. BULLOCK:  Okay?  So I just want to make
3  sure that we're clear here.
4         THE WITNESS:  Thank you.
5         The information that was discussed during
6  the time of the parents was on, it was general
7  information.  It was -- it was Arthur explaining to
8  us how a Title IX lawsuit works and the general
9  information on what Title IX is.
10  BY MS. GIROUX:
11     Q   Okay.  And, again, I'm only asking about
12  the part of the meeting where the parents were
13  present.
14         During that portion of the meeting, did
15  Mr. Bryant explain to the group or tell the group
16  about his experience in litigating Title IX
17  lawsuits?
18     A   Yeah.  He gave us brief understanding of
19  his credentials, but it was not a main focus of the
20  Zoom.
21     Q   Do you remember anything specific that he
22  told you?
23     A   Just that he's really passionate
24  (inaudible) and that --
25         THE COURT REPORTER:  Sorry.  "Just that

Page 144

1  he's really passionate" what?
2         THE WITNESS:  It was just that he was
3  really passionate about Title IX and just kind of
4  asking us, like, what did we want moving forward.
5  BY MS. GIROUX:
6      Q   Do you recall what the responses were to
7  his question about what you all wanted moving
8  forward?
9         MS. BULLOCK:  Again, only --
10  BY MS. GIROUX:
11     Q   Only during the portion of the meeting
12  where the parents were present.
13     A   I got you.  Thank you.
14         Yeah, everyone was -- I mean, that was two
15  weeks after it happened.  We were independently
16  inspired to pursue this lawsuit before meeting
17  Arthur.  We had believed in the wrongdoings even
18  prior to being sued.  So the premises was already
19  there.  It's been there.
20         We were just like, "We want to do whatever
21  we can do to, you know, fight for this issue.  We
22  want to prove to everybody why Fresno State has been
23  doing women wrong, both in athletics and across the
24  board for so long."
25         And just -- we were excited to hear that we

Page 145

1  had somebody else that was -- and especially as
2  being a male, we were confident in the fact that he
3  was going to represent us with his whole heart
4  because, at the end of the day, that's what this is
5  about.
6         You know, fair treatment of women is
7  something that we've all been fighting for a long,
8  long time before I was born.  And it's inspiring to
9  find somebody who is willing to fight with you for
10  that.
11     Q   At the time of that initial meeting, was
12  your personal goal to have the lacrosse team
13  reinstated?
14     A   It was a goal.  Of course it was a goal to
15  have the lacrosse team reinstated, but the ultimate
16  goal is for fair treatment all around, right?
17  Because, if I'm being honest with myself, I might
18  not even be here when this lawsuit gets finished.
19         But it's more than that.  It's -- it's
20  about the fight that I was talking about earlier,
21  the long ingrained one where, you know, we recognize
22  the flaws in society and how they -- how they treat
23  women.
24         And just understanding that that's a fight
25  that, you know, every woman should be a part of

1 because it's important that, for myself, for women
2 after me, you know, can't do much about the women
3 before me, but they'll probably be proud of what
4 we're doing, that we're showing that it's wrong how
5 Fresno State is treating women.
6        That's the ultimate goal is to -- is to
7 have Fresno State abide by those Title IX rules.
8    Q   And that's still your ultimate goal, as you
9 sit here today?
10   A   Absolutely.  Of course I want to play
11 lacrosse.  That's what it was about in the
12 beginning.  That's what it's about now.  But it's --
13 it is more than that, you know.  It would be a bonus
14 if it got reinstated, but the premises of what we're
15 doing is really the fight for women.
16   Q   So would you be satisfied with a resolution
17 of this lawsuit where Fresno State agreed to make
18 some changes that you thought would make -- would
19 treat women more equally but did not reinstate the
20 lacrosse team?
21   A   I would be disappointed, of course, if the
22 Fresno State women's lacrosse team was not
23 reinstated for women to come after me.  But, like I
24 said, the ultimate goal is for the fair treatment of
25 women at Fresno State as a whole.

1        So if the changes that they made made it so
2 that they were NCAA compliant and that they were
3 abiding by all of those different bullet points that
4 they need to hit, then I would be happy with that.  But
5 that's under the terms that they actually meet all
6 of the requirements of Title IX.
7        It's also to my understanding that the
8 opportunities that they give women here at Fresno
9 State is not even equal in number to those of men.
10 So I don't think that they would be in NCAA
11 compliance if they did not reinstate a team, whether
12 or not that be lacrosse.
13       I don't think that just giving women more
14 gear is going to supplement the issue.
15   Q   And when you say that Fresno State is not
16 giving women equal opportunities in terms of
17 numbers, what -- what specifically do you mean by
18 that?
19   A   It's to my understanding that the sheer
20 amount of roster spots is not equivalent.  So we
21 would literally have to add another team for enough
22 women to be playing sports to be equal to that of
23 men's.
24   Q   And what are you evaluating the number of
25 roster spots in comparison to to determine if

1 they're equal?
2    A   It's information that has to be reported by
3 the university to NCAA databases.
4    Q   Have you reviewed any data that Fresno
5 State has submitted for Title IX purposes?
6    A   I'm kind of hesitating because I'm not sure
7 if this is supposed to be something that I'm
8 answering, but it is information that has been well
9 researched by my attorneys.
10   Q   Have you personally reviewed any data
11 related to Fresno State's Title IX participation
12 counts?
13   A   The data that I was provided by my
14 attorneys.
15   Q   Do you have an understanding of what counts
16 as a participation opportunity for Title IX
17 purposes?
18   A   I do have a general understanding, yes.  It
19 doesn't just directly correlate to roster spot.  It
20 also has to do with, like, your eligibility in
21 actual logged playing time, I believe.
22   Q   And when you say that the number of roster
23 spots for men and women are not equal, are you
24 saying that it's not 50-50 between men and women or
25 are you saying something else?

1        MS. BULLOCK:  Going to object to the extent
2 you're asking for a legal conclusion.
3        Go ahead and answer, Taylor.
4        THE WITNESS:  I don't know if the number is
5 50-50.  I don't know that answer.  I would assume
6 it's 50-50 because 50-50, to me, is what is equal.
7        But I felt there was a lot of numbers
8 thrown around when we were talking about this.  So I
9 just -- I don't have a great direct answer.
10 BY MS. GIROUX:
11   Q   In your mind, is there a specific number by
12 which Fresno State's participation opportunities are
13 off or unequal between men and women?
14   A   I'm not sure of that -- of that exact
15 number.
16       What I have been educated on is that it
17 would need to be a whole nother sports team, though,
18 a women's sports team.  And I'm pretty sure that,
19 even if it was another sports team, we would still
20 fall short of that number.
21   Q   Did Fresno State eliminate any other teams
22 at the same time that it eliminated the lacrosse
23 team?
24   A   Yeah.  Men's tennis and men's wrestling.
25   Q   And the elimination of men's tennis and

Page 162

1    they can travel for competition, as
2    compared to male athletes and their
3    teams."
4        Do you see that statement?
5    **A   I believe this is referring to just**
6    **scheduling in general.  First of all, for our last**
7    **season, scheduling was done really late because of**
8    **our return-to-play date.  Also in terms of who would**
9    **want to play us, it has to do also with the stigma**
10   **around our program as a lacrosse program.**
11       **We just -- it has a little bit to do with**
12   **recruiting, but I understand that that's a whole**
13   **nother topic, just recruiting girls and, like, the**
14   **level of play of the team.  Sometimes, you know, it**
15   **just doesn't fit into their teams' schedules, but**
16   **that has to do with recruiting and recruiting**
17   **opportunities.**
18       **Also with where we can play, I believe**
19   **there's a budget or something that we have to abide**
20   **by, but it just -- it doesn't make sense in context**
21   **of how other teams travel.**
22       **But I believe this is more of a testimony**
23   **to those of the older girls because I only had one**
24   **year of traveling.  So I'm not as well acquainted**
25   **with this.**

Page 163

1        **But I do understand that we just -- it was**
2    **just limited to how much we could travel.**
3    Q   Okay.  So when you say that the scheduling
4    was done really late during your sophomore year, how
5    did that negatively impact you?
6    **A   Kind of back to what I was talking about,**
7    **just, like, the preparation of season and having**
8    **understanding and being in the mindset as well.**
9    **It's also important, scheduling -- especially for**
10   **our team, we always had some sort of a schedule that**
11   **we lived by.  And it's just like when that's**
12   **constantly in the air, that's really stress**
13   **inducing.**
14       **And I just felt like, you know, this --**
15   **just because we don't have a return-to-play date,**
16   **like, why wouldn't we have a schedule?  You know**
17   **what I mean?  I just felt like that shouldn't have**
18   **been the case.**
19   Q   And when you say "schedule," are you
20   referring just to the schedule of who you're playing
21   in competitions, or are you also referring to the
22   practice schedule?
23   **A   The two combined.**
24   Q   Do you have any knowledge of when other
25   spring sports received their schedule for the spring

Page 164

1    2021?
2    **A   No.**
3    Q   You also mentioned that there's the
4    scheduling -- I think I heard you say that the
5    scheduling impacts who wants to play Fresno State.
6        What specific issues are you -- were you
7    alluding to in terms of the teams that Fresno State
8    lacrosse played?
9    **A   So kind of how scheduling works is a lot of**
10   **times you schedule games based on what other coaches**
11   **you know.  And it's kind of like an agreement**
12   **between the two -- between the two parties.**
13       **And I think if it -- it was less of a**
14   **schedule issue, kind of back to the -- it was more**
15   **about, like, the recruiting issue because, you know,**
16   **the level of play that you're able to have is only**
17   **as good as the girls you bring in.**
18       **And we just simply needed more help on**
19   **recruiting.  I mean, we were playing the last season**
20   **with 19 people.  We had time to get one walk-on.**
21   **She literally had close to no skill.  I probably**
22   **wouldn't even have played at her -- with her in high**
23   **school.  Like, I would not have even played with her**
24   **in high school.**
25       **And that also has to do with the**

Page 165

1    **return-to-play date.  If we would have been -- if we**
2    **would have been notified, even if it was a regular**
3    **season -- or, pardon, considering the fact that it**
4    **wasn't a regular season, if we would have been**
5    **notified earlier, we would have been able to keep in**
6    **mind that, you know, people were going to be**
7    **leaving.**
8        **So we would have had time to hold tryouts.**
9    **We would have had time to get our numbers back up.**
10   **And I feel like that affected who we played.**
11   **Because it was just, like, no one -- who wants to**
12   **play a school in their last year?  Like -- that's**
13   **all.**
14   Q   Do you know who sets the lacrosse team's
15   competition schedule?
16   **A   I don't.**
17   Q   When you say "recruiting," what specific
18   issues are you referring to?
19   **A   I'm talking about, like, the means that you**
20   **need to recruit, so, like, the amount of coaches**
21   **that you have, because that's important for them to**
22   **be able to travel, knowing that they have other**
23   **coaches there still with the team.**
24       **Also recruiting in the sense of our last**
25   **year.  Like, we should have gotten time to try to**

Page 166

1 recruit for a full roster.  We played basically a
2 whole season.  It was a tiny bit shortened because
3 of how much we were pushed back.
4        But we could have -- we basically had a
5 whole season with two-thirds of a team, less than.
6    Q    Do you have an understanding of when the
7 lacrosse team at any other college or university
8 received their return-to-play date?
9    A    No.
10   Q    And so the issues with scheduling
11 competition, is that specifically related to your
12 sophomore year?
13   A    I know it was my -- a problem also my
14 freshman year.  But I don't know the specific
15 logistics behind it.
16   Q    In what way was it a problem your freshman
17 year?
18   A    I don't know the logistics behind it.
19 Again, I just know -- I just heard people talk about
20 it.  I don't really know exactly what the problem
21 was.
22   Q    What was your understanding of what the
23 problem was from what you heard from others on your
24 team?
25        MS. BULLOCK:  Objection.  Asked and

Page 167

1 answered.
2        You can answer.
3        THE WITNESS:  My understanding was just
4 that it was hard for us, our team.
5 BY MS. GIROUX:
6    Q    Difficult for your team to schedule
7 competitions?
8    A    Yeah.  And, like, how far.  Especially with
9 the East Coast trips too, because it's expensive.
10 And I just don't think that we were properly
11 financially suited to be able to play the proper
12 competition.
13        I mean, all of the best teams are on the
14 East Coast.  And we could only afford to fly out
15 there a couple times.
16   Q    What do you think Fresno State should have
17 done differently in terms of scheduling lacrosse?
18   A    They should have done it earlier, and they
19 should have told us that we -- I mean, I just can't
20 speak for what they said because I don't -- I don't
21 know specifically what Fresno State said.
22        So I just feel like they could have
23 allotted a bigger budget for flights and for East
24 Coast travel and more time, specifically for my
25 sophomore year.

Page 168

1    Q    Do you know whether any lacrosse coach ever
2 requested a larger budget for East Coast travel?
3    A    I don't.  They don't talk to us about that
4 stuff.
5    Q    Which other teams do you believe were
6 treated more favorably in terms of scheduling
7 competitions?
8    A    I'm not sure in terms of scheduling.
9 Because, like I said, this was more of a problem my
10 freshman year and which continued to worsen my
11 sophomore year, but I didn't have the full scope of
12 this.
13   Q    And is one of the issues that you think
14 you -- I'm going to start again.
15        Is one of the issues that you think the
16 lacrosse team played lower-quality opponents as a
17 result of not traveling to the East Coast as
18 frequently?
19   A    Sometimes, yes.
20   Q    Do you know whether any other members of
21 the lacrosse team share this belief that the
22 lacrosse team's provided less flexibility in terms
23 of scheduling competition?
24   A    Yes.  Most strongly felt by the older
25 girls.

Page 169

1    Q    And I think earlier you had told me the
2 name -- the names of those older girls were.
3        Is it the same -- the same group that
4 you're referring to here?
5    A    Yeah, but not exclusive to.  It was more
6 the senior class and the junior class of my freshman
7 year.
8    Q    Is the lacrosse team somewhat unique in
9 terms of the number of -- number of schools that
10 have a lacrosse team and where those schools are
11 located?
12   A    It's just -- the only discrepancy, I would
13 say, is that it's not many teams in the Midwest.
14   Q    And are you aware of any other teams at
15 Fresno State experiencing similar issues with
16 scheduling competition?
17   A    Not that I'm aware of, no.
18   Q    We discussed a few minutes ago whether the
19 lacrosse team played on lower-quality or less
20 competitive teams as a result of the scheduling.
21        Is there some other issue in terms of --
22 from your perspective in terms of the opponents that
23 the lacrosse team was scheduled to face, like, in
24 terms of the competitive profile of those teams?
25   A    No, not outside of what you said already.

Page 170

1  Like, just, like, being able to compete in the
2  level.
3     Q   Are you aware of any other teams at Fresno
4  State experiencing similar issues in terms of the
5  strength of the competition they were scheduled
6  against?
7     A   No.
8     Q   And are you aware of any teams at Fresno
9  State that were provided more flexibility in terms
10 of scheduling against particular opponents?
11    A   I feel like -- I mean, like I said, this
12 was something that was more observed by the older
13 group.  So I can't speak particularly to that.
14    Q   Okay.  And then I want to look at the
15 bullet point that says:
16        "They are provided fewer" --
17        I'm referring back to your discovery
18 responses, and we're still on interrogatory No. 6.
19 I want to look at the bullet point that says they
20 have fewer coaches and support.
21        "They are provided fewer coaches and
22        support personnel, as compared to male
23        athletes and their teams."
24        Do you see that?
25    A   Yeah.

Page 171

1     Q   And can you tell me a little bit more about
2  what you mean by being provided fewer coaches and
3  support personnel?
4     A   We just were hired fewer coaches.  I mean,
5  we -- we had -- the most coaches I had was three.
6  So you need to think about the fact that we have 30
7  girls.  Three coaches, means that, at the max, we
8  can work with, like, what, 10 -- or at the minimum,
9  sorry, work with 10 girls at a time.
10        And then you look at football or you look
11 at basketball, and they just have, like -- they
12 have -- okay.  Football, I don't know a number on
13 how many coaches they have.  But they have so many
14 coaches, like, if you watched them walk out of the
15 tunnel before a game, like, it's a whole nother
16 football team within itself.
17        Basketball has, like, a roster of probably,
18 max, 15 people.  And they have, I think, like, four
19 or five coaches and support staff.
20        We never had somebody individually allotted
21 to our team to take stats.  We only had -- we only
22 had two coaches my last year.  And that wasn't even
23 enough to fill positions, you know.
24        And it also speaks to the level of our
25 play.  We would be able to practice more, practice

Page 172

1  more individually if we had those coaches who were
2  allotted for a different position.  I mean, normal
3  teams would have a middie coach, a D coach, an
4  offensive coach, and a head coach.  So that's four
5  people right there.
6        And, yeah, I just think it was really
7  disappointing to -- especially within our last year
8  when they, you know, promised us to be treated the
9  same and this year was going to be the same as any
10 other year.
11        And it was like we had close to no help.
12 And, not to mention, they literally just hired our
13 assistant, and it was, like, a couple weeks before
14 we started playing.  They hadn't even, like, posted
15 a job or anything.
16    Q   When you just mentioned the basketball
17 team, are you referring to men's basketball?
18    A   Yes.  I'm sorry.
19    Q   Do you have any knowledge of the number of
20 coaches for the women's basketball team?
21    A   No.  But when I've seen, it's, like, three,
22 when I've looked at their bench in history.
23    Q   Do you have any knowledge of how many
24 coaches a typical division 1 lacrosse program has?
25    A   I wouldn't know that.  But I know at pretty

Page 173

1  much any collegiate level, every sport has
2  position-specific coaches.
3     Q   What about other teams in the Mountain West
4  conference?  Any knowledge of how many coaches their
5  lacrosse programs had?
6     A   A minimum of three people.
7     Q   And when you say "support personnel," what
8  specifically are -- what positions are you
9  specifically referring to?
10    A   I would -- I would consider support
11 personnel as, like, a manager, a stats keeper,
12 things like that.  Like, those are things that I
13 know football and men's basketball have.  They're at
14 every game.  They're at every practice.  We never
15 had a stats person.  We never had a team manager.
16        This also has to do with strength and --
17 not strength and conditioning.  This also has to do
18 with trainers, so who was available for us as
19 trainers.  We did always have one trainer for a
20 season, but, like, the turnover was crazy.  The year
21 and a half that I played, we had three, and two of
22 them were intern level.
23        And I just -- I just think, especially when
24 you're keeping in mind the fact that it's important
25 to have understanding of the history of somebody's

1 academic adviser is.  And, honestly, the only reason
2 I haven't reached out is because I just don't care
3 to work with them because it's -- the more -- it's
4 honestly more of a hassle for me to try to get ahold
5 of them and to ask for help than it is for me to
6 just seek other help or Google it.
7    Q   Do you know if baseball was reassigned to
8 another academic adviser?
9    A   I have no idea.
10    Q   Did Carlie ever travel with the lacrosse
11 team?
12    A   Only one time.
13    Q   Do you recall when that was?
14    A   I have no idea.  It was my freshman year.
15 And the only reason that she went was because
16 somebody else couldn't go.
17    Q   Do you recall who was supposed to go?
18    A   No.
19    Q   Do you know if Carlie ever traveled with
20 the baseball team?
21    A   I have no idea.  She never traveled on the
22 premises of serving as an academic adviser.  I'm
23 pretty sure she traveled with us because at the time
24 we didn't have an assistant.
25    Q   And you also mentioned tutoring.

1       Could you tell me a little bit more about
2 what -- about what the issues that you experienced
3 with tutoring were?
4    A   So through athletics you are supposed to
5 receive free tutoring, which we did.  But the tutors
6 that we got were, like, students, whereas the tutors
7 that football and basketball got were people who
8 worked in the academic building.
9       And not to mention, like, right now, like,
10 men's basketball has two -- I don't know their exact
11 titles, but they have two people that work with them
12 every single day and sit down with them every single
13 day for their homework.
14       And I just never felt like we got that same
15 support.  Like, our tutors were always different
16 because it was scheduled through the school.
17       And we just never -- I felt like never got
18 to get good academic help, traction, if that makes
19 sense, like, with one individual.  It's hard to have
20 a lot of turnover because they don't have an
21 understanding of what's going on, what's your
22 learning style, different things like that.
23       And it was just kind of unfair to, you
24 know, have somebody your age teaching you, and they,
25 like, really don't have any sort of teaching

1 credentials.
2       And then you look over and it's like men's
3 football and basketball gets the same tutors every
4 day without schedule, whenever they want to show up.
5 And they've been with them for two, three years now.
6    Q   Did you seek tutoring for a particular
7 class?
8    A   Yeah.  I believe I did English tutoring and
9 math tutoring.
10    Q   Do you recall when that was?
11    A   My freshman year and, I think, the end of
12 my sophomore year, or maybe the beginning.  I don't
13 remember.
14    Q   And were you assigned a particular tutor
15 for each class?
16    A   Not necessari- -- well, it was like you had
17 to seek it out.  I had to seek it out through my
18 academic adviser.  My academic adviser then had to
19 go through the school portal and got me assigned
20 schedule and date.
21    Q   Do you remember how many times you attended
22 tutoring for English your freshman year?
23    A   Probably, like, seven or eight times.  I
24 don't know.  A handful, not a lot.
25    Q   What about for math?

1    A   From now?
2    Q   Your freshman year.
3    A   Oh, I'm sorry.  Oh, "for math," you said?
4    Q   Yes.  Sorry.
5    A   Like, three times.
6    Q   Why did you stop going?
7    A   I never stopped going.  I just started
8 late.
9    Q   Do you know if your teammates had a similar
10 experience with Carlie being their academic adviser?
11    A   Yeah, I know a lot of them did.  Carlie
12 honestly gave us a lot of problems.  And she was
13 rude.  Like, it was like when you tried to ask her
14 for help, it was like she was rude about it, like it
15 wasn't her job.
16       And not to be weird, in a sense, but, like,
17 every single time I saw her with a baseball player
18 or interact with any male, it was like the world
19 stopped for 10 seconds so that she could have this
20 interaction.
21       And it was just like -- it was just -- it
22 just felt wrong, like, you know, this person's
23 supposed to be there for you, and then it's like,
24 when you ask for help you're, like, deterred from
25 it.

Page 182

1   Q   Did you ever complain to anyone at Fresno
2 State about Carlie?
3   **A   Yeah.  I complained to my coach my**
4 **sophomore year.**
5   Q   And then in terms of tutoring, is -- so
6 the -- it sounds like the issue that you've
7 described is that football and men's basketball have
8 tutors who are assigned exclusively to those teams,
9 whereas when you requested tutoring, it was a random
10 assignment?
11   **A   I can say yes.  We were randomly assigned.**
12 **I can't say if I know that they were exclusively --**
13 **those tutors were exclusively for men's basketball**
14 **and football because I just don't know if that's**
15 **true.**
16       **But it was -- it was different -- yes, it**
17 **was different in the fact that we had scheduled**
18 **times.  We met for an hour, like, once a week.  It**
19 **was limited availability.  It was a student tutor.**
20       **And then, whereas they had, like, adults**
21 **who, like, held position at the academic facility**
22 **that worked with them day in and day out.  Like,**
23 **they could walk in and get help anytime they wanted.**
24   Q   And what is that knowledge based on?
25   **A   Stuff Jordan has told me and just from my**

Page 183

1 **freshman year, we had a mandatory eight hours of**
2 **study hall a day -- or, excuse me, a week.  Wow, a**
3 **day would be crazy.  And you just saw it.  You**
4 **observed it.**
5   Q   Right.  Do you have any knowledge of how --
6 what types of tutors and how tutoring was scheduled
7 for teams other than football and men's basketball?
8   **A   No.**
9   Q   Do you know whether it's more difficult to
10 find tutors for particular subjects?
11   **A   I'm guessing it's probably more difficult**
12 **for your upper divisions, but I don't know.**
13   Q   Okay.  I want to flip to your declaration,
14 which we looked at earlier.  And I want to look at
15 paragraph 9.  We looked at part of this earlier.
16       You state in the second sentence:
17       "Those men's teams also have great
18       tutors who work with the same team
19       members year after year, building
20       relationships and helping them succeed
21       academically.  Our women's team is
22       offered a far less qualified -- "is
23       offered far less qualified (and less
24       committed) student-tutors, most of whom
25       treat us condescendingly.  In fact, I

Page 184

1       stopped using tutors because I was
2       treated so dismissively."
3   **A   Yes, I see that.**
4   Q   Okay.  And the men's teams that you're
5 referring to in this statement are football and
6 men's basketball?
7   **A   Yeah.  That's where my knowledge came from,**
8 **yeah.**
9   Q   What do you mean by "the tutors treat us
10 condescendingly"?
11   **A   My teacher -- or my tutor my freshman year,**
12 **like, genuinely called me stupid.  That's exactly**
13 **what I mean by "dismissively" and "condescendingly."**
14 **And, like, they did not want to be there.  And who**
15 **wants to seek out help from somebody who doesn't**
16 **want to help them?**
17   Q   Did you speak with any of your lacrosse
18 teammates about whether they had similar experiences
19 with tutoring?
20   **A   Yeah, they did.  I mean, don't get me**
21 **wrong.  It wasn't a hundred percent negative**
22 **experiences.  But I would say a lot of the**
23 **experiences that my teammates had with tutors was**
24 **not good.  Either they weren't helpful, they weren't**
25 **engaged, or, you know, they just straight-up had no**

Page 185

1 **knowledge.**
2       **Like, you bring your math homework, you**
3 **show them a problem, and they're like, "I don't know**
4 **how to do this."**
5   Q   Do you know whether -- other than your
6 teammates on the lacrosse team, have you ever heard
7 any other student at Fresno State express similar
8 sentiments about their tutoring experience?
9   **A   No.  Because the only other tutoring**
10 **experience I've heard about is basketball, men's**
11 **basketball.**
12   Q   I'm jumping around a little bit here.  We
13 were talking a little while ago about coaching.  And
14 so I want to look at the complaint in this case,
15 which -- second amended complaint which we've looked
16 at earlier.  And I will scroll to paragraph 23.  And
17 I'm happy to let you read what comes before it to
18 orient yourself.
19   **A   Okay.  Which one are we reading?**
20 **Twenty-four?**
21   Q   Twenty-three.
22   **A   Oh, okay.**
23       **Yeah, this statement is referring to the**
24 **fact that our freshman year -- or, excuse me, my**
25 **freshman year, we had a coach who was -- unbeknownst**

Page 186

1 to her, she was pretty mentally abusive, and so it
2 became the team's prerogative to get her fired my
3 freshman winter.
4         And so we had an interim coach who was our
5 assistant coach, and she was our interim coach until
6 the last season.  So technically she served, like, a
7 season and a half of being interim coach, which you
8 could say would be in cause of the fact that our
9 team was being terminated.
10         But here's the thing, is that they said
11 that they were going to treat us like any other team
12 regardless of the fact that we were going to be cut
13 at the end of the season.
14         If you're going to treat us like any other
15 team, what they should have done is the second that
16 my other coach got fired, they should have had a job
17 posting.  That whole time that we had the interim,
18 they should have been holding interviews and
19 searching for a new candidate because she served
20 interim until the end of the final season.
21    Q    And how do you know that Fresno State did
22 not post the job?
23    A    Because they didn't tell us.  I'm pretty
24 sure -- I'm pretty sure -- I'm going to backtrack a
25 little on what I said because I'm actually pretty

Page 187

1 sure that she ended up getting hired as the -- as
2 the head.  Did -- I don't -- I don't -- as the --
3 like, at the very beginning of season.  But I don't
4 know if that's true.
5    Q    Do you know whether --
6    A    If it got posted, it was, like, right
7 before our last season.
8    Q    So you're not sure whether it was posted?
9    A    Formally, no.  I don't think it was ever
10 publicly posted.
11    Q    Do you know whether Fresno State
12 interviewed any other candidates for the head
13 coaching position?
14    A    I don't know, no.
15    Q    And when you say the coach who became the
16 interim coach, was that Kara Concheck?
17    A    Yes.
18    Q    Do you think she was a bad head coach?
19    A    I don't think she was well suited.
20    Q    In what way?
21    A    I think she came back to Fresno State for
22 more personal reasons.  And I just -- she's -- I
23 just don't think she was well equipped for a
24 division 1 lacrosse team who, you know -- especially
25 before we were cut.  I just don't think she was

Page 188

1 meant for a team who was trying to, you know, build
2 our rapport.
3         And I also -- I just -- I don't think she
4 was very professional.  And I just -- I felt like
5 maybe the hiring team or whoever made her interim
6 did not thoroughly go through that process.
7         And I just want to clarify what I said
8 earlier.  To the best of my knowledge, I'm pretty
9 sure a job posting was made, but I don't think
10 anyone was ever hired.  I just want to clarify that.
11    Q    Any other issues with the coaching staff
12 for lacrosse?
13    A    I mean, I just -- I don't really think we
14 had a single good staff member in -- during those
15 times, especially for the positions that we were in.
16 But I have stated all of them.
17    Q    Do you know whether any of your teammates
18 shared your opinions about the quality of the
19 coaching staff?
20    A    Yeah, we all did.
21    Q    And that's based on conversations that you
22 had with each other?
23    A    Yes.  There was a lot of people who liked
24 Kara personally as a person.  But her personal life
25 and all that translated way too much into her

Page 189

1 professional life.
2    Q    Are you aware of any other teams at Fresno
3 State -- strike that.  Let me start that again.
4         Have any student athletes on any other team
5 at Fresno State expressed concerns about the quality
6 of their coaching staff?
7    A    There's been rumors for the past couple
8 years about the men's -- or the women's basketball
9 coach and the women's softball, just that they're
10 not good, they pick favorites, they -- kind of the
11 same situation as my freshman year coach, kind of a
12 little bit mentally abusive and stuff like that.
13         But I have not heard updates on it
14 recently.
15    Q    Have you ever heard -- have any student
16 athletes at Fresno State ever expressed to you that
17 they thought their coach was fantastic or very well
18 qualified?
19    A    I mean, I know pretty much what everyone
20 thinks of the men's basketball coach.  I know pretty
21 much what their whole team thinks of him.  And it's
22 half-and-half.  Some of them really don't like him,
23 and some of them are cool with him.  But I wouldn't
24 say anyone loves him.
25    Q    Okay.  And I want to look back at your

000024

Page 190

1 discovery responses again.  And still interrogatory
2 No. 6.  The next bullet point says:
3          "They have fewer coaches who are
4          offered fewer multi-year contracts than
5          the male athletes and their teams."
6          What specifically are you referring to in
7 terms of fewer multiyear contracts?
8    A   I believe this had to do with both head --
9 the interim position and the assistant's position.
10 We had -- as much turnover as we had for head
11 coaches, we had more for assistants.
12    Q   And are you referring to the -- what period
13 of time are you referring to?
14    A   All of it, my whole experience here.
15    Q   The two years that you were on the lacrosse
16 team?
17    A   Yeah.
18    Q   The coaches -- do you have any -- let me
19 start that over.
20       Do you have any personal knowledge of the
21 terms of any of the lacrosse coaches' contracts?
22    A   No.  I believe this was more so stated by
23 the older girls.  I have a general understanding of
24 this issue, but I don't have details.
25    Q   Are there specific teams that you think

Page 191

1 offer more multiyear contracts to their coaches?
2    A   I mean, yeah, there's way less turnovers in
3 other sports' coaching staffs.  But I also am not
4 super knowledgeable about that.  I just have pretty
5 primary knowledge.
6    Q   And so when you say "turnover," are you
7 equating that with having a shorter-term contract?
8    A   I guess you could say that.  No, not -- I
9 mean both.  Like, yes in the sense of contracts but
10 also in the sense of, like, them just picking up and
11 leaving because they're dissatisfied with their job
12 or because they have been forced to resign.
13    Q   So a coach could theoretically have a
14 multiyear contract but still resign for unrelated
15 reasons?
16    A   Yes.
17    Q   Do you have any knowledge of the typical
18 length of a contract that's offered to a division 1
19 lacrosse coach?
20    A   I don't know.
21    Q   What about specifically in the Mountain
22 West?
23    A   I don't know.
24    Q   Do you have any knowledge of the length of
25 contracts that are offered to -- the typical length

Page 192

1 of contracts that are offered to a coach in any
2 other sport at Fresno State?
3    A   I don't.
4    Q   Okay.  And staying on your discovery
5 responses, still on interrogatory No. 6, you state
6 that:
7          "They are provided inferior gym
8          space, as compared to male athletes and
9          their teams."
10       What specific gym space are you referring
11 to there?
12    A   I think "gym space" just encapsulates,
13 like, the areas that you're working out in a whole,
14 so I think this is referring to stuff like the white
15 lot and stuff.  Because gym space isn't really more
16 specific to our sport.  It's more just like an
17 over -- I would say a blanket statement of, like,
18 the facilities you use day to day.
19    Q   Is there any -- is there any way in which
20 you think lacrosse has been treated less favorably
21 in terms of facilities than other teams that we've
22 not already talked about today?
23    A   No.
24    Q   And then staying on your discovery
25 responses, the next bullet point says:

Page 193

1          "They are provided less publicity
2          and public recognition, as compared to
3          male athletes and their teams."
4          Do you see that?
5    A   Yes.
6    Q   And could you tell me more about what you
7 mean there?
8    A   They hardly ever post us on social media,
9 both on the Fresno State account, Fresno State
10 Athletics, and they barely do us stuff on the -- our
11 own account.  They don't nearly post as much.
12       This also has to do with the media day.
13 Not getting full media day my sophomore year is
14 really big because, if you don't have media day, how
15 do you have pictures to post?
16       I don't know.  I just feel like they really
17 always push men's basketball and men's football,
18 like, everywhere in the community.
19       And it's like, you know -- I get it.  Those
20 might be people's favorites sports, but that doesn't
21 mean you don't show the same exposure for lacrosse
22 or soccer or swimming or equestrian.  Like, maybe
23 people don't come out to watch it because they don't
24 know about it.
25       And I just feel like those aspects, with

Page 194

1 that aspect of it in mind, just, like, how many
2 times they try to get our name out into the public
3 or on the media is just far less.
4    Q    Is it your opinion that football and men's
5 basketball receive more publicity and public
6 recognition from Fresno State than any other
7 athletic team?
8    A    Yes.
9    Q    Could you tell me a little bit more about
10 your media day experience your sophomore year?
11    A    They literally lined us up on a wall, they
12 took our headshot, and they took, like, ten pictures
13 of us cradling.
14    Q    And are there other teams that you believe
15 were treated more favorably at that media day?
16    A    Yeah.  Men's basketball got a whole media
17 day.  They got the LED box light.  They took videos.
18 They did a bunch of, you know, photos for their
19 photo shoot.  They had outfit changes.
20        They -- and also that translates to, like,
21 pregame stuff.  So when you have no media to post
22 for pregame, then, you know, obviously you don't get
23 pregame posts.
24        Men's basketball has an updated video every
25 single game that they play on the Jumbotron.  They

Page 195

1 have literally so many pictures, like, insane amount
2 of pictures from every game.  You would honest- -- I
3 played close to 60 minutes a game.  And I would
4 probably end up with, like, three photos.
5    Q    Does any other team receive the degree of
6 media day -- let me start that over.
7        To your knowledge, did any other team at
8 media day receive the same kind of attention and
9 resources as men's basketball?
10    A    This past year, I'm not sure.  But -- yeah,
11 basically, just men -- or just football.  I think --
12 yeah, just football.  Women's basketball has okay
13 social media.
14    Q    Is the women's basketball social media, in
15 your opinion, better than the women's lacrosse?
16    A    Yeah, probably.
17    Q    Do you know if any of your teammates share
18 your belief that lacrosse received less publicity
19 and recognition as compared to other teams?
20    A    Yeah, everyone on my team.  Everyone on my
21 team thinks that.
22    Q    Were -- are, in your experience, teams with
23 a good record -- a good competition record provided
24 more recognition by Fresno State?
25    A    No.

Page 196

1    Q    What about teams that won conference
2 titles?
3    A    We literally won a conference title this
4 last year and got close to no recognition for it
5 when they would have had 20 parties for football.
6        But, yeah, I mean, men's basketball won,
7 like, a postseason tournament, and it was, like,
8 blasted all over the internet.
9        I -- women's equestrian is really good, is
10 really good and -- like, top in the nation.  And
11 they -- I, like, rarely see social media for them,
12 rarely.
13    Q    Are there any other achievements of the
14 lacrosse team that you think were not publicly
15 recognized in the manner they should have been?
16    A    Yeah.  We beat SDSU, who is, like, Fresno
17 State's rival, in our tournament champion-- or,
18 no, in our tournament semifinal.  And that's what I
19 meant to say.  I didn't mean to say that we won a
20 conference title.  I meant to say we won the -- a
21 conference semifinal.
22        But that's, like, a huge game.  Like, we
23 hadn't beaten them in, like -- I want to say, like,
24 something stupid, like, ten games prior.  And it
25 was, like, a huge deal, a huge deal that we beat

Page 197

1 them.
2    Q    And looking back at your discovery
3 responses, still on interrogatory No. 6, the last
4 bullet point says:
5        "They are provided less formal
6        recognition for achievements, as
7        compared to male athletes and their
8        teams."
9        Do you see that?
10    A    Yeah, this is just kind of back to, like,
11 you know, if Fresno State men's football, you know,
12 won a big game, like, it would be front page of "The
13 Fresno Bee."  And it's just, like, you know, we get
14 close to no recognition for what we do.
15        Terry Tumey literally goes to, like, every
16 basketball game and football game.  I think he came
17 to one -- one of our games, I think, both -- no,
18 two.  Two, including both years.
19        We had -- we had people who got, like,
20 league titles, league accolades.  And I don't know
21 if they -- I mean, they got an Instagram post, but
22 that was it.
23    Q    And --
24    A    Like, nothing -- nothing -- no sort of
25 recognition from the school, if that's what you're

1  asking.
2     Q   Aside from basketball -- men's basketball
3  and football, are there other teams that you think
4  received more formal recognition from the school for
5  their achievements?
6     A   I don't know.
7     Q   And aside from what we have talked about in
8  terms of media and social media and attendance at
9  games by athletic administrators, is there anything
10  else that's encompassed within either publicity,
11  public recognition, or formal recognition that we
12  haven't discussed?
13    A   I don't think so.
14    Q   Okay.  And aside from all of the issues
15  that we've discussed today, is there any other way
16  in which you believe that the women's lacrosse team
17  was treated less favorably than other teams?
18    A   No.  I believe that it's all stated in the
19  documentation.
20    Q   Anything that you can think of that we
21  haven't talked about expressly today?
22    A   Oh, like, explicitly?
23    Q   Yes.
24    A   Shoot, we're going on hour, like, five.  I
25  forgot what we talked about -- I'm kidding.  No, I

1  think -- I really think that we covered a lot of it.
2        It's just a lot of, like -- it's, like, a
3  lot of general feelings.  Like, you know, kind of
4  that notion of, like, sometimes it's not exactly,
5  like, what they do to you but more so what they
6  don't do or, like, their actions around you.
7        And it was just, like, a lot of stuff like
8  that and the discrepancies of -- I just don't think
9  that, like, football would ever, like, not get a
10  return-to-play date.
11       And I just think that, you know, other than
12  those things, I just -- I don't -- off the top of my
13  head, I can't think of anything else.  But, I
14  mean -- yeah, I can't think of anything else that's
15  not on there.
16       But -- yeah, that's all I have to say right
17  now.
18       MS. GIROUX:  And then why don't we take
19  five minutes, and I think I'm just about done with
20  my questions.
21       MS. BULLOCK:  Okay.
22       THE WITNESS:  Okay.
23       THE VIDEOGRAPHER:  Stand by.  We're going
24  off the video record.  The time is 3:31 p.m.
25  ///

1        (Recess taken from 3:31 p.m.
2        to 3:37 p.m.)
3        THE VIDEOGRAPHER:  We are back on the video
4  record.  The time is 3:37 p.m.
5  BY MS. GIROUX:
6     Q   Ms. Anders, I just want to clear something
7  up because earlier I showed you a text messages
8  Exhibit 3 that was redacted.  And I'll put it back
9  up on your screen so that you can see it.
10        And I believe your counsel indicated that
11  it was privileged and it was logged in a privilege
12  log.
13        I don't believe that we've received a
14  privilege log in this case.  One might be
15  forthcoming, but I don't think we have it.
16        MS. BULLOCK:  If that's the case -- I mean,
17  I believe that we sent one with it.  If that is not
18  the case, then we will provide that for you, Erika.
19        MS. GIROUX:  Okay.  But could you tell me
20  what privilege you're asserting over this particular
21  text message?
22        MS. BULLOCK:  This particular message, I
23  don't, because I -- I don't have the unredacted, and
24  I don't have it in front of me.  So I can't right
25  now.

1        But we will absolutely -- anything that,
2  you know, we redacted, I know that we went through
3  and created a privilege log for anything that was
4  redacted so that if that wasn't sent over, that may
5  have been an oversight on our part, but we will
6  provide that.
7        MS. GIROUX:  Okay.  And, pending the
8  production of that privilege log, I would just
9  reserve our rights to challenge the privilege if we
10  feel it necessary and to examine Ms. Anders about
11  it.
12  BY MS. GIROUX:
13    Q   Ms. Anders, did you discuss your deposition
14  with anyone in advance of today besides --
15    A   My deposition?
16    Q   -- other than your attorneys?
17    A   Like, I told people I had it, yes.  But I
18  didn't discuss, like -- I didn't discuss what was
19  going to be talked about.
20    Q   And other than your attorneys and your --
21  some of your lacrosse teammates, have you discussed
22  this lawsuit with anyone?
23    A   Under the premises of what the issues are,
24  not under, like, specifics.
25    Q   And generally who have you discussed this

Page 202

1 lawsuit with?

2    A   Like, my parents and friends.  Just, like,
3 in brief discussion, like -- well, obviously my
4 parents know a lot of it because, prior to the
5 lawsuit anyways, they knew what was going on.

6       The types of discussion I've had about the
7 lawsuit are more so, like, what's the premises of
8 the lawsuit.  And any sort of information, that's,
9 like, public understanding.

10    Q   How frequently do you speak with your
11 parents or your friends about this lawsuit?

12    A   I only talk to my friends about it in,
13 like, regards to, like, just when stuff comes up.
14 And when I talk about, like, my friends, I mean
15 people who are involved in the lawsuit, really.

16       And I probably talk to my parents about it
17 the same amount, like, when stuff happens.

18    Q   And are you aware that your attorneys sent
19 a letter to Fresno State in this case indicating
20 that the plaintiffs would be willing to settle the
21 case without reinstating the lacrosse team?

22    A   Well, yeah, because it was under the fight
23 of -- Title IX, not for the fight of the
24 reinstatement of the team.  The reinstatement of the
25 team was part of the bigger picture, but it wasn't

Page 203

1 the sole purpose of the lawsuit.

2       Yes, I'm aware of that.

3       MS. GIROUX:  Then, Ms. Anders, I think
4 those are all of the questions that I have.  Thank
5 you very much for your time today.

6       MS. BULLOCK:  I do have a few follow-up
7 questions.  Hold just one --

8       THE WITNESS:  Lori, those are questions for
9 me, right --

10       MS. BULLOCK:  Yes.

11       THE WITNESS:  -- or for Erika?

12       MS. BULLOCK:  No, for you.  Just give me
13 one --

14       THE WITNESS:  Okay.

15       MS. BULLOCK:  -- one second.

16       MS. GIROUX:  I'm sure she'd love it if they
17 were for me, but no.

18       MS. BULLOCK:  I can do that when we're not
19 paying a court reporter.

20       Oh, I do want to say for the record
21 William & Mary is a division 1 program.  I feel like
22 we demoted them here in this deposition, so...

23       THE WITNESS:  Did I?  I'm sorry.  It was
24 just -- I just barely remember some of that stuff
25 from high school.  So when my grades didn't go

Page 204

1 through, I just was, like, D3.

2       MS. BULLOCK:  No, I just -- those women
3 fought hard, so they should be recognized for being
4 a D1 program.

5       THE WITNESS:  You're right.

6          - - -

7          EXAMINATION

8 BY MS. BULLOCK:

9    Q   Okay.  So we're going to -- we're going to
10 jump around a little bit here, Taylor.  But I'm
11 going to try and do this as efficiently as possible.
12 So I'm just going to kind of go through, and
13 it'll -- my questions will generally follow the
14 order that the deposition went in, but they're going
15 to sound really random, so...

16    A   That's fine.

17    Q   You discussed that you had two jobs at
18 Precision Plastics and Dog House.

19       Did you have both of those jobs while you
20 played varsity lacrosse at Fresno?

21    A   No.  I never had time for a job before.

22    Q   So if the team were to be reinstated, do
23 you understand that you would have to make the same
24 time commitment to being a varsity student athlete
25 that you had made before?

Page 205

1    A   Yes.

2    Q   And are you prepared to make that
3 commitment?

4    A   Yes.

5    Q   Okay.  Ms. Giroux asked you in the
6 discussion regarding attending other colleges and
7 transferring if you had seriously considered
8 attending any other college, and you stated no.

9       Why haven't you seriously considered
10 attending other colleges?

11    A   Because my intention of entering the
12 transfer portal was more so of, like, "Let's keep
13 our options open," because I -- because we had just
14 found out the team was cut.

15       And it was my final decision not to
16 transfer and not to rigorously, you know, pursue
17 that transferring process because I felt like it was
18 in my best interests, my team's best interests, and
19 in the future of Fresno State's best interest to
20 stay and see this -- see this process through with
21 you guys and, you know, make sure that we
22 effectively took care of this lawsuit situation and
23 hope -- in hopes for the best outcome for Fresno
24 State and the women.

25    Q   You talked a little bit about how your

Page 214

1        THE COURT REPORTER:  And that's it for me.
2  Thank you, Mr. Wright.
3        THE VIDEOGRAPHER:  Stand by.  We are going
4  off the record in the videoconference deposition of
5  Taylor Anders.  We're going off the record on
6  Friday, April 8th, 2022, at 3:56 p.m.
7                    - - -
8        (Deposition concluded at 3:56 p.m. PST)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 216

1              DEPONENT'S CHANGES OR CORRECTIONS
2  Note:  If you are adding to your testimony, print
   the exact words you want to add.  If you are
3  deleting from your testimony, print the exact words
   you want to delete.  Specify with "Add" or "Delete"
4  and sign this form.
5  DEPONENT:       TAYLOR ANDERS
6  CASE:           TAYLOR ANDERS, HENNESSEY EVANS,
   ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, AND
7  COURTNEY WALBURGER, INDIVIDUALLY AND ON BEHALF OF
   ALL THOSE SIMILARLY SITUATED vs. CALIFORNIA STATE
8  UNIVERSITY, FRESNO, AND BOARD OF TRUSTEES OF
   CALIFORNIA STATE UNIVERSITY
9
   DEPOSITION DATE: APRIL 8, 2022
10
   PAGE    LINE   CHANGE/ADD/DELETE
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24  ____   ____   _____
25  Signature _____ Date_____

Page 215

1
2
3
4        I, TAYLOR ANDERS, having appeared remotely for
5  my video-recorded videoconference deposition on
6  April 8, 2022, hereby certify under penalty of
7  perjury under the laws of the State of California
8  that the foregoing is true and correct.
9            Executed on _____,
10  202___, at _____, _____.
11                  (city)                 (state)
12
13
14
15           _____
16           TAYLOR ANDERS
17
18
19
20
21
22
23
24
25

Page 217

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2        I, Marla Sharp, stenographic reporter
3  certified in California, Oregon, and Washington,
4  hereby certify:
5        That the foregoing video-recorded
6  videoconference deposition of TAYLOR ANDERS was
7  taken remotely before me on April 8, 2022, at the
8  time set forth therein, at which time the witness
9  was remotely duly sworn by me;
10        That the testimony of the witness and all
11  colloquy and objections made at the time of the
12  deposition were recorded stenographically by me and
13  thereafter transcribed, said transcript being a true
14  copy of my shorthand notes thereof;
15        That review of the transcript was neither
16  requested nor waived before completion of the
17  deposition; ( ) that the witness has failed or
18  refused to approve the transcript.
19        I further certify I am neither financially
20  interested in the action nor a relative or employee
21  of any attorney of any of the parties.
22        In witness whereof, I have subscribed my
23  name and signature this date, April 14, 2022.
24        *Marla Sharp*
   Marla Sharp, RPR, CLR, CCRR, CA CSR 11924,
25  OR CSR 17-0446, WA CSR 3408

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION


TAYLOR ANDERS, HENNESSEY )
EVANS, ABBIGAYLE ROBERTS, )
MEGAN WALAITIS, TARA WEIR, )
and COURTNEY WALBURGER, )
individually and on behalf )
of all those similarly )
situated, )
 )
        Plaintiffs, )
 ) CASE NO.
    vs. ) 1:21-cv-00179-AWI-BAM
 )
CALIFORNIA STATE UNIVERSITY, ) VOLUME II
FRESNO, and BOARD OF TRUSTEES) PAGES 218 - 308
OF CALIFORNIA STATE )
UNIVERSITY, )
 )
        Defendants. )
_____)


CONTINUED VIDEOCONFERENCE DEPOSITION OF

TAYLOR ANDERS, VOL. II, commencing at

9:03 a.m. PST, on Thursday, February 23,

2023, taken remotely before Marla Sharp,

RPR, CLR, CCRR, CA CSR 11924,

OR CSR 17-0446, WA CSR 3408.


**Fortz Legal Support**

**www.FortzLegal.com**

**844.730.4066**



000030

Page 235

1    Q   Do you have an idea of how many members there
2    would be in that group?
3    A   Ample.  Couple thousand, more than.
4    Q   Are you --
5    A   I'll be honest.  I'm not familiar with the
6    enrollment number, so...
7    Q   And does that group include your former
8    lacrosse teammates?
9    A   Yes, as people who were here at one point and
10   experienced what every woman now, in the past, or in the
11   future have, you know, experienced at Fresno State.
12   Q   Do you know how many of your former teammates
13   are still enrolled at Fresno State?
14   A   Two.
15   Q   And who are those two?
16   A   Me and Hannah Etheridge.
17   Q   Do you know whether any of your former
18   teammates are still interested in playing lacrosse at
19   the college level?
20   A   Do I know if any of my teammates are still
21   interested?  Sorry.  I guess that is just a multifaceted
22   question because I have some teammates, yes, who are
23   still playing.  So, yes, they are still interested.
24       I know teammates who would probably still be
25   here if our team was here.  But I guess that's about,

Page 236

1    like, as much as I can answer because -- yeah -- yeah,
2    they would -- they are interested in playing lacrosse.
3    It's just that a lot of people also graduated.  So their
4    eligibility is finished.
5    Q   Are there any of your former teammates who you
6    know would not be interested?
7    A   Yeah.  Like, the girls from my freshman class
8    who were never coming back anyways.
9        There -- to explain that comment, there is a
10   lot of people who do not make it through their first
11   year of college sports.  And this -- those are the
12   people that I'm talking about.
13       Those are the people who don't have the
14   commitment level for a D-I sport, you know.  Doesn't
15   really have anything to do with what sport or what
16   school.  It's just that they're not cut out.  You know
17   what I mean?
18   Q   Some of your former teammates decided not to
19   join this lawsuit, right?
20   A   Yes.
21   Q   Have you spoken with any of them about this
22   lawsuit?
23       MS. BULLOCK:  Objection.  Asked and answered in
24   the last deposition.
25       To the extent that answer has changed at all,

Page 237

1    Taylor, you can answer.
2        THE WITNESS:  Of course they know about it, and
3    they know the gist of what's going on.  But do I
4    currently talk to them about it?  No.
5    BY MS. GIROUX:
6    Q   Do you know of any other current Fresno State
7    students who were deterred from playing lacrosse at
8    Fresno State?
9    A   By "deterred," do you mean by something -- an
10   internal factor or an external factor?
11   Q   By something other than there not being a team,
12   so before the team was cut.
13   A   I actually met this girl in class the other day
14   that played on the team before I did and ended up
15   quitting because of staff.
16   Q   And who was that?
17   A   Her name's Shelby.  I don't know her last name.
18   Q   Do you know if Shelby is aware of this lawsuit?
19   A   I don't know.
20   Q   Would you say that the group you're seeking to
21   represent in this case includes female students
22   interested in playing lacrosse?
23   A   Do I think that it includes them in this
24   lawsuit, in the class?
25   Q   Yes.

Page 238

1    A   Other women who want to play lacrosse?
2    Q   Yes.
3    A   Yes.
4    Q   What about women who want to play other sports
5    besides lacrosse?
6    A   Of course.
7    Q   Have you spoken with any students currently
8    attending another university who indicated they would
9    consider transferring to Fresno State to play lacrosse
10   if Fresno State had a lacrosse team?
11   A   Yes.
12   Q   And who are those people?
13   A   Some of my old teammates.
14   Q   Anyone besides your former teammates?
15   A   No, I don't believe so.  I don't believe I've
16   talked to many other people about that.
17   Q   And how many of your former teammates would
18   fall into that category?
19   A   Two or three that I've talked to or that this
20   has been talked about.
21   Q   And who are those two or three?
22   A   Sarah, Jaimi, and Hennessey.
23   Q   Do each of them currently play lacrosse on an
24   intercollegiate team?
25   A   One is, and one was last semester.

Page 247

1  State?
2      A   Yes, absolutely.  Absolutely.  It's unfortunate
3  that's the route that we've had to take because we
4  would prefer not to choose such an exclusive group.
5          We would prefer to be able to encompass
6  everybody, all the women or all the people that go to
7  Fresno State.  But this has been, I guess, the route
8  we've been forced down.
9      Q   Okay.  So I'll go back to the question.
10         The group that you're seeking to represent
11  includes current Fresno State students who have lost
12  membership on the women's varsity lacrosse team at
13  Fresno State.
14         Is that your understanding?
15         MS. BULLOCK:  I'm going to object to the extent
16  you're asking for a legal conclusion.
17         Go ahead and answer, Taylor.
18         THE WITNESS:  Yes.  Put very bluntly, yes.
19  BY MS. GIROUX:
20     Q   And do you have an understanding of who those
21  individuals are?
22     A   Yes.
23     Q   And what is that understanding?
24     A   That they are my old teammates.
25     Q   Does that group include anyone else besides

Page 248

1  your former teammates?
2      MS. BULLOCK:  And, sorry, objection.
3      Erika, when you say "that group," are you
4  referring specifically to the question before?
5      MS. GIROUX:  Yes, to current Fresno State
6  students who've lost membership on the women's varsity
7  lacrosse team at Fresno State.
8      (Interruption by the reporter.)
9  BY MS. GIROUX:
10     Q   In your mind, does the group of current Fresno
11  State students who have lost membership on the women's
12  varsity lacrosse team at Fresno State include anyone
13  besides your former teammates?
14     A   I guess no, considering the fact that you said
15  "current Fresno State students."
16         But I don't think that that means that a lot of
17  people wouldn't take it as a win.  You know what I mean?
18  You don't -- if -- if I don't know how -- like, because
19  there's a lot of women who are not enrolled in Fresno
20  State right now who are very much advocating for these
21  same Title IX rules as well.
22         So back to, technically, are they part of the
23  group?  No.  But do they feel the repercussions and the
24  victories of what we're doing?  Yes.  So in that
25  scenario I think that they would be part of the group.

Page 249

1      Emotionally, I think they're part of the group.
2  Literally, their name written on the lawsuit, I guess
3  not.
4      Q   When you say that there are women not enrolled
5  in Fresno State who are -- that you would -- that want
6  these same end goals, who are those people?
7      A   Literally, like, everybody.  Like, anybody
8  who's had a mother, brother, sister, grandma, all of my
9  old teammates, all of our mothers, all of our
10  grandmothers, all of our sisters, all of our aunts.
11         Literally all the women who are going to Fresno
12  State, all the women who've been to Fresno State, all of
13  the women who go to Fresno State now and they think
14  their daughters and their granddaughters are going to
15  Fresno State.
16         Like, I think, like, a million people are
17  voting for the advocacy of right treatment.
18         So if, by being emotionally involved, you would
19  consider that being part of this, I guess you could
20  consider that a lot of people who are -- with the
21  understanding that, you know, they -- there's obviously
22  not maybe millions of people who know about the lawsuit.
23         But being an advocate for the same thing that
24  we're also fighting for, they are involved, I believe.
25     Q   And so, in your mind, are they part of that

Page 250

1  group of current Fresno State students who've lost
2  membership on the women's varsity lacrosse team?
3      A   No.
4      Q   Does that group of current students who've lost
5  membership on the women's varsity lacrosse team include
6  your former teammates who did not join this lawsuit?
7      A   Once again, the only other person who is
8  currently enrolled is Hannah.  But I just don't think
9  that's fair to just say us two because it didn't just
10  happen to us two just because we're the only two still
11  enrolled.
12     Q   Do you think Hannah's part of that group of
13  current Fresno State students who've lost membership on the varsity
14  lacrosse team?
15     A   Yes.
16     MS. BULLOCK:  Hey, Erika?
17     MS. GIROUX:  Mm-hmm.
18     MS. BULLOCK:  Would this be an okay time to
19  just take a quick restroom break?
20     MS. GIROUX:  Sure.
21     MS. BULLOCK:  Couple minutes?  Okay.
22     We can go off the record.
23     (Recess taken from 9:53 a.m.
24     to 10:04 a.m.)
25  ///

Page 259

1     A   Okay.  Yeah, I guess you just must be NCAA
2    compliant.
3     Q   In your mind, how is a student who is able and
4    ready to seek membership on a women's varsity lacrosse
5    team at Fresno State different from a student who has
6    sought but not achieved membership on that team?
7         MS. BULLOCK:  Objection.  Legal conclusion.
8         THE WITNESS:  Can you ask the question one more
9    time?
10   BY MS. GIROUX:
11    Q   Sure.  So we've talked about students who are
12   able and ready to seek membership on a women's varsity
13   lacrosse team but haven't done so due to lack of
14   opportunity.
15        And we've talked about students who have sought
16   but not achieved membership on a women's lacrosse team.
17        And so, in your mind, how are those two
18   categories different?
19        THE WITNESS:  So one who's achieved the
20   opportunity versus one who has not.
21   BY MS. GIROUX:
22    Q   Who is able and ready to seek membership versus
23   someone who's sought but not achieved membership.
24        MS. BULLOCK:  Same objection.
25        THE WITNESS:  I mean -- I'm sorry.  One more

Page 260

1    time.  One more time.
2    BY MS. GIROUX:
3     Q   Sure.
4     A   I'm just trying to fully understand you.
5     Q   Sure.  So we talked a minute ago about students
6    who are able and ready to seek membership on a varsity
7    lacrosse team but haven't done so because of a lack of
8    opportunity.
9     A   Okay.
10    Q   And a little bit before that we talked about
11   students who sought but did not achieve membership on a
12   varsity lacrosse team.
13        And so I'm just asking, in your mind, what is
14   the difference between those two categories of people?
15    A   I guess somebody who has sought and not
16   achieved versus somebody who has not been able to is
17   just the difference of one has been able to try, and one
18   has not been able to try.
19    Q   And do you understand that the group you're
20   seeking to represent includes former Fresno -- sorry.
21   Let me start that over.
22        Does the group that you're seeking to represent
23   include future Fresno State students who are able and
24   ready to seek membership on a women's varsity lacrosse
25   team but have not done so due to a lack of opportunity?

Page 261

1         MS. BULLOCK:  Objection.  Legal conclusion.
2         THE WITNESS:  Yes.  I believe that they are
3    encompassed, future players who would like an
4    opportunity, yes.
5    BY MS. GIROUX:
6     Q   And do you have an understanding of who those
7    individuals are?
8     A   No.
9     Q   Do you know how many of them there are?
10    A   I could not portray accurate data.
11    Q   Do you know if there are any?
12    A   Who would like the opportunity, correct?
13    Q   Future students who are able and ready to seek
14   membership on a women's varsity lacrosse team but have
15   not done so due to a lack of opportunity.
16    A   I guess I don't know.
17    Q   How would you go about determining the identity
18   of future students at Fresno State who are able and
19   ready to seek membership on a women's varsity lacrosse
20   team but have not done so due to a lack of opportunity?
21        MS. BULLOCK:  Objection.  Legal conclusion.
22        THE WITNESS:  I don't know if that is something
23   that I could accurately get data for.  And I don't have
24   it.
25   ///

Page 262

1    BY MS. GIROUX:
2     Q   Would you agree with me that it would be
3    difficult to determine the identity of those future
4    students?
5         MS. BULLOCK:  Objection.  Legal conclusion.
6         THE WITNESS:  Difficult?
7    BY MS. GIROUX:
8     Q   Yes.
9     A   No.  No.
10    Q   Why not?
11    A   Because I know that there is people who it's
12   their job to release mass surveys that receive these
13   answers.  I just personally don't have the tools.
14   You're asking me this question.  So in this scenario I
15   don't personally have the tool.
16        Is there -- the tool available?  Yes.  Can it
17   be done?  Yes.
18    Q   So, in your mind, the way that you would
19   determine who those students are is to conduct a survey?
20    A   I am not a professional data collector, so I
21   don't think it's in my place to give professional advice
22   on how to collect this data because I -- that's not my
23   expertise.
24    Q   So you think it could be done, but you don't
25   know how?

Page 263

1    A   I know it can be done.  I just am -- I
2   personally don't know the answer.  I could give
3   suggestions, but I -- once again, I am not the expertise
4   on data collecting, or, pardon, expert on data
5   collecting.
6    Q   Does the group that you're seeking to represent
7   include current Fresno State students who participate or
8   have participated in women's varsity lacrosse?
9       MS. BULLOCK:  Objection.  Legal conclusion.
10       THE WITNESS:  Does the group I'm fighting for
11   encompass -- I'm sorry -- one more time.  It's like the
12   same question with, like, one word variation.  I just
13   need to hear it over.
14   BY MS. GIROUX:
15    Q   Does the group you're seeking to represent
16   include current Fresno State students who participate or
17   have participated in women's varsity lacrosse?
18    A   Yes.
19    Q   And so that would include your former
20   teammates?
21    A   Yes.
22    Q   Would it include anyone else besides your
23   former teammates?
24    A   Yes.  It would encompass anybody who would want
25   the opportunity or has missed the opportunity to play on

Page 264

1   a Fresno State lacrosse team because of it being cut.
2    Q   And do you have a sense of who those people
3   are?
4    A   I feel like -- no.  Same thing, like, the data,
5   I just don't have it.  There's a way to find it, but I
6   couldn't portray something accurate as of right now.
7    Q   And what is that belief based on, that there's
8   a way to find that data?
9    A   The data of who would want to play --
10       MS. BULLOCK:  I just --
11       THE WITNESS:  -- if there was a team?
12       MS. BULLOCK:  I'm going to object, just to
13   remind Taylor that any conversations that she has had
14   with us are privileged.  So to the extent that she can
15   answer that without exposing conversations with
16   counsel...
17       THE WITNESS:  How would I collect the data of
18   future people or people who have missed the opportunity
19   of playing?  How would I find those people?
20   BY MS. GIROUX:
21    Q   Well, let's start there.  That's slightly
22   different, but let's start there.
23    A   Okay.  Wait.  You ask your question again.
24    Q   That requires me to remember the question.
25       You indicated to me that you think there's a

Page 265

1   way to identify those people, but you're not sure what
2   that methodology is.
3    Q   And so my question was:  What is that belief
4   based on, that this is -- that it's possible to obtain
5   that data?
6    A   Because I'm a marketing major, and I know they
7   take surveys on -- and collect data on everyone and
8   everything that we think.  And there's a lot of ways
9   to -- there's a lot of ways to collect data.
10       Just -- I guess you could say based off of
11   schooling, I know -- I assume that.
12    Q   And do you know how many people would be in
13   that group of current Fresno State students who
14   participate or have participated in women's varsity
15   lacrosse?
16       MS. BULLOCK:  Objection.  Asked and answered.
17       THE WITNESS:  Who is the group of people who
18   has participated?
19   BY MS. GIROUX:
20    Q   How many are there?
21    A   That are currently enrolled in Fresno State?
22    Q   Yes.
23    A   I guess -- who have already participated in
24   lacrosse?  I guess that would just be myself and Hannah
25   being the only people who are enrolled and were on the

Page 266

1   team.
2    Q   Does the group that you're seeking to represent
3   include future Fresno State students who participate or
4   have participated in women's varsity lacrosse?
5       MS. BULLOCK:  Objection.  Asked and answered --
6       THE WITNESS:  Yes.
7       MS. BULLOCK:  -- and legal conclusion.
8       THE WITNESS:  Yes.
9       MS. GIROUX:  That one was not asked and
10   answered.
11   BY MS. GIROUX:
12    Q   What is your understanding of who would be
13   included in that group?
14    A   I'm not sure.
15    Q   Do you know how many people would fall within
16   that group of future Fresno State students who
17   participate or have participated in women's varsity
18   lacrosse?
19    A   I want to clarify the question you just asked,
20   though.
21       You asked me who could be in that group.  For
22   that question specifically, did you mean, like, names of
23   people I have spoken to or groups of people that have
24   participated in collegiate sport -- or collegiate
25   lacrosse and who could have the opportunity to play at

Page 267

1  Fresno State?
2    Q   Both.
3    A   Because, I guess, in that scenario they would
4  be transfers, right?  That would be who they are?
5  Because if they have played, they would be transfers.
6    Q   So potential transfers, how many of those do
7  you think there are?
8    A   I couldn't accurately represent that data.
9    Q   Have you spoken with any of them?
10    A   No.  There's a lot of people.
11    Q   Besides potential transfers, is there anyone
12  else that would be included in that group?
13    A   I guess considering the question that you said,
14  they are already collegiate lacrosse players, they would
15  have to be a transfer.
16    Q   How would you go about determining the identity
17  of future students at Fresno State who participate or
18  have participated in varsity lacrosse at Fresno State?
19        MS. BULLOCK:  Objection.  Legal conclusion.
20        THE WITNESS:  It's just the same thing.  It's
21  just data collection.  I'm unsure.
22  BY MS. GIROUX:
23    Q   You mentioned a minute ago you wanted to know
24  if I was looking for specific names.
25        Do you have specific names of people that you

Page 268

1  think would fall within that category?
2    A   Not off the top of my head, no.
3    Q   Does the group that you're seeking to represent
4  include current Fresno State students who are able and
5  ready to participate in varsity lacrosse at Fresno State
6  but have been deterred from doing so by the treatment
7  received by female student athletes at Fresno State?
8    A   Yes.
9        MS. BULLOCK:  Objection.
10        THE WITNESS:  Sorry.
11        MS. BULLOCK:  Objection.  Legal conclusion and
12  I believe part of that, at least, has been asked and
13  answered, but...
14  BY MS. GIROUX:
15    Q   Do you have an understanding of who those
16  individuals are?
17    A   No.
18    Q   Do you know how many there are?
19    A   No.
20    Q   Do you know if there are any?
21    A   Once again, I would have to collect the data.
22    Q   So, no, you're not sure?
23    A   No.  I'm not sure, no.
24    Q   How would you go about determining if someone
25  has been deterred from participating on a lacrosse team

Page 269

1  at Fresno State because of the treatment received by
2  female student athletes?
3    A   I guess in your data collection, you would have
4  to ask that.
5    Q   What does it mean to you for someone to have
6  been deterred from participating?
7    A   That there was something that they did not like
8  about the current political or -- I guess not --
9  "political" would not be the right word.
10        They were unpleased with the way something was
11  going on in athletics or the team or, like you said,
12  treatment.
13    Q   Would they have had to try out or been
14  recruited in order to be deterred?
15    A   No.
16    Q   Is simply thinking about participating on the
17  team enough?
18        MS. BULLOCK:  Objection.  Legal conclusion.
19        THE WITNESS:  Having the thought of "I might
20  want to join the team," and then you're deterred by
21  something, is that enough?
22  BY MS. GIROUX:
23    Q   Yes.
24    A   Yeah, of course.
25    Q   And how would you figure out if somebody meets

Page 270

1  that criteria, they've had the thought of perhaps
2  participating and then were deterred?
3    A   I guess through data collection.
4    Q   Which you think can be done but you're not sure
5  how.
6    A   I mean, there's a million existing ways to
7  collect data.
8        MS. BULLOCK:  Let me object to asked and
9  answered and ask that the objection precede the answer.
10  BY MS. GIROUX:
11    Q   Is there a specific method that you have in
12  mind?
13        MS. BULLOCK:  Objection.  Asked and answered.
14        THE WITNESS:  I just am not in a place to give
15  professional advice on this.  I don't know if I would
16  know the best --
17  BY MS. GIROUX:
18    Q   I'm not asking for an expert opinion, just
19  for -- based on your personal knowledge, do you have an
20  opinion about any particular method that could be used
21  to gather this data?
22        MS. BULLOCK:  Same objection.
23        THE WITNESS:  In my opinion, I feel like the --
24  I feel like it's too multifaceted to -- I don't feel
25  like I can make a -- like, an opinion based on -- oh, I

Page 271

```
 1   guess you're not asking for my professional advice.
 2        I would go with what the professional said is
 3   the best way to collect such data.  So I guess I don't
 4   have an opinion.
 5   BY MS. GIROUX:
 6    Q   So you don't know how to go about collecting
 7   that data?
 8        MS. BULLOCK:  Objection.  Asked and answered.
 9        THE WITNESS:  I mean, I know ways.  I know
10   strategies.  Like, there's a bunch of diff-- but --
11   no.  No.  I wouldn't want to be the person to decide how
12   that data gets collected.  I would want a professional
13   to decide.
14   BY MS. GIROUX:
15    Q   What type of professional?
16        MS. BULLOCK:  Objection.  Legal conclusion.
17        THE WITNESS:  I don't know.  Whoever
18   professional data collectors are.
19   BY MS. GIROUX:
20    Q   None that you can identify offhand?
21    A   I would have no idea, no.
22        Are you asking for, like, a name of someone
23   with the occupancy [sic]?
24    Q   Job title, name.
25    A   Oh.  No, I'm not sure.
```

Page 272

```
 1        MS. BULLOCK:  Erika, can we go off the record
 2   for a second?  I'm sorry.  I need to make a phone call.
 3        MS. GIROUX:  Sure.
 4        (Recess taken from 10:37 a.m.
 5        to 11:01 a.m.)
 6        (Ms. Bullock not present.)
 7   BY MS. GIROUX:
 8    Q   Does the group that you're seeking to represent
 9   include future Fresno State students who are able and
10   ready to participate in women's varsity lacrosse at
11   Fresno State but have been deterred from doing so by the
12   treatment received by female student athletes at Fresno?
13    A   Oh --
14        MR. HAMMACK:  Object to form.
15        THE WITNESS:  I'm sorry.  I was just going to
16   say I was trying to get my headphones connected, and I
17   missed, like, that whole first part.
18   BY MS. GIROUX:
19    Q   Sure.  No problem.
20        Does the group that you're seeking to represent
21   include future Fresno State students who are able and
22   ready to participate in women's varsity lacrosse at
23   Fresno State but have been deterred from doing so by the
24   treatment received by female student athletes?
25        MR. HAMMACK:  Object to form.
```

Page 273

```
 1        THE WITNESS:  Yes.
 2   BY MS. GIROUX:
 3    Q   Do you have an understanding of who those
 4   individuals are?
 5    A   No.
 6    Q   Do you know how many of them there are?
 7    A   No.
 8    Q   Do you know if there are any?
 9    A   I'm not sure.
10    Q   How would you go about determining the identity
11   of future students at Fresno State who are able and
12   ready to participate in women's varsity lacrosse at
13   Fresno State but have been deterred from doing so by the
14   treatment received by female student athletes?
15        MR. HAMMACK:  Object to form.
16        THE WITNESS:  Once again, data collection.
17   BY MS. GIROUX:
18    Q   When you say "data collection," do you mean
19   anything different from what we've discussed previously?
20    A   No.
21    Q   And would you use the same criteria to evaluate
22   deterrence that we talked about earlier?
23        MR. HAMMACK:  Object to form.
24        THE WITNESS:  If it was proven to produce
25   reliable results, yes, but certain data needs to be
```

Page 274

```
 1   collected with certain types of data collection in order
 2   for it to be accurate.
 3        So I couldn't say exactly if you would use the
 4   same exact data collection -- what do you call that? --
 5   process.
 6   BY MS. GIROUX:
 7    Q   So what would be different about the data
 8   collection process relative to this group of future
 9   students?
10        MR. HAMMACK:  Object to form.
11        THE WITNESS:  There is a lot of things.
12   There's a lot of variables that could constitute and
13   make data unreliable.  It's specific to the data you're
14   trying to collect.  So I'm not sure if I could
15   accurately answer that question.
16   BY MS. GIROUX:
17    Q   So you're not sure how to collect that data?
18    A   Well, I believe your question was what would be
19   the difference of data collection.  Correct?
20    Q   Yes.
21    A   And I would say I don't know because that's not
22   my expertise.
23    Q   And what does it mean to you for a future
24   student to be deterred from participating?
25        MR. HAMMACK:  Object to form.
```

Page 275

1    THE WITNESS:  Like I said before, there is
2  something about the institution that is fundamentally
3  against that person's beliefs that would have deterred
4  them.
5  BY MS. GIROUX:
6    Q   How intensively would they have had to consider
7  Fresno State to fall in this category?  Would they have
8  had to, for example, apply to Fresno State, thought
9  about applying to Fresno State, something else?
10    MR. HAMMACK:  Object to form.
11    THE WITNESS:  I don't think that is for me to
12  determine because the seriousness of how somebody is
13  thinking about something is something that I -- you
14  wouldn't know unless they personally attested to.  I
15  couldn't answer that without talking to the person.
16  BY MS. GIROUX:
17    Q   I'm just asking in your personal opinion, in
18  order to fall within this category of future students
19  who are able and ready to participate in lacrosse but
20  were deterred from doing so, how specific would their
21  interest in Fresno State have had to be?
22    (Ms. Bullock joined the deposition.)
23    MR. HAMMACK:  Object to form.
24    THE WITNESS:  I mean, I guess you use the
25  terms -- you know, they were "deterred" from it.  So you

Page 276

1  can, you know, be deterred on a multitude of levels of
2  seriousness, I guess.
3    So I don't really think there is an exact
4  answer to that because that is all dependent upon the
5  person, in my opinion.
6  BY MS. GIROUX:
7    Q   Have you spoken to other potential class
8  members about this case?
9    A   Class members as in the class that we are
10  representing in the lawsuit?  Or -- well, I guess we
11  have it -- we don't have one yet.  It's the lacrosse
12  class?
13    Q   Your understanding of potential class members.
14    Based on your understanding of potential class
15  members, have you spoken with any of them about this
16  case?
17    MR. HAMMACK:  Object to form.
18    THE WITNESS:  I think that we need to have the
19  same definition of what the class is for me to answer
20  that question.
21  BY MS. GIROUX:
22    Q   Relative to this specific lacrosse class
23  certification motion, have you spoken with any potential
24  class members --
25    A   With the --

Page 277

1    Q   -- about this?
2    A   -- motion that the Court is asking us to take
3  right now, which is the lacrosse team as a class, in
4  those terms, I -- yes, I've talked to my teammates
5  about, like --
6    Are you asking if I've talked to them about the
7  case or lacrosse in general or it being reinstated or,
8  like, talking to them about what in particular?
9    Q   About this case.
10    A   About this case?  They don't know particulars,
11  but they know what's happening.  So I guess the answer
12  would be yes.  Yes, like, they -- we all know what's
13  going on.
14    Q   How many of them have you spoken to?
15    A   Considering the fact that this has been going
16  on since everyone was here, I've talked to pretty much
17  all of my teammates about what this is about.
18    Q   So let's limit it to from April of 2022, which
19  is the last time that we sat down, until today.
20    Have you had any of those conversations?
21    A   No.  Just because it's -- I feel it's too legal
22  now, I don't want to blur those boundaries of what I can
23  or cannot talk to somebody about.
24    Q   What is your goal in bringing this lawsuit?
25    A   To get gender equity for all women who want to

Page 278

1  have the chance to be at Fresno State or join a team and
2  have the opportunity to experience a collegiate-level
3  sport or community or school that treats all women and
4  men equally.
5    Q   Let me put a document up on the screen.
6    Okay.  And hopefully you can see this document.
7    A   Yes, I can see it.
8    Q   Okay.  Which I will consider Exhibit 1 [sic] to
9  this deposition.  And I'll scroll through it.
10    Do you recognize this document?
11    A   Yes.
12    Q   And what is this document, to your
13  understanding?
14    A   My declaration.
15    Q   And it's the one dated February 22nd of 2022?
16    A   Okay.
17    Q   And that -- is that your signature?
18    A   Yes.
19    Q   Did you personally type the statements in this
20  declaration?
21    A   That's sort of a tedious question because these
22  are my words, but did I technically type them?  No.  My
23  lawyers drafted this.
24    Q   So you provided information that was put into
25  this declaration for you to review; is that fair?

TAYLOR ANDERS vs CALIFORNIA STATE UNIVERSITY
ANDERS, TAYLOR 02/23/2023

Page 283

1  detail about the treatment that lacrosse received versus
2  some of the other teams at Fresno State.
3      A   Yeah.  Okay.  I'm sorry.  I just didn't, like,
4  hear a word that you used.
5      Q   Sure.  No problem.
6      A   Yes, I remember talking about this.
7      Q   Okay.  So I'll represent to you that your
8  earlier deposition was on April 8th of 2022.
9          Would you agree with me that the treatment and
10 benefits that we discussed during that deposition all
11 occurred prior to April 8th of 2022?
12     A   Most of them, yes.  But considering the fact
13 that there are Title IX problems with the university, I
14 would say that these implications are still affecting
15 women today.
16         Did some of the things happen before that date?
17 Yes, there were certain events that took place, but the
18 treatment is still happening.
19         So there are certain parts are continuing, and
20 there are certain parts that were events that happened
21 on certain dates prior.
22     Q   Have you learned any new information since
23 April 8th of 2022 about the treatment that any
24 particular team is receiving?
25     A   Nothing that I wasn't already aware of.

Page 284

1      Q   So nothing new or different from what we talked
2  about previously?
3      A   To my recollection, no.  Or, sorry, yes, I'm
4  agreeing with you.  No, nothing has changed.
5      Q   Okay.  Is there anything specific that you have
6  in mind when you say that some of that treatment is
7  continuing?
8      A   Just things as in terms of how, in general,
9  women are being treated.
10         When I'm saying that there are certain things
11 that happened before, like, I'm talking about stuff
12 that, in particular took place, like, when our lacrosse
13 team was here.
14         But there is treatment that is still being
15 done -- of gender inequities that are taking place, if
16 that makes sense.
17         Like, I -- off the top of my head, I can't
18 think of them right now, but the stuff that we talked
19 about in the last deposition, so stuff like scheduling.
20 We talked about equipment.  We talked about
21 opportunities.  There is a lack of opportunities
22 available.  Those types of things.  That's what I'm
23 talking about.
24         Coaching, staffing, those sorts of things that
25 are happening on women's teams who are still here.

Page 285

1      Q   And when you say that it's still happening, is
2  that based on any information that you've received since
3  April 8th of 2022?
4      A   That is not based off of new information, but
5  there's also not new information that they have changed
6  anything.
7          And in terms of the opportunities that they
8  have available for women, that is still at a lower rate
9  than men.  So that is definitely still happening because
10 there is nothing that's been changed that I know of.
11     Q   So is it fair to say that you're assuming that
12 nothing has changed since April 8th of 2022?
13     A   I guess, yeah.
14     Q   What is your level of involvement with this
15 lawsuit, would you say?
16     A   What's my rating scale?
17     Q   You tell me.
18     A   How are we defining that?
19     Q   You tell me.  I'm asking, in your opinion, how
20 you would characterize your level of involvement with
21 this lawsuit.
22     A   Like, I would say highly involved, highly
23 involved.
24     Q   Okay.  And what are you -- when you say "highly
25 involved," what does that entail?

Page 286

1      A   It means that I am one of the main plaintiffs.
2  It takes up a lot of mental space.  I put time into
3  preparing for stuff like this.
4          You know, I mean, I guess it also depends on
5  what your definition of "involvement" is.  What, like --
6  how many hours do I dedicate?  Or, like, do you want it
7  quantified or just whatever I think you mean?
8      Q   Just whatever you think.
9      A   Yeah.  Highly involved.  I -- yeah.  I don't
10 know how else to explain that.
11     Q   Do you review documents before they're filed?
12     A   Before they're filed?
13     Q   Yes.
14     A   Yeah, certain ones.
15     Q   Which documents have you reviewed before they
16 were filed?
17         MS. BULLOCK:  I'm going to -- hold on.
18         I'm going to caution Taylor not to, you know,
19 talk about anything regarding conversations with
20 attorneys, and that includes e-mail conversations.  So
21 just...
22         THE WITNESS:  I was just going to say the
23 documents that my attorneys have sent me to ask to
24 review them.
25 ///

Page 299

1  BY MS. GIROUX:
2    Q   While this lawsuit is ongoing?
3    A   No.
4    Q   Does it require you to pay your attorneys any
5  fees once this lawsuit is over?
6    A   No.
7    Q   Does it say anything about how much your
8  attorneys will receive in fees related to this lawsuit?
9    A   I don't believe so. I would probably have to
10  take further look at the document, but I don't think so,
11  no. There was never -- well, I guess that would be
12  talking about what we discussed, so I'm not going to say
13  that.
14    Q   Does it guarantee a particular amount in fees?
15    A   No. I don't -- no. I need to look at the
16  document again, I'll be honest, but no.
17    Q   Does it have any other provisions about your
18  attorneys receiving more in fees if the lawsuit is
19  resolved in a certain way?
20    A   No.
21    Q   Does it say anything about what you'll
22  receive for participating in this lawsuit?
23    A   Well -- no. No.
24    Q   And is there anything in it that limits your
25  ability to decide how to resolve this case?

Page 300

1    A   I don't believe so.
2    Q   Does it say anything about who ultimately
3  controls this lawsuit?
4    A   As of right now, I'm not, like, recollecting
5  specific language. But, to my understanding of how this
6  works -- well, I'm just going to leave it at that at
7  this time. I can't, like, recall specific language.
8    Q   Does it say anything that limits your lawyer's
9  ability to settle this case?
10    A   I'm sorry. I'm just -- I'm -- ask the question
11  one more time.
12    Q   Sure. Is there anything in it that limits your
13  lawyer's ability to settle this case?
14    A   I guess what I'm trying to understand is, like,
15  are you asking -- like, with this question and the last
16  question, like, are you asking me, like, who has
17  authority over each other?
18    Q   So I'm asking if there's anything -- if it sets
19  out any particular limit for a settlement that -- let me
20  rephrase that.
21       Does it say anything about who ultimately has
22  to approve a settlement?
23    A   I mean, I'm pretty sure I'm the one signing the
24  papers, right? Is that what you're asking?
25    Q   Yes. So if Fresno State made an offer to

Page 301

1  settle and you wanted to settle, is there anything in
2  your agreement with your lawyers that would give your
3  lawyer the right to say -- to stop you from doing that?
4    A   I think I have the same answer as last time.
5  Like, I don't recollect that specific language. I'm not
6  sure. Like, no, I don't think. No.
7    Q   Do you trust your attorneys to handle this
8  lawsuit on your behalf?
9    A   Oh, very much so.
10    Q   Do you understand that your attorneys are also
11  seeking to represent the full class in this case?
12    A   Yes.
13    Q   And that, if they were approved to do that,
14  they would be representing you individually as well as
15  the entire class?
16    A   Yes.
17       MS. BULLOCK: Object to form.
18       THE WITNESS: Oh, sorry, Lori.
19       MS. BULLOCK: I just ask that the objection
20  precede the answer, please.
21  BY MS. GIROUX:
22    Q   And would you be comfortable with that
23  arrangement?
24    A   Yes.
25    Q   And if you disagreed -- you personally

Page 302

1  disagreed with the majority of the class about how to
2  resolve this case -- for example, you felt that that
3  settlement resolved all of your concerns but the other
4  class members disagreed, do you think your attorneys
5  could provide you with good advice in that situation?
6       MS. BULLOCK: Object to form.
7       You can answer.
8       THE WITNESS: Yes. I think they give very good
9  advice. I think that we are all concerned about the
10  greater good of all of the women at Fresno State.
11       MS. GIROUX: Okay. If you could just give me
12  two minutes. I think those are pretty much all of my
13  questions.
14       THE COURT REPORTER: Off the record?
15       MS. BULLOCK: Yes.
16       (Recess taken from 11:52 a.m.
17       to 11:56 a.m.)
18       MS. GIROUX: We're back on the record.
19       Those are all of the questions that I have for
20  you, Ms. Anders. Thank you so much for your time.
21       THE WITNESS: Okay.
22       MS. BULLOCK: I have just a couple follow-up
23  questions just to clarify.
24  ///
25  ///