# *Exhibit 3*

000001

1                UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3                     FRESNO DIVISION

4

5    TAYLOR ANDERS, HENNESSEY      )
     EVANS, ABBIGAYLE ROBERTS,     )
6    MEGAN WALAITIS, TARA WEIR,    )
     and COURTNEY WALBURGER,       )
7    individually and on behalf of )
     all those similarly situated,)
8                                  )
               Plaintiffs,         )
9                                  ) CASE NO.
         vs.                       ) 1:21-cv-00179-AWI-BAM
10                                 )
     CALIFORNIA STATE UNIVERSITY,  )
11   FRESNO, and BOARD OF TRUSTEES )
     OF CALIFORNIA STATE           )
12   UNIVERSITY,                   )
                                   )
13             Defendants.         )
     _____ )

14

15     VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

16     COURTNEY WALBURGER, commencing at 9:02 a.m.

17     PST, on Tuesday, April 12, 2022, taken

18     remotely before Marla Sharp, RPR, CLR, CCRR,

19     CA CSR 11924, OR CSR 17-0446, WA CSR 3408.

20

21

22

23

24

25

Page 2

```
 1  APPEARANCES OF COUNSEL:
 2  (All parties appeared via videoconference.)
 3
    FOR THE PLAINTIFFS
 4
         BAILEY GLASSER LLP
 5       BY:  LORI A. BULLOCK, ESQ.
         309 East Fifth Street, Suite 202B
 6       Des Moines, Iowa 50309
         515-416-9051
 7       lbullock@baileyglasser.com
 8
    FOR THE DEFENDANTS
 9
         MILLER, CANFIELD, PADDOCK AND STONE, PLC
10       BY:  ERIKA GIROUX, ESQ.
             ASHLEY HIGGINSON, ESQ.
11           SYDNEY JOHNSON, ESQ.
         150 West Jefferson, Suite 2500
12       Detroit, Michigan 48226
         313-963-6420
13       giroux@millercanfield.com
         higginson@millercanfield.com
14
15  ALSO PRESENT:
16       Tom Rowles, videographer
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1               I N D E X
 2  EXAMINATION                                PAGE
 3  COURTNEY WALBURGER
 4       BY MS. HIGGINSON                    5, 286
 5       BY MS. BULLOCK                         277
 6
 7             DEPOSITION EXHIBITS
 8  EXHIBIT        DESCRIPTION              PAGE
 9  Exhibit 1  Defendants Notice of Taking Video    5
              Deposition of Plaintiff Courtney
10            Walburger (3 pages, not Bates
              stamped)
11
    Exhibit 2  Plaintiff Courtney Walburger's      27
12            Interrogatory Responses and Request
              for Production Responses (18 pages,
13            not Bates stamped)
14  Exhibit 3  Second Amended Complaint (47 pages,  102
              not Bates stamped)
15
    Exhibit 4  Motion for Class Certification      142
16            (46 pages, not Bates stamped)
17  Exhibit 5  Declaration of Courtney Walburger   141
              (4 pages, not Bates stamped)
18
    Exhibit 6  Fall 2017 Women's Lacrosse           74
19            Reflection (2 pages, Bates Nos.
              PLAINTIFFS000195 -
20            PLAINTIFFS000196)
21  Exhibit 7  3-18-22 letter to Brian Schwartz    168
              from Nicole Ballante (2 pages, not
22            Bates stamped)
23  Exhibit 8  GroupMe messages (1007 pages, Bates 161
              Nos. PLAINTIFFS001355 -
24            PLAINTIFFS003273)
25
```

Page 4

```
 1            TUESDAY, APRIL 12, 2022
 2               9:02 A.M. PST
 3                 - - -
 4       THE VIDEOGRAPHER:  Good morning, everyone.
 5  We're now on the record, and the time is 9:02 a.m.
 6  on Tuesday, April 12th, 2022.
 7       This begins the videotaped deposition of
 8  Courtney Walburger taken in the matter of
 9  Taylor Anders, et al., versus California State
10  University, Fresno, et al.
11       This is being filed in the United States
12  District Court, Eastern District of California, the
13  Fresno Division.  The case number 1:21-cv-01 --
14  excuse me, I'm going to start the case number
15  over -- 1:21-cv-00179-AWI-BAM.
16       My name is Tom Rowles.  I'm the
17  videographer.  Court reporter is Marla Sharp.  We're
18  both representing Fortz Legal Support.
19       Counsel, if you would please announce your
20  name and whom you represent, after which the court
21  reporter can swear in the witness.  Thank you.
22       MS. BULLOCK:  Lori Bullock on behalf of
23  Plaintiffs.
24       MS. BALLANTE:  Nicole Ballante on behalf of
25  the plaintiffs.
```

Page 5

```
 1       MS. HIGGINSON:  And Ashley Higginson on
 2  behalf of Defendant.  And with me today are my
 3  colleagues Erika Giroux and Sydney Johnson.
 4            COURTNEY WALBURGER,
 5       having been first duly sworn,
 6       was examined and testified as follows:
 7       THE COURT REPORTER:  Thank you.
 8       Counsel, you may proceed.
 9       MS. HIGGINSON:  Thank you.
10            EXAMINATION
11  BY MS. HIGGINSON:
12    Q   Courtney, can you state your full name for
13  the record?
14    A   Courtney Elizabeth Walburger.
15    Q   Okay.  So my name is Ashley Higginson, and
16  I'm an attorney that represents the Board of
17  Trustees of California State University in the
18  lawsuit you filed against them.
19       Is it okay for the rest of the day if we
20  call the university "Fresno State"?
21    A   Yes.
22       (Exhibit 1 was marked for
23       identification by the reporter.)
24  BY MS. HIGGINSON:
25    Q   Okay.  So I'm going to start off with just
```

Page 82

1  season, were you happy with the Fresno State
2  lacrosse program and your experience as a student
3  athlete?
4      A    Yes.
5      Q    So did your opinion change as compared to
6  your freshman experience?
7      A    Yes.
8      Q    Did it change for the better?
9      A    Yes.
10     Q    And then now we'll get to your junior year.
11  And I understand COVID kind of changed components of
12  your junior season.  Is that correct?
13     A    Yes.
14     Q    At that point prior to COVID, were you the
15  starting goalie on the team?
16     A    So my junior year I got a concussion, and I
17  was out for four months.  So I really, like -- I
18  don't remember a whole lot about my junior year --
19     Q    All right.
20     A    -- until December.  So from October to
21  December, I was out -- I wasn't allowed to practice
22  with the team because --
23     Q    Okay.
24     A    -- I had a concussion.
25     Q    Okay.  And you continued your academic

Page 83

1  coursework during the fall of your junior year?
2      A    Yes.  They modified it for me so that I
3  could get what I could done.  So for a period of
4  time, like, you can't do anything, so I didn't -- I
5  didn't do anything.  My athletic trainers told my
6  teachers.  My teachers were really accommodating.
7  They're like, you know, "Take your time and heal."
8          And then once I started to feel better,
9  then I would still -- I started going back to class,
10  and I started doing my coursework.
11     Q    And so you -- did you fall behind in any
12  way with your academic coursework and kind of road
13  to graduation during that time period?
14     A    I probably was behind, like, one or two
15  assignments, but I got it all caught up.  And I, you
16  know, finished the year with a high GPA.  So it
17  didn't -- it didn't affect me in my, like,
18  graduating on time.
19     Q    And would you say that Fresno State
20  accommodated and catered to your needs academically
21  so that they could support you?
22     A    Yes.  My trainers did, and then the actual
23  staff, like, not related to athletics, the ones that
24  are actually on the Fresno State campus -- I can't
25  remember the department, but they gave me all their

Page 84

1  information.  And you had to go and, like, test
2  there.  They supported me.
3      Q    Are you talking about, like, a nonathletic
4  medical component of Fresno State?
5      A    Yeah.  Yeah.  Those are the people that --
6  it's, like, if you have a learning disability, then
7  you get, like, more time to take a test.
8          So if you got a concussion, you would get,
9  like, 30 minutes more to take the test because of
10  the concussion or something like that.
11     Q    Sure.  So the department -- is it accurate,
12  so the department that assists with accommodations
13  provisions in education?
14     A    Yeah.  So once I got, like -- I met with
15  them.  They e-mailed my teachers and said, "Okay.
16  Now Courtney has this special accommodation while
17  she has her concussion.  Until she, you know, tests
18  out of being concussed, please accommodate her
19  with" -- you know, whatever their requirements were
20  for taking tests, for schoolwork, for late
21  assignments and stuff like that.
22     Q    And did that department communicate with
23  athletic trainers about your health status?
24     A    I'm not sure.  I think they, like, said,
25  "Yeah, like, Courtney got cleared.  Like, she has

Page 85

1  this."  But they didn't do anything else outside of,
2  like, helping me get better.  Just giving me more
3  time to do assignments.
4      Q    During this period of time when you had a
5  concussion, would it have been the athletics
6  trainers that, you know, tested you for your
7  concussion weekly?  Or what occurred medically from
8  a training standpoint?
9      A    So from a training standpoint, I had to
10  do -- we do a baseline test, right?  That's one of
11  those procedures you do in the orientation.  When
12  you're a freshman, you take your baseline test so
13  that, when you get a concussion, you take the test
14  again and it's, like, test No. 1.  And they compare
15  it to your baseline.
16          And that's not really an indication of if
17  you have a concussion, but it's sort of helpful to
18  see.
19          And then I would do symptom checks every
20  single day.  My trainers would call me and ask,
21  like, how I was feeling.
22          So that was the first two weeks.  And then
23  after the two weeks, I would do another baseline
24  test.  I wasn't allowed to drive anywhere.  If I
25  went outside, I had to wear a hat and sunglasses.

Page 86

1 Wasn't allowed to do any type of activity.
2        What else?  The trainers would let me go to
3 class, but if I started to get a headache, I had to
4 leave.  And then I'd have to report my symptoms.  So
5 they were just there, like, monitoring me.
6        And then, as I got better, some symptoms
7 went away, some symptoms stayed.  So they sent me to
8 get a CT of my head.  And then I also went to a
9 neuropsychologist, and they did, like, a bunch of
10 different tests on me.
11        And then once I was cleared in -- let's
12 see, when was I cleared? -- December, January, I had
13 to do, like, a return-to-play protocol where they go
14 through different -- like I do another baseline --
15 or I do another test.
16        They compare it to my baseline.  I have to
17 do a series of, like, certain physical activities to
18 get my heart rate up, and then I have to wait a
19 certain amount of time before they test my symptoms
20 again to see how I'm --
21        THE COURT REPORTER:  Sorry.  If you could
22 slow down for me.  "And then they have to do" -- I'm
23 sorry.  "Certain physical activities to get my heart
24 rate up, and then" what?
25        THE WITNESS:  Certain -- I think it just --

Page 87

1 like, just different physical activities.  So, like,
2 biking, circuit.  And then they'll just test you to
3 see if you have any symptoms, like, an hour after
4 that activity.
5 BY MS. HIGGINSON:
6    Q    And so, in your junior year, when did you
7 get cleared to play?
8    A    January -- like, middle of January.  I had
9 to come to Fresno.  I came back to Fresno early to
10 get cleared so that I could start practicing.
11    Q    And so during that period of time when you
12 were injured, is there any component of your program
13 that you were allowed to participate in?
14    A    When I started feeling better, they let me
15 come out to practice.  But that -- that was it.  I
16 didn't travel to any of the fall ball games.  I
17 didn't go to -- I didn't go to any of the lifts or
18 conditioning.  I didn't go to any of, like, the team
19 meetings or watch film or anything like that.
20    Q    And then was the 2020 season affected by
21 COVID?
22    A    Yes.  So our season was cut short.
23    Q    Do you remember around when your season
24 ended?
25    A    It was, like, March 13th.  We actually had

Page 88

1 a game that day, so we played our last game.  And
2 then we never -- we didn't play again.
3    Q    Do you remember how many games you were
4 able to play before the pandemic?
5    A    Four or five games.  We hadn't played -- we
6 hadn't played a lot.
7    Q    Do you know if any other Fresno sports
8 teams were affected by the outbreak of the pandemic?
9    A    Yeah.  Every team stopped playing.
10    Q    So were they all affected in March of 2020?
11    A    Yes.
12    Q    And they all stopped playing at that point?
13    A    Correct.
14    Q    Did they all stop practicing at that point?
15    A    Yes.
16    Q    How about -- just as a student, rather than
17 lacrosse, how was your life as a student impacted by
18 COVID?
19    A    Everything was switched to Zoom.  So we
20 didn't go on campus anymore.  So you just -- I -- we
21 stayed at the house that I currently live at in
22 Fresno, and we just did all our classes through
23 Zoom.
24    Q    And so you remained in the house that you
25 rent at?

Page 89

1    A    Yes.
2    Q    Did you ever leave campus -- or your house,
3 rather, recognizing that it's off-campus?
4 Apologies.
5    A    Yeah.  So I stayed there for about two
6 months after season ended because our coach kind of
7 told us to stick around because we didn't know how
8 severe it was.
9        And she's like, "We might be able to, like,
10 play a game or something," or -- maybe not a game
11 that counted but, like, a scrimmage or something
12 like that just for fun.  But we weren't allowed
13 to -- we weren't allowed to play at all.
14        So after the two months, I went home for
15 the summer.
16        MS. BULLOCK:  Ashley, we're --
17        MS. HIGGINSON:  Yeah.
18        MS. BULLOCK:  Is this an okay time if we
19 were going to take a break?
20        MS. HIGGINSON:  If you don't mind, if I
21 could just get through, like, two questions or so
22 and then we could take a longer break.
23        Are you talking about a lunch break or
24 just, like, a five- --
25        MS. BULLOCK:  Yeah.  I have a meeting,

1  so...
2       MS. HIGGINSON:  Yeah.  You know what?  This
3  is just fine too.  We can take a break now.
4       MS. BULLOCK:  Okay.
5       MS. HIGGINSON:  How long are you thinking?
6       MS. BULLOCK:  Do, like, 20 minutes for a
7  lunch break?
8       Actually, let's go off the record.
9       THE VIDEOGRAPHER:  We're going off the
10 record.  The time is 10:57.
11      (Recess taken from 10:57 a.m.
12      to 11:24 a.m.)
13      THE VIDEOGRAPHER:  We are now back on the
14 record.  The time is 11:24.  Thank you.
15 BY MS. HIGGINSON:
16  Q   Okay.  Ms. Walburger, when we took a break,
17 we were (inaudible) your junior year and your
18 experience as a student athlete on the lacrosse --
19      THE COURT REPORTER:  Sorry.  I'm having a
20 little trouble hearing you.  Could you say that
21 again a little louder?
22      MS. HIGGINSON:  Sure.  Am I better?  Okay.
23 Well, I'll try to talk loud.
24 BY MS. HIGGINSON:
25  Q   When we took a break, we were talking about

1  your junior year.  And I just want to finish up
2  speaking about that.
3       We were talking about once COVID kind of
4  derailed athletics for Fresno State in March of
5  2020.
6       Is it accurate to state that all sports
7  teams were treated similarly in terms of their
8  ability to compete?
9   A   No.
10  Q   How was that different in your junior year?
11  A   So in my junior year -- normally spring
12 sports are able to still practice in the fall.  The
13 only sports that I'm aware of that were able to
14 practice in fall and actually meet on campus and use
15 the facilities was football.
16  Q   And I just want to make sure I'm accurate.
17      That would have been the fall of your
18 senior year, right, in 2020?
19  A   I'm sorry.  Did you say junior year?
20  Q   Yeah.  I just wanted to finish up junior --
21  A   Yeah.
22  Q   -- then go --
23  A   That was my senior year.  Junior year.
24 Okay.  Can you say the question again?  Sorry.
25  Q   Of course.  So from March of your junior

1  year in 2020 on to the end of the school year, would
2  it be accurate to state that all sports were treated
3  the same in terms of their ability to compete?
4   A   Yes.  Nobody played.
5   Q   Is it accurate to state that all sports
6  were treated the same in terms of their ability to
7  use any facilities at Fresno State?
8   A   As far as my knowledge, no one -- no one
9  was allowed to use any of the facilities.
10  Q   And then during that time, was any academic
11 assistance provided to you?
12  A   No.
13  Q   Were tutoring services canceled, or were
14 they just not provided, or are you unaware?
15  A   I was unaware.  I didn't require any
16 tutoring services.
17  Q   Do you know if any other student athletes
18 were still being provided tutoring services during
19 that time?
20  A   I do not know.
21  Q   So is there any way in which you can
22 identify any student athlete that was treated
23 differently than another in the spring of your
24 junior year once COVID stopped competition play?
25  A   No, not to my knowledge.

1   Q   Okay.  And so now we're going to move to
2  your senior year in the fall of 2020.
3       When did you return to campus in the fall
4  of 2020?
5       MS. BULLOCK:  Ashley, just to clarify, do
6  you mean 2021 or 2020?
7  BY MS. HIGGINSON:
8   Q   So I'm -- I'm thinking fall of 2020 --
9       MS. BULLOCK:  Okay.
10 BY MS. HIGGINSON:
11  Q   -- into 2021 is your senior year.  Right?
12  A   Correct.  Yes.
13  Q   Okay.  So by the time your senior year at
14 Fresno started, had COVID calmed down enough to
15 return to campus?
16  A   We were sort of given the option, like,
17 "You can come back if you want to, but you don't
18 have to."  We didn't receive any return to play.  We
19 didn't have any set schedule of, like, when we
20 should be practicing, nothing like that.
21      So we came back with the hope that, like,
22 it would be normal, and they told us that we're
23 going to do testing.  But they hadn't really figured
24 out how they were going to manage all of the teams.
25      The only team that they sort of figured out

Page 94

1 what to do and how to test them, how to get them all
2 to play, how to get them in the weight room was
3 football.
4    Q    Okay.  Did you return to campus?
5    A    Campus.  No, we did not return to campus.
6 Everything was still online and on Zoom.  But, like,
7 the players came back to Fresno and lived in their
8 apartments or their house.
9    Q    Okay.  And during that time, did you have
10 any captains' practices or times to meet as a team?
11    A    The times we met as a team with my coach
12 was through Zoom, and that was just us asking, you
13 know, "What's practice going to look like?"
14        And she didn't really have any type of
15 answer at all for us.  All she could really say was
16 she knew that football was allowed to and, I think,
17 baseball was finding a way to get into the weight
18 room, but that we weren't allowed to use any of the
19 facilities.  So anything that we did had to be on
20 our own.
21        So we couldn't even go outside on our
22 field.  Like, they wouldn't even let us be outside
23 on our field.  So I took a group of the girls.  We
24 split into, like, different -- like, six or so per
25 group.  And we would go in the mornings to a high

Page 95

1 school field and track, and we would work out there.
2    Q    Okay.  During the fall of your senior year,
3 did you have access to athletic trainers?
4    A    No.  Only if you really, like -- if you
5 were exposed to COVID, that's it.  You weren't
6 allowed to go in for any type of treatment.
7        But football -- we weren't allowed to go in
8 there because football was in there, and they didn't
9 want anybody else to expose football to COVID.  So
10 they -- basically football got the entire athletics.
11 And that -- what I'm aware is no other female sport
12 was allowed to go in.
13        I'm pretty sure baseball went in.
14 Basketball has their own facilities in Save Mart,
15 and they were allowed to be there.
16    Q    Okay.  So how do you know that baseball
17 might have had an opportunity to go into the
18 facility?
19    A    They would post on their, like, Snapchat of
20 them on their field.
21    Q    Do you know if they were permitted to do
22 that or just did it?
23    A    They probably just did it and no one said
24 anything.
25    Q    You indicated men's basketball has a

Page 96

1 different facility.
2        Do you know that they were able to utilize
3 that training facility?
4    A    They started using it towards the end of
5 fall, that I'm aware of, is when I got word that
6 they started practicing.
7    Q    How did you become aware of that?
8    A    I have a friend who's on the team.
9    Q    And what about women's basketball?
10    A    I don't know when women's basketball
11 started practicing.
12    Q    You would agree that women's and men's
13 basketball is, like, a winter sport?
14    A    Yeah.  Winter and early spring.
15    Q    What about men's golf?  Do you know when
16 they were practicing?
17    A    Because they don't practice at Fresno, they
18 started practicing right away.  So you just need to
19 go to the local golf courses that are in Fresno.
20 But they weren't allowed in the weight rooms.
21    Q    Is the same accurate for women's golf?
22    A    Yeah, when women's and men's golf kind of
23 do practices together at wherever the local golf
24 course is that they get to go to for that day.  But
25 they generally don't go into the weight rooms very

Page 97

1 much or use the facilities.
2    Q    How are you aware of that?
3    A    I have friends on the team.  They're never
4 scheduled -- like, golf isn't -- women's golf is
5 hardly scheduled to go in to lifts and use the
6 weight room.
7    Q    Is that accurate for both women and men's
8 golf?
9    A    Men get to go in on their own.  So they
10 sort of pick their own time to go in.  So they'll do
11 it individually because their team is small.
12    Q    And is the same accurate for the women's
13 team?
14    A    They normally lift as a group but, like,
15 once a week because it's hard for them to find the
16 time to be in the weight room with all the other
17 teams that are larger.
18    Q    Okay.  And do you know when the competition
19 season is for golf?
20    A    It's year-round.
21    Q    What about men's tennis?  Do you know when
22 they returned to practice?
23    A    I don't.
24    Q    What about men's cross-country?
25    A    I don't know when they returned.

Page 98

1   Q   What about women's cross-country?
2   A   I don't know when they returned either.
3   Q   What about the men's track team?
4   A   You're asking when they returned to play
5   from COVID, correct?
6   Q   Yes.
7   A   I don't know when they came back.
8   Q   What about men's wrestling?
9   A   I don't know when men's wrestling came
10  back, but I do know that they have their own
11  facilities, and they sort of -- they sort of do
12  whatever they want to do.
13  Q   Are you aware of the men's wrestling team
14  utilizing the facility in the fall of your senior
15  year?
16  A   No.
17  Q   And when is the men's wrestling competition
18  season?
19  A   I'm not sure.
20  Q   What about women's track?  Are you aware of
21  when they returned to play and started practicing?
22  A   No.
23  Q   What about equestrian?
24  A   No idea.
25  Q   What about women's soccer?

Page 99

1   A   Women's soccer returned when we returned in
2   the spring.  And their season is fall, so they were
3   actually supposed to be practicing before -- like,
4   with -- when football was practicing.
5       Because we share a field, women's soccer
6   and women's lacrosse.  And it works out because
7   they're fall, so they get it in the fall.  And then
8   we get it in the spring.  But this year we were
9   both -- like, came back in the spring.  So we had to
10  share the field with them.
11  Q   Okay.  Do you know when the women's soccer
12  team competed in the 2020-2021 year?
13  A   Yeah.  They competed in the spring.
14  Q   So was that a determination of the
15  conference?
16  A   Yes.
17  Q   What about softball?  Do you know when they
18  returned to play?
19  A   Spring.
20  Q   What about women's water polo?
21  A   Spring.
22  Q   What about swimming?
23  A   I don't know about swimming.
24  Q   What about women's volleyball?
25  A   I don't know about women's volleyball.

Page 100

1   Q   And women's tennis?
2   A   I don't know about women's tennis.
3   Q   And then baseball, you indicated that they
4   may have been utilizing some field facilities in the
5   fall.
6       But when are you aware of them returning to
7   play?
8   A   They returned in spring because that's when
9   their season was.  But they started using the
10  facilities before then.  So, like, in December and
11  January they were allowed to go in.
12  Q   How do you know that?
13  A   I would see them on campus or I would see
14  them in athletics because we had to go for routine,
15  like, COVID checks, and they would be walking out of
16  the weight room.
17  Q   Do you know if they were weight lifting?
18  A   I assume that's what they were doing in
19  there.
20  Q   Did they have to go to COVID checks during
21  that time too?
22  A   They should have been, yes.
23  Q   And then you indicated -- I just want to
24  make sure that I'm right -- that baseball, soccer,
25  softball, and water polo and lacrosse are the teams

Page 101

1   that you're aware would have started in spring?
2   A   Yes.
3   Q   And you also indicated baseball started to
4   use some facilities in December and January, you
5   believe?
6   A   Yes.
7   Q   Do you know when soccer started using
8   facilities?
9   A   Probably when we started using the
10  facilities.  So February -- end of January,
11  beginning of February.
12  Q   And what about softball?
13  A   Same, end of January, beginning of
14  February.
15  Q   And water polo?
16  A   I don't know exactly when they started, but
17  they were in there in the spring.
18  Q   So other than football, do you know of any
19  team that got a return-to-play schedule before you
20  as a lacrosse player?
21  A   Yeah.  I know that softball got a
22  return-to-play before we did.  I don't know when,
23  but I just know that lacrosse was one of the last
24  teams to get their return-to-play.  Or I don't know
25  if we were the last.  We felt like we were one of

Page 110

1  she would have told us that that's what she was
2  doing.  And she would have told us to come and get
3  anything that we wanted so that we could practice.
4      Q   Is that just your belief?
5      A   Yes, that is my belief.
6      Q   Do you know if the football team put your
7  stuff in the duffel bags?
8      A   I don't think the actual football players
9  put our stuff in the duffel bags.
10     Q   And then -- so I'm going to go back to your
11 other years later.  But I want to just talk again
12 about your senior year.
13         Did you receive equipment and supplies in
14 your senior year?
15     A   We received our equipment very
16 sporadically.  It sort of just came in whenever.  We
17 didn't get all of our gear at the same time, which
18 is normally how we received it.  We would get pieces
19 here and there.
20         We were supposed to get warm-up -- like,
21 warm-up shirts.  We never got those -- or we got one
22 and we were supposed to get a short-sleeved too, and
23 that never came in.  All of our sizings were sort of
24 messed up.  Yeah.  So it all just sort of came in
25 sporadically.

Page 111

1          And we got our gear after football got all
2  of theirs in the fall.  So football was given all of
3  their gear to them.  Baseball, their gear was
4  given -- or not baseball -- excuse me.  Basketball
5  got their gear in their lockers.
6          And we had to drive to campus and they sort
7  of gave us our backpack with, like, a shirt in it
8  through, like, a drive-through system.
9      Q   Okay.  And so you said "sporadically."
10         Were you given any reason for why you were
11 giving -- being given gear sporadically?
12     A   Part of it, they had, like -- they didn't
13 order it in time.  So they messed up on, like, when
14 they needed to order all of our gear, like, our
15 uniforms, which is really important because we had
16 already started playing games, so our uniforms
17 didn't come in time.
18         And they said it was back-ordered stuff or
19 they needed to print -- like, put "Lacrosse" on it
20 because they gave us a lot of gear that didn't say
21 "Lacrosse."  And we needed -- we wanted our stuff to
22 say "Lacrosse" so people knew who we were.
23         So we didn't get it in time because they
24 had to, like, send it back out to get the letters on
25 it.

Page 112

1      Q   Do you know if COVID caused supply chain
2  issues with your equipment?
3      A   I don't know.
4      Q   Do you know if any other teams had similar
5  issues with receiving equipment sporadically?
6      A   I think -- no.  I'm the only -- we're the
7  only one.  I think our team was the only one that
8  I'm aware of that had that issue.
9      Q   Are you aware of every other team's
10 equipment schedule throughout the year?
11     A   There was only one day that was, like, a
12 pick-up day where we got our backpack.  Everybody
13 got the same backpack.  Everybody got the same --
14 the same, like, shirts that -- they just said, like,
15 "Adidas" on them.
16         But I don't know if everyone else got their
17 stuff sporadically.  I know that golf got a lot of
18 their stuff before we did, sort of all at the same
19 time, and it all said "Golf" on it.
20         Soccer and softball, same thing, they got
21 their stuff all together, and it had all of their --
22 like, their sport named on it.  I don't know when
23 they got it, but I know that they got it before we
24 got all of our stuff.
25     Q   So I just want to clarify a few things

Page 113

1  there.
2          When you said, like, everyone got a
3  backpack on one day, is that the drive-through day
4  you're kind of speaking of?
5      A   Yes.
6      Q   Was the drive-through process initiated
7  because of COVID?
8      A   Yes.
9      Q   And by "everyone," do you mean all of the
10 sports teams on that day received those materials?
11     A   Except for football, who got it when they
12 first came to campus.
13     Q   And -- okay.  And then were you provided
14 any explanation or reason as to why "Lacrosse" was
15 not on your gear?
16     A   Hmm-mm.  No.
17     Q   Were you ever told it was inadvertent?
18     A   No.
19     Q   So in terms of the gear you're talking
20 about, it was relatively the same type of apparel
21 was issued to every sport; it just didn't have
22 "Lacrosse" written on it?
23     A   Right.  And then we saw other sports teams
24 around campus -- or around athletics wearing Adidas
25 gear with their names on it.  And we asked them,

Page 114

1  "How did you get that with your name on it?"
2       And they said, "It was issued to us."
3       So we then had to go and ask, like, "When
4  are we getting stuff that says 'Lacrosse?'"
5       And they said -- they didn't really give us
6  a date.  They just said, "Oh, like, it's coming.
7  Don't worry."  And we didn't really get it until
8  season started.
9     Q    So were you able to keep the gear that
10  didn't have "Lacrosse" written on it?
11    A    Yes.
12    Q    And then you received additional gear that
13  did have "Lacrosse" written on it?
14    A    Yes.
15    Q    Do you know -- or strike that.
16       Which sports did you see that had the sport
17  name written on the gear?
18    A    Football had it, golf had it, and baseball
19  had it.
20    Q    Do you know one way or the other about any
21  of the other sports?
22    A    I don't.
23    Q    Is it possible that all of those sports
24  didn't have the sport name written on it -- on the
25  gear they were issued, rather?

Page 115

1       MS. BULLOCK:  Objection.  Speculation.
2       You can answer if you know, Courtney.
3       THE WITNESS:  I don't know.
4  BY MS. HIGGINSON:
5     Q    Do you know if any other sport received
6  gear that did not have their sport name written on
7  it?
8     A    Yes.  Everyone received, like, two shirts
9  that didn't have a sport written on it.  And then on
10  top of that, they would get extra gear with their
11  sport on it.  We just never got that extra gear with
12  our sport on it until we asked, like, "Where's
13  ours?"
14    Q    Okay.  And so I just want to make sure your
15  testimony's clear.
16       Are you aware of every other sport
17  receiving that gear with their name on it except for
18  women's lacrosse?
19    A    Yes.  Eventually everyone, like, got their
20  gear with their names on it.
21    Q    Do you know if they had to ask where their
22  gear was or if it was late?
23    A    I know that women's soccer had to ask
24  because they were in the same situation as us.
25  Their gear hadn't come yet.

Page 116

1     Q    Do you know about any other sport?
2     A    No.
3     Q    Do you know what equipment the men's tennis
4  team was provided?
5     A    No.
6     Q    Do you know what equipment the men's
7  wrestling team was provided?
8     A    No.
9     Q    Did you personally have any issues with the
10  equipment provided to you in the 2020-2021 year?
11    A    My -- yeah.  There was something wrong
12  with, like, my uniform coming in, my sweatpants.
13  They didn't come in in time.  So that took a while.
14  And then they finally came in, so I was able to wear
15  them.
16    Q    I'm going to pull up the second amended
17  complaint, Exhibit 3, again and point you to
18  paragraph 19 where you indicate:
19       "Unlike men's varsity teams at
20       Fresno State, the women's lacrosse team
21       is being forced to use outdated gear, is
22       not being provided proper practice
23       jerseys or gear that designate the
24       team's sport, and was limited in its
25       participation at media day, and was not

Page 117

1       issued cold weather gear until after the
2       season had begun."
3       Is that accurate?
4     A    Yes.
5     Q    In this paragraph where it indicates men's
6  varsity teams were not forced to use outdated gear,
7  what men's team are being referenced here?
8     A    I don't know what men's teams are being
9  referenced.
10    Q    Are you alleging in this lawsuit that the
11  women's lacrosse team was provided outdated gear?
12    A    No, I'm not alleging.  They were -- each
13  year our -- like, for safety purposes, my helmet
14  gets updated so that it's concussion -- like, it
15  meets the concussion protocol.
16       And the field players' goggles are a
17  certain way.  And we were using goggles that are now
18  considered illegal to use.  I don't wear goggles; I
19  wear a helmet, so it's different for me.  But the
20  field players were wearing goggles that were
21  considered unsafe and illegal to wear in
22  competition.
23       And we were not made aware of it, and there
24  was no haste to order new goggles.  So we had to
25  borrow -- we either had to go buy our own -- or not

Page 118

1  me, but the field players had to go buy their own or
2  we tried to share within the team if you had an
3  extra set that was considered legal.
4      Q   And any individuals who bought a pair of
5  goggles, were they reimbursed for those goggles?
6      A   Not to my knowledge, but I do not think
7  that they were.
8      Q   Are you aware of your coaches buying
9  goggles for individuals on Amazon?
10     A   No.  My coaches did not buy goggles.
11     Q   How do you know that?
12     A   I guess I don't know that, but they -- we
13  never were given goggles from our coaches.  So
14  unless they bought them and just didn't tell us that
15  they bought them for us, I wouldn't know that.
16     Q   Is it possible that your coaches bought
17  goggles for certain walk-ons -- for new members of
18  the team?
19     A   Could have been, but I wouldn't -- I don't
20  know.
21     Q   Okay.
22     A   Because I don't -- I don't wear goggles, so
23  I was not a part of that.
24     Q   About how many women on the team wear
25  goggles versus a helmet?

Page 119

1      A   Well, I can tell you that everyone wears
2  goggles except if you're a goalie.
3      Q   Okay.
4      A   Yeah.
5      Q   Understood.  Makes sense.
6          And so has that exhausted your
7  understanding of what outdated gear was being
8  utilized by the women's lacrosse team?
9      A   Yes.  It was our goggles.
10     Q   Do you know of any other team that had
11  issues with outdated gear?
12     A   No.
13     Q   And this concern about the outdated gear,
14  was that singularly a issue in your senior year,
15  during COVID?
16     A   No.  I think they changed the rule, like,
17  my sophomore year because when we had to -- is when
18  we had the goggle thing.
19     Q   And at that time were people provided
20  goggles at the start of the year?
21     A   Again, I don't know.  I don't wear goggles,
22  so I really wasn't in this conversation.  All I --
23  all I -- my knowledge comes from my roommates
24  talking about it because they had to wear goggles.
25     Q   Okay.  And so, in your experience as a

Page 120

1  lacrosse player your senior year, you were not
2  required to wear any outdated gear --
3      A   No --
4      Q   -- personally?
5      A   -- personally I was not.
6      Q   And then you indicate that you weren't
7  provided proper practice jerseys and gear that
8  designate the team's sport.
9          Are you referring to the apparel that just
10  did not indicate "Lacrosse"?
11     A   Correct.
12     Q   Is there any other practice jerseys or gear
13  that was at issue that you did not receive?
14     A   That indicated our team?
15     Q   Sure.
16     A   Yeah, we got a bunch of, like, cold gear
17  stuff like jackets that didn't say "Lacrosse" on
18  them with no intention of, like, putting "Lacrosse"
19  on our cold gear stuff.
20         We changed over to Adidas -- because we
21  used to be a Nike school, and then we changed to
22  Adidas.  So that was a big change.  And all of our
23  Nike stuff had "Lacrosse" embroidered on it.  So we
24  figured that Adidas would be the same.  We would get
25  our gear embroidered.

Page 121

1          And it was -- when we would ask the
2  equipment people, like, "Oh, when are we going to
3  get, you know, our gear with 'Lacrosse' on it,"
4  they -- they were like, "Oh, it's going to happen
5  soon.  It's going to happen soon."
6          But it never happened.  And I don't think
7  there was any -- they were ever really going to put
8  "Lacrosse" on our gear.
9      Q   Do you know of any other sports teams who
10  have the team name noted on the cold gear?
11     A   On their jackets, I do not.
12     Q   When did the school's sponsor switch from
13  Nike to Adidas?
14     A   My junior year.  Actually -- yeah, my
15  junior year is when they signed the contract, and
16  then my senior year is when the switch actually
17  happened.
18     Q   Okay.  Was there any time in which you were
19  not issued cold weather gear?
20     A   Yes.  We were taking a trip to Ohio.  And
21  my -- I don't know what happened to our cold gear.
22  They either didn't order it in time or they weren't
23  going to order it.  But we -- my coach had to go out
24  and buy gloves for everybody so that our hands
25  wouldn't freeze.

1    Q    What are Love's?

2    A    Like, gloves.

3    Q    Okay.  Oh, "gloves," not Love's, a brand of
4  some kind?

5    A    No.

6    Q    Okay.  Did you have other cold weather gear
7  to wear other than gloves?

8    A    Yeah.  She also bought us long sleeves to
9  wear under our uniform.  And then we had -- our gear
10  came, so we had like -- we wore our leggings.  The
11  Adidas leggings underneath, we wore those.

12    Q    So your cold weather gear did come in by
13  the time you had to travel?

14    A    No.  It came after.  We were given --
15  leggings weren't -- the leggings weren't cold gear.
16  Those were given to us to, like, lift in if we
17  wanted to.  But we wore them as cold gear under our
18  uniform.  But that wasn't their purpose.

19    Q    Okay.  And were you provided jackets?

20    A    I don't remember if we were -- what jackets
21  we wore.  I don't know if we wore our Nike jackets,
22  because -- no, actually, our jackets did come in,
23  like, the day before we left.

24    Q    Do you know of any other team having issues
25  with getting their cold gear in time for

1  competition?

2    A    I don't.

3    Q    The paragraph that I read to you indicates
4  that:

5         "Unlike men's varsity teams at
6         Fresno State, the women's lacrosse team
7         was limited in its participation at
8         media day."

9         What does that mean?

10    A    So in years previous, my freshman-sophomore
11  year, we never did a media day at all.  We didn't
12  even know what that was until we saw the men's teams
13  in there.

14         And then we saw Fresno State post -- or
15  Fresno State Athletics post about, like, hype videos
16  is what they're called.  So we saw the men's teams'
17  hype videos, and we thought, "Oh, those are really
18  cool.  Like, we want to do something like that."

19         So our junior year we got to go -- the
20  whole team got to go into the, like, the media
21  center and do, like, one of the hype videos.  Our
22  coach really had to push for the entire team to be
23  included.

24         And then senior year, only four seniors
25  were allowed to go to the media day to make one of

1  the hype videos as opposed to the whole team like
2  the whole team went in previous years.

3         The whole team went for football that year.
4  Only four lacrosse players, four seniors out of the
5  seven seniors.

6    Q    When did you do that media day your senior
7  year?

8    A    While we were already in season.

9    Q    You indicated in your freshman and
10  sophomore year that the lacrosse team kind of
11  noticed that other men's teams were participating in
12  media day --

13    A    Mm-hmm.

14    Q    -- and lacrosse was not in your freshman
15  and sophomore year.

16         What men's teams were you referring to?

17    A    Football and basketball.

18    Q    Do you know if any other men's teams
19  participated in media day?

20    A    I don't know of any other team.

21    Q    Do you know of any other women's team that
22  participated in media day?

23    A    I don't know any other women's team.

24    Q    Were you provided a reason why, in your
25  senior year, only four individuals were utilized for

1  the media day video and content?

2    A    We were not informed why only four.

3    Q    Were there COVID protocols of any kind in
4  place at that time?

5    A    Yes, there were.  But there was a way
6  around it that they could have had groups of people
7  go at different times, like, groups of four go and
8  they shoot different groups of four.  I'm pretty
9  sure that's what they did to football.  But that's
10  not what they did for us.

11         So it wouldn't really matter what the
12  protocols were in place because there's a way to get
13  it so the whole team could be shown in media day as
14  football was all shown in media day.

15    Q    And I understand that you're noting
16  football.

17         Do you know of any other sports team at
18  Fresno State that participated in media day in a
19  manner where their entire team was utilized?

20    A    Basketball.

21    Q    Men's basketball?

22    A    Yes, men's basketball.  Wrestling, men's
23  wrestling did it.  Those are all that I'm aware.

24    Q    How are you aware of football, men's
25  basketball, and wrestling?

Page 126

1    A   They'll post the hype videos on social
2  media or they'll post that they're in the media
3  room.
4    Q   And then are you aware of the media videos
5  for any of the other men's teams?
6    A   No, I'm not.
7    Q   Do you know if any women's teams were
8  provided a media day that entailed their entire
9  team?
10    A   I do not know of any other women's teams
11  where their whole team was invited.  They do -- I
12  know that there are other women's teams that got a
13  video done as well, but I am not aware of how many
14  people were allowed to be there.
15    Q   Do you know if your coach had any say or
16  component or participation in the vision for what
17  the media day hype video should look like?
18    A   No.
19    Q   Do all Fresno State athletic teams have the
20  same media team or is it sport-specific?
21    A   It's the same -- it's same media team.
22    Q   So does Fresno State have, like, a Twitter
23  handle for each of its sports?
24    A   Yes.  Yes.  So they each have their own
25  Twitter.  And I don't know who runs them.  I know

Page 127

1  that we were given, like, a -- her name was -- I
2  think is Savannah.  She was our media person.  But
3  they all belong to the same group.  So then all the
4  media people would go back to, like, their group.
5       So there's one for each sports team, but it
6  wasn't like the photographer and the videographer
7  for all of the teams -- like, we didn't each have
8  our own.
9    Q   Okay.  But the individual that was assigned
10  for your team was responsible for the social media
11  presence?
12    A   Yes.  Like, she handled our Twitter and our
13  Instagram.  It used to be our coach, and then they
14  took over.
15    Q   And every team was provided their own
16  individual with that responsibility?
17    A   I'm not aware.  I know that -- I know that
18  football has their own and basketball has their own.
19  But I don't know who runs any other accounts.
20    Q   And, just to make sure I'm clear, the
21  football and basketball person you're talking about
22  that runs their social media accounts is the same as
23  your individual who ran the women's lacrosse media
24  account, and then they ultimately funnel into a
25  department that handles all athletic media?

Page 128

1    A   Correct.
2    Q   Okay.  Thank you.  Do you recall lodging
3  any complaints with regard to your supplies or
4  equipment that you received in your senior year?
5    A   Just that we got it kind of sporadically
6  and late was really the only issue.
7    Q   Did anyone else on your team complain about
8  anything else?
9    A   Yeah.  One of my teammates had an issue
10  with her cleats.
11    Q   Who is that teammate?
12    A   Abbigayle Roberts.
13    Q   Did you personally complain about the
14  sporadic receipt of equipment?
15    A   I didn't complain about it to anybody, but
16  it was just sort of a -- something in the team where
17  we would come and be like, "Oh, do you think you're
18  going to get our today?"  And it was just sort of an
19  unknown.
20    Q   Okay.  And you indicated that at some point
21  someone asked for, sort of, equipment to have
22  "Lacrosse" written on it and that that was
23  ultimately provided later; is that accurate?
24    A   Yes.
25    Q   Who did you, as a group or -- complain to

Page 129

1  about that?
2    A   We told our coach, and then our coach went
3  and talked to the equipment -- the equipment room
4  people.
5    Q   Okay.  Do you know who would have spoken to
6  your coach about that?
7    A   The senior class.  We went together and
8  just talked to her about it.
9    Q   Okay.  Did Fresno State order new uniforms
10  in your senior year?
11    A   Yes.  We had to get new uniforms because we
12  had changed -- we changed teams -- or not teams but
13  brands.
14    Q   And did you receive those uniforms for
15  competition?
16    A   Yes, we got them for competition.
17    Q   Did you all receive new cleats, sticks,
18  other equipment needed for competition play?
19    A   Yes.
20    Q   Do you recall when you received all that
21  equipment for competition?
22    A   In February, late February is when we got
23  it.
24    Q   And then when did you start competing?
25    A   In February.

1    Q    Do you recall what the COVID quarantine
2  procedure was if there was an exposure?
3    A    Yeah.  You had to quarantine for two weeks.
4    Q    When you were quarantining, where would you
5  quarantine?
6    A    You'd quarantine at your house or your
7  apartment, wherever you lived.
8    Q    Going to show you more paragraphs from that
9  second amended complaint.  These are paragraphs 209
10 and 210.  I'll put some of the earlier paragraphs as
11 well.  209 indicates that:
12            "When members of" the men's -- "of
13         men's varsity teams had to quarantine
14         for fourteen days due to COVID exposure,
15         they were provided housing and three
16         meals a day delivered to them."
17         Is that accurate?
18   A    So I didn't ever have to quarantine, so I
19 don't have the same experience as my teammates that
20 did have to quarantine.
21   Q    Mm-hmm.
22   A    So I can't testify if that's accurate or
23 not because that didn't happen to me.
24   Q    Okay.  So are you aware one way or the
25 other of men's varsity teams that were provided

1  housing and three meals a day during their
2  quarantine?
3    A    I believe that they got meals because my
4  teammates told me that, but I don't know anything
5  about housing.  That is not something --
6    Q    Did your --
7    A    Sorry.
8    Q    Did your -- I'm sorry.  I didn't want to
9  interrupt you.  What'd you say?
10   A    No, you're fine.  Go ahead.
11   Q    Did your teammates tell you about getting
12 meals personally in their quarantine or about their
13 knowledge of other people getting meals?
14   A    They told me both.  So they told me about
15 what they received, and then they told me what other
16 teams would receive.
17   Q    And what was the distinction in those two
18 things?
19   A    So they received -- it's stated in 210.
20 They got that, like, little snack bag with a bunch
21 of expired food, like, expired bars and drinks and
22 stuff like that.
23            And a lot of the people that were
24 quarantining have certain dietary restrictions, so
25 they couldn't even eat it anyway.  So it was -- it

1  was just sort of a terrible thing that happened to
2  them.
3            And then I don't know when the men's teams
4  had to quarantine.
5    Q    Do you know any men's team that received
6  three meals a day delivered to them?
7    A    No, not to my knowledge.
8    Q    Do you know any women's team that was
9  provided three meals a day?
10   A    No women's team is ever provided three
11 meals a day.
12   Q    How do you know that?
13   A    Because if I knew about it, then it would
14 probably be happening to me.
15            Because if the women's teams were provided
16 three meals a day, I was a part of a women's team,
17 we would be getting three meals a day if we were
18 quarantining or, if we had just finished a practice,
19 you would see females carrying around the food
20 Tupperware that the male sports carried around after
21 they finished any lift, any practice.
22            No women's team had that same sort of
23 standard as the men's team had.
24   Q    I just want to clarify what you meant by
25 that.

1            What Tupperware are you talking about?
2    A    So after, like, football's done with
3  practice, their -- they get food catered.  So they
4  would sit outside of their locker room, and they
5  would pass them out Tupperware of food, whatever was
6  being catered for that day.
7            So men's teams, especially football and
8  basketball, carry around these Tupperwares of
9  whatever food was being catered for them after
10 practice or something like that.
11            And women's teams, it was just unheard of.
12 You just -- no women's team ever got that unless it
13 was after a game.  Sometimes you'd get food.  But
14 not after a practice, you wouldn't.
15   Q    So that was men's football and men's
16 basketball?
17   A    Yes.
18   Q    How do you know those teams received food
19 after practice?
20   A    Because they'd sit up in the parking lot so
21 you could see them getting their food after
22 practice.
23   Q    What about women's basketball?
24   A    I don't know about women's basketball.
25   Q    Would they have been in the same parking

1 lot as men's basketball?
2     A   No.  The only people that were in the
3 parking lot were -- was football.
4         And then basketball gets it because they're
5 at a different gym.  So they don't practice in the
6 same facilities that football and lacrosse and
7 soccer practice in.  They practice in Save Mart,
8 which is where the basketball center is.
9     Q   Is that the women's facility as well for
10 basketball?
11     A   Correct.
12     Q   So how do you know that the men's
13 basketball team received food after practice?
14     A   Because I worked in athletics as a tutor,
15 and I've tutored some of the basketball -- or I've
16 tutored the football players.  And so -- but
17 basketball walks in there too holding the
18 Tupperware.
19         My roommate is also dating a basketball
20 player, and the food -- or the fridge has been
21 filled with food before of stuff that he's received.
22 And when I asked him, like, "Oh, did you go here and
23 here and get this food?" he goes, "No.  That's
24 catered to us after practice."
25     Q   Any other way that you have knowledge of

1 that?
2     A   Those are the only two ways.
3     Q   And I -- I just want to circle back to the
4 COVID exposure protocols we're talking about with
5 food being provided.
6         Do you recall when that quarantine schedule
7 was set?
8     A   Like, if you were exposed, when, like,
9 the --
10     Q   So I understand you had to be quarantined
11 for 14 days.
12         And I -- did that begin as of the start of
13 return to school in the fall of 2020?
14     A   You only had to quarantine if you were
15 exposed.
16     Q   Yes.  I'm sorry.  I'm not being clear.
17         The protocol to quarantine, was that
18 instituted upon your return back to school in the
19 fall of 2020?
20     A   Yeah.  We were told, like, "If you're
21 exposed, you will have to quarantine for a certain
22 amount of days."
23     Q   Okay.  And do you recall if that changed at
24 any time during your senior year?
25     A   No, I do not recall if that changed at all

1 my senior year.
2     Q   You indicated you had some experience of
3 teammates who had to quarantine.
4         Do you recall if that was prior to or after
5 you began your competitive season in February of
6 2021?
7     A   That was before our competitive season.  It
8 was in the fall.
9     Q   How did your 2021 season end?  What was
10 your record?
11     A   I don't remember the exact number, but
12 overall we lost more games than we won.
13     Q   At the end of the season, did you have to
14 return any gear or equipment?
15     A   No.  We got to keep -- we got to keep
16 everything except for our uniform -- mm.  No, I
17 think we kept our uniforms.  I don't know if we had
18 to give anything back.
19     Q   Okay.  And so in your senior year at some
20 point, you received notification that your team was
21 going to be eliminated; is that correct?
22     A   Correct.  Yes.
23     Q   Do you recall when you received that
24 notice?
25     A   Yeah.  It was, like, an hour before the

1 meeting.
2     Q   What meeting?
3     A   An hour before the meeting of them cutting
4 us, they sent us a Zoom link saying that we had,
5 like, a team meeting with the directors of
6 athletics.
7     Q   Okay.
8     A   But we didn't know what about.
9     Q   Do you know around when that was, like, on
10 a calendar?
11     A   It was in October.
12     Q   And then how did you receive notice before
13 the meeting that your team was being eliminated?
14     A   Through other sports teams.  So tennis and
15 wrestling got -- like, went on the Zoom first.  And
16 that's how we found out that those teams got cut.
17         And then we started talk -- asking other
18 players, like, "Oh, did -- are you guys meeting
19 with -- like, are you guys meeting with the
20 directors of athletics?"
21         And the other women's teams are like, "No."
22 Other men's teams said, "No."  And then we were the
23 only other women's team that got an e-mail saying,
24 like, "You have a Zoom meeting at this time."
25         So we kind of figured, "Oh, we're probably

Page 150

1 the area. I know the schools. I know a lot of
2 people. So they really would have had to given me
3 something that was just -- something I couldn't turn
4 down.
5    Q   And when you entered the portal and
6 communicated with USC, what did they offer you?
7    A   They offered me 25 percent scholarship.
8    Q   And you declined that offer?
9    A   Correct.
10    Q   Do you understand that you're bringing a
11 lawsuit against Fresno State under Title IX?
12    A   Yes.
13    Q   Do you understand you're seeking to bring a
14 lawsuit for a class of individuals?
15    A   Yes.
16    Q   What is your general understanding of
17 Title IX?
18       MS. BULLOCK: I'm going to object to the
19 extent you're asking for a legal conclusion.
20       Go ahead and answer, Courtney.
21       THE WITNESS: Okay. To my understanding,
22 Title IX is creating equal opportunities for females
23 to their male counterparts.
24 BY MS. HIGGINSON:
25    Q   Have you ever read Title IX literature, the

Page 151

1 law, regulations?
2       MS. BULLOCK: Object to the form of the
3 question.
4 BY MS. HIGGINSON:
5    Q   Have you ever read the Title IX statute?
6    A   Yeah. We've done Title IX training, so
7 I've read a little bit about it.
8    Q   Do you understand what your claims in this
9 lawsuit are?
10    A   Yes.
11    Q   What are your claims?
12    A   My claims are that Fresno State is not in
13 compliance with Title IX.
14    Q   Do you understand that you are a named
15 class representative in this lawsuit?
16    A   Yes.
17    Q   In your opinion, what are the requirements
18 of a named class representative?
19    A   To represent the --
20       MS. BULLOCK: Sorry. Same objection to the
21 extent it asks for legal conclusion.
22       Go ahead and answer, Courtney.
23       THE WITNESS: To represent the class of
24 females who are no longer on the team to speak about
25 what has happened and to represent all of those

Page 152

1 females who aren't here that go to Fresno that have
2 faced the same thing that I've gone through.
3 BY MS. HIGGINSON:
4    Q   Did you volunteer to be the class
5 representative?
6    A   No, I didn't. I didn't volunteer. I'm
7 just sort of one of the only two that's currently
8 left in the class that's still enrolled in Fresno.
9    Q   Okay. Do you -- so I understand that you
10 and an additional plaintiff are named.
11       But do you understand who you are alleging
12 to represent as a class?
13    A   Yes.
14    Q   Who is that?
15    A   The other plaintiffs that are on -- that
16 are on the documents that were on my team.
17    Q   When did you first contemplate suing Fresno
18 State?
19    A   When they weren't going to honor my
20 scholarship.
21    Q   And around when is that?
22    A   Sometime in my senior year. I don't really
23 remember what -- when exactly.
24    Q   Okay. That's fine. Can you guesstimate if
25 it was in the fall or spring?

Page 153

1    A   Probably around end of the fall is when I,
2 like, really considered it.
3    Q   Okay. When did you first communicate with
4 an attorney?
5       MS. BULLOCK: And, Courtney, remember she's
6 not asking about what you communicated to us, just
7 the when.
8       THE WITNESS: Okay.
9       MS. HIGGINSON: Correct.
10       THE WITNESS: Right. I don't know when I
11 reached out to them, but it was sometime in my
12 senior year.
13 BY MS. HIGGINSON:
14    Q   Before reaching out to an attorney, did you
15 speak with your teammates about reaching out to an
16 attorney?
17    A   I talked to the other girls that are on the
18 document just about how they went about it. But
19 that's really it.
20    Q   What did you talk about?
21    A   Oh, I just asked them how they got in
22 contact.
23    Q   And what did they say?
24    A   I think they gave me the e-mail or the
25 phone number.

Page 154

1   Q   And who did they give you an e-mail or
2 phone number for?
3   A   I believe his name's Arthur.
4   Q   Is it Arthur Bryant?
5   A   Yes.
6   Q   Is that the only -- understanding Lori's
7 here, so, of course --
8   A   Yeah.
9   Q   -- you're represented by the firm in which
10 they work at.
11       But is there any other law firm or lawyers
12 you communicated with about potentially suing Fresno
13 State?
14   A   Yes. Cary. I don't remember her last
15 name, but she was someone who I had contact with.
16   Q   Is that Cary Joshi?
17   A   Yes.
18   Q   Okay. How many times did you meet with an
19 attorney before filing suit against Fresno State?
20   A   You mean before I, like, put my name on it
21 or just all together? I think --
22   Q   Yeah.
23   A   -- maybe once.
24   Q   Okay. Do you know that you were not named
25 in the initial complaint in this lawsuit?

Page 155

1   A   Yes.
2   Q   Did you have an opportunity to be named at
3 that time?
4   A   No, because I was not part of it at that
5 time.
6   Q   Did you understand your teammates were
7 suing Fresno State?
8   A   Yes.
9   Q   Did they ask you to be a part of the
10 lawsuit?
11   A   Yes. They asked if anybody on the team
12 wanted to be a part of it.
13   Q   Why did you choose at that time not to be a
14 part of the lawsuit?
15   A   Because at that time in my career as a
16 Fresno State lacrosse player, I had already been a
17 part of two lawsuits with my -- or one lawsuit and
18 then one, like, sort of something like this with my
19 coach.
20       And going through it again just -- I had so
21 many other things I needed to focus on and put my
22 time there that I just -- I couldn't give my time to
23 this at that time because, again, I was the only
24 person -- the only goalie on the team, so I had a
25 lot to prepare myself for.

Page 156

1       I had school. I supported all of my
2 teammates in doing the lawsuit. And I told them,
3 "At this time I can't be a part of it, but anything
4 that you need from me, like, I'm happy to provide or
5 tell you about or anything like that."
6       And then because personally, like,
7 everything that happened didn't directly happen to
8 me. So I had only heard about it. The other stuff
9 happened to my teammates.
10      And then, once something directly happened
11 to me, I was like, "Okay. This isn't fair to me or
12 to my teammates." Like, I finally understood how it
13 felt for them to go through what they went through.
14 And I didn't want it to happen to any other female.
15      So at that point my perspective sort of
16 changed. And I kind of saw athletics in a new
17 light. And it wasn't a great one.
18      Because I had always been sort of protected
19 from it and looked at things optimistically and in a
20 bright light and sort of, "I'm so thankful to be
21 here." And I never looked at it as, "Wow, that's
22 actually not right. Like, that shouldn't be
23 happening."
24      So once something like -- once, you know,
25 it affected me, then I became aware of how it could

Page 157

1 affect anybody. And you won't even know that it's
2 happening because you just assume someone's looking
3 out for you.
4       So after that point, I wanted to put my
5 name on this so that what I went through doesn't
6 happen to anybody else.
7   Q   And when you refer to something happening
8 to you, the point in which you were affected is when
9 you were told you were not going to receive your
10 scholarship as a fifth-year?
11   A   Right. Yeah, because I had to go -- I had
12 to do a lot of, like, advocating for myself and
13 presenting my case and my mom sort of telling me,
14 like, "No. That's not right, like, you need to push
15 back a little." Because I don't like to push back.
16      I just sort of -- I don't like to cause
17 trouble. I follow the rules. I do what I'm told.
18 I don't fight with, you know, adults or -- like, I
19 just don't do -- not fight with adults, but I just
20 don't talk back or anything like that.
21      So when I was told no, I didn't want to
22 fight back. I was just like, "Okay, no. It's a
23 no," instead of being like, "No. That's not
24 entirely true. Like, you're giving it to the men,
25 and you're not going to give it to me. That's not

Page 170

1 specifically here I wanted to show you the, I guess,
2 last paragraph, the three last bullet points in the
3 second to last paragraph in the letter.
4       Can you read that and just let me know when
5 you're complete with --
6    A   Yes.
7    Q   -- reading it?
8    A   Okay.
9    Q   Did you read this letter ever before?
10   A   No.
11       MS. BULLOCK:  Objection.
12       You can answer.
13 BY MS. HIGGINSON:
14   Q   Do you understand that your counsel has
15 provided this as a potential offer of settlement?
16   A   Yes.
17   Q   Would you agree to this settlement?
18   A   Yes.
19   Q   Did you give your okay to making a
20 settlement offer?
21   A   Can you restate that?
22   Q   Did your counsel ever provide you with an
23 opportunity to confirm that you were okay with
24 offering Fresno State a settlement offer?
25   A   They told me about it.  And I agreed with

Page 171

1 what they were looking for in the settlement, yes.
2    Q   Okay.  Do you think any of your teammates
3 would be disappointed with the result of the
4 litigation if lacrosse wasn't reinstated?
5    A   Yeah.  I think some would be -- would be
6 sad because, you know, there's certain things
7 that -- certain opportunities that were taken away
8 from people who play lacrosse now in Fresno.
9 There's a few schools.
10       Personally, I'll never play in an alumni
11 game, which is kind of sad because those are always
12 so much fun to come together with the community.
13 So, yeah, it would be -- it would be sad.
14       But, you know, I have to put those personal
15 feelings aside and think, you know, what's the best
16 teams that could come to Fresno State and be
17 reinstated for women if not lacrosse, you know.  And
18 maybe they get the opportunities that I didn't get.
19 And they get to, you know, have an alumni game or
20 something and I'll be there watching.
21       But I have to put those feelings aside.
22 Would it be sad?  Yes, I'd be sad, but...
23   Q   How often would you say you communicate
24 with your attorneys?
25   A   A few times a month.  Maybe, like, two or

Page 172

1 three.
2    Q   How do you receive information in this case
3 from your attorneys?
4    A   Through an e-mail.
5    Q   Do you communicate with other class
6 members?
7    A   Yes.
8    Q   About how often do you do that?
9    A   Well, I live with one of my teammates.  So
10 daily basis.  All of -- like, all of my teammates
11 are like my friends, so probably on a daily basis
12 we'll have some type of conversation.
13   Q   Do you review documents before they're
14 filed in court?
15   A   Do I review documents with who?
16   Q   Your attorneys.
17   A   Yes.
18   Q   For example, did you review the motion for
19 class certification when it was filed with the
20 court?
21   A   Yes.
22   Q   Do you know if you have any contract or
23 agreement with your attorneys?
24   A   I don't know of any, like, contact -- or
25 contract or agreement.

Page 173

1    Q   Okay.  I don't want to know about anything
2 that your attorney has advised you about, but do you
3 have any understanding as to why your fellow
4 teammates chose not to continue as class
5 representative?
6    A   No, I don't have any -- any knowledge of
7 why.
8    Q   You indicated earlier in your testimony
9 that you initially did not join this lawsuit given
10 time constraints and the buildup to your last season
11 as a senior, among other constraints.
12       Do you believe you have time now to be a
13 class representative?
14   A   Yeah, I do have time now.
15   Q   What is the difference in your time
16 constraints now compared to then?
17   A   I mean, honestly, now I'm busier than I
18 was, but I'm a part of this now.  And my time and my
19 effort has gone in thus far to provide material
20 needed, you know, my voice.  So I'm in it now.  I
21 make time for it because it's something that I
22 believe -- I believe in and something that I think
23 needs change.
24       And so, like, I'll make time for it now,
25 especially because lacrosse is over, you know, I'm

Page 178

1 I know that football -- not football.  Excuse me.  I
2 know that basketball takes a private jet sometimes
3 to their away games.  And we have never taken a
4 private jet.  I know that men's golf has a private,
5 really luxury travel van that they get to take.
6       And I know that the resources provided in
7 athletics specifically for tutoring and mentoring,
8 like, the academic advisers, is always geared
9 towards males.
10       And this has become more aware to me now
11 that I am a tutor and a mentor.  I get to see sort
12 of the unjustices that females are not provided
13 with.
14       So some of the males on the football
15 team -- and I know this because I have seen it.  I
16 was there.  They told me -- I'll be helping them
17 with a worksheet -- or not a worksheet -- like a
18 Google science presentation.  And we'll go in, and
19 we'll look at it.  And I'll help -- I'll walk them
20 through what to say when they present.
21       And there was one time when we opened up
22 his presentation, and he -- the football player
23 looked at me and goes, "Oh.  This looks totally
24 different than what I did."
25       And I was like, "What do you mean this is

Page 179

1 totally different?  Like, didn't you type all of
2 this?"
3       He's like, "Yeah, I sort of typed all of
4 this but not really.  Like, I guess Ms. Kiki, who
5 is his academic adviser went in and edited it for
6 him, like, you know, cleaned up his writing, did
7 work cited for him, like, did a lot of the prep work
8 for him.
9       And I asked him, I go, "Does this happen
10 all the time?"
11       He goes, "Yeah, and I hate when she does
12 it.  She's always changing what I do."
13       That's not allowed.  That's plagiarism.
14 And we're -- as tutors and mentors, we're advised
15 that we're not allowed to do that type of thing for
16 male -- or for any athlete that you tutor and
17 mentor.
18       We're not allowed to touch their keyboard
19 and type things that they didn't say to us at all.
20 We can go and edit, but we're not allowed to type --
21 and when I say "edit," like, grammar or punctuation.
22 But we're not allowed to type sentences for them or
23 do the homework for them.
24       And a lot of times I just hear
25 conversations in athletics of the advisers almost

Page 180

1 doing the homework for them or finding ways to
2 significantly help them.
3       And "them" is the male football and
4 baseball teams to get their assignments completed.
5       And that was never something that I ever
6 experienced or any of my other female lacrosse or
7 other sports experienced that much help in the area
8 of academics.
9    Q   Who -- who is the student that you tutor
10 that told you Ms. Kiki or helped -- or changed his
11 work.
12    A   Is it necessary that I name him?  I don't
13 really want to.
14       MS. BULLOCK:  Ashley, I'm going to
15 actually -- I'm going to designate this portion of
16 the deposition confidential under the protection
17 order that we have because this is going to be
18 talking about academic information of a student who
19 is not --
20       MS. HIGGINSON:  Okay.
21       MS. BULLOCK:  -- (inaudible) case.
22       THE COURT REPORTER:  "Who is not" what?
23 I'm sorry.
24       MS. BULLOCK:  A student who is not a
25 plaintiff in this matter.
   *** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***

Page 181

1       So --
2       MS. HIGGINSON:  How many --
3       MS. BULLOCK:  -- you can provide the name.
4 And what we've done here is just -- that will be
5 kept confidential.  That's not going to ever see the
6 light of day in a public filing.
7       (Below testimony confidential and
8       pursuant to protective order.)
9       THE WITNESS:  Okay.  His name was Jonathan.
10 I don't know his last name -- or I don't know how to
11 say his last name, but it started with an A.
12       (End of confidential testimony.)
13 BY MS. HIGGINSON:
14    Q   He is a football player?
15    A   Correct.
16    Q   And about how many other conversations have
17 you heard about football or baseball team receiving
18 academic help?
19    A   A significant number.  Too many to count.
20 It's more than 50 just in my time as a tutor and as
21 an athlete.
22    Q   Do you know if those individuals asked for
23 help?
24    A   Yeah.  They go in asking for help because
25 they know that if they ask enough and they sit

Page 182

1 there, it'll be done for them because it reflects
2 badly on the academic advisers if their group of
3 students isn't doing well or is failing all of their
4 classes or has a ton of missing assignments.
5      So they're really on top of, like, plan --
6 like, making plans with them of when to do
7 assignments, when to come in the office. Like, they
8 have weekly check-ins where they go through all of
9 the assignments.
10      And, like, part of my job that I found out
11 is I read to them their assignments and explain
12 them. And that's also what their advisers do, they
13 read the assignments, they explain them. They help
14 them do the foundation work of finding sources and
15 coming up with topics and ideas.
16      And, personally, I never needed that as a
17 student, but I know of teammates that I had on my
18 team that could have utilized that same thing or
19 needed that same thing. And it just wasn't -- it
20 wasn't given to them. It wasn't even a question,
21 like, that we could go in and ask for something like
22 that.
23      Because I remember I went in one time,
24 completely lost on an assignment, and I was kind of
25 told, like, "You just sort of need to figure it out

Page 183

1 on your own."
2    Q   Did any of your teammates ask for help that
3 they didn't receive?
4    A   Not to my knowledge, that they were
5 completely denied. But they were never given, like,
6 extra help just because. It was always the
7 precedent of our athletic adviser was sort of
8 unavailable to us.
9    Q   Did anyone ask that she be available?
10   A   Can you restate that?
11   Q   Did anyone ask that she be available to you
12 and she was not available to you?
13   A   She was available. Like, you could go into
14 her office. But she had other -- she was in charge
15 of baseball too. So she would always have baseball
16 in there checking in on baseball to make sure that
17 they would do their work.
18      And it was said to us before that "Oh, we
19 don't check in on you because you're girls. We know
20 you're going to get it done," as opposed to "The
21 males don't. So we'll have to check in on them and
22 provide them so much extra help."
23      And it's like, "Well, we have heavier
24 course loads as well. Like, we have the same -- we
25 do the same classes. Why are they getting this

Page 184

1 extra help that we don't need because we're
2 females?"
3    Q   Do you know what level of help the men
4 you're referring to needed?
5    A   To the point of doing -- like, having their
6 advisers do assignments for them or significantly
7 edit papers and rewrite them.
8    Q   And you indicated that they asked for that
9 kind of help?
10   A   Yes. The males would go in and ask for
11 help, and they were given the help.
12   Q   And you indicated that you have awareness
13 of this in your time now -- I understand your role
14 now being a tutor, but that you historically
15 received kind of knowledge of this difference as a
16 student athlete?
17   A   Yeah. I heard about it as a student
18 athlete. And I didn't want to believe it was true
19 because it was told to us if that happened, it's
20 plagiarism, and that's not allowed.
21      And then, as a tutor, I saw it actually
22 happen. Like, someone actually told me, "Oh, my
23 adviser went in and completely changed my paper.
24 This doesn't -- this isn't even what I wrote."
25      Then I was like, "Wow, so it actually -- it

Page 185

1 does -- it does happen."
2      And there are some tutors and mentors -- I
3 know that basketball has a tutor or a mentor that's
4 assigned specifically to their team. And she does a
5 lot of their work as well.
6    Q   How do you know that?
7    A   I was told by one of the basketball
8 players.
9    Q   By who?
10      MS. BULLOCK:  I'll designate this portion
11 confidential as well.
12      THE WITNESS:  His name's Jordan.
13 BY MS. HIGGINSON:
14   Q   Do you know his last name?
15   A   Campbell.
16   Q   You indicated that the golf team has a
17 travel van.
18      Did the woman's golf player -- or does the
19 women's golf team have a travel van or the same
20 travel van?
21   A   They do not have a travel van. And I'm not
22 aware if they get to use the men's or not.
23   Q   Do you know if any other teams ever
24 utilized a jet to go to a competition?
25   A   I'm only aware that basketball.

1    Q    And that's just men's basketball?
2    **A    Correct.  To my knowledge --**
3    Q    Are you aware --
4    **A    -- only men's basketball.**
5    Q    Are you just not aware if women's
6 basketball has used a jet?
7    **A    Correct.  I'm not aware if women's**
8 **basketball has used a jet or not.**
9    Q    Okay.  Okay.  I'm going to back up just a
10 little bit and ask if you've received or reviewed
11 any data about Fresno State's athletic participation
12 opportunities for athletes?
13    **A    Can you explain that just a little more?**
14    Q    Sure.  Have you reviewed any type of data
15 compiled by Fresno State with regard to
16 participation opportunities for athletes by sport?
17    **A    Yes.  If you're referring to some of the**
18 **percentages in the beginning of -- I forgot what the**
19 **document's called, but where my statement is,**
20 **there's a few percentages of male and female**
21 **participation.  So I've looked at those, but that's**
22 **all I've looked at.**
23    Q    Okay.  Do you understand that the men's
24 wrestling team and men's tennis team was also
25 eliminated at the same time as the lacrosse team?

1    **A    Yes.**
2    Q    And that those are -- do you understand
3 that that means men's participation opportunities
4 also were decreased?
5    **A    Yes.**
6    Q    Is there, in your opinion, a specific
7 number by which Fresno State's participation
8 opportunities are unequal?
9        MS. BULLOCK:  Objection to the extent
10 you're asking for a legal conclusion.
11       You can answer, Courtney.
12       **THE WITNESS:  I'm personally not.  I didn't**
13 **discover it on my own.  It was made aware to me**
14 **through information that Fresno's out of compliance**
15 **with the percentage.**
16 BY MS. HIGGINSON:
17    Q    Do you know if participation opportunities
18 for women is now equal after the elimination of two
19 men's teams?
20    **A    It's not equal now.**
21    Q    Do you understand that in this lawsuit
22 you're bringing a Title IX claim based on an alleged
23 unequal allocation of athletic treatment and
24 benefits?
25    **A    Yes.**

1    Q    Okay.  And can you just in your general
2 opinion explain what that means?
3    **A    Yeah.  So it's the same as the answer that**
4 **I stated previously of the unequal treatment and**
5 **benefits.  The unequal treatment is our practice**
6 **times.  And the unequal benefits is the extra meals**
7 **and services of tutoring and, like, traveling to**
8 **games.  Those are the unequal benefits.**
9    Q    Okay.  So I will get more specific and
10 maybe ask you some more questions about what you've
11 already provided me.
12       But, generally speaking here, which teams
13 are treated more favorably than women's lacrosse?
14    **A    Definitely football and baseball -- or not**
15 **baseball.  Definitely football and basketball are**
16 **treated very well.  Same with men's golf.**
17       **And I know this information because I have**
18 **friends on that team.  So that's why I keep**
19 **reiterating those three teams because I personally**
20 **know more about those teams than any of the other**
21 **men's sports teams.**
22    Q    Are you alleging that those teams are
23 treated better than every other men's team?
24    **A    No, I'm not alleging that.  I don't know**
25 **how every men's team is treated.  I only know a part**

1 **of how those men's teams are treated in compared to**
2 **women's teams.**
3    Q    Which women's teams?
4    **A    Mostly lacrosse and soccer, just because**
5 **our locker rooms are next to each other.  We have**
6 **similar practice schedules.  I have friends on the**
7 **soccer team.**
8    Q    Do you know how other women's teams were
9 treated in comparison to the men's teams you've
10 mentioned?
11    **A    It's all pretty similar.  We come second.**
12 **And it feels that way when we're given practice**
13 **schedules that work around men's teams.**
14       **And then when we kind of ask, like, "Oh,**
15 **why is our practice around this time" -- or even our**
16 **coaches will just come up and say, "Our practice is**
17 **like this because they had to make room for**
18 **football," or "They had to make room for basketball**
19 **to come in and lift."**
20       **So it's known to us why it is the way that**
21 **it is, and nothing's left to the unknown.**
22       **So -- and it all happens to the women's**
23 **teams.  Like, we all sort of understand, especially**
24 **when you see football walking around with, again,**
25 **those Tupperwares of food, you know, "Oh, okay.**

Page 190

1  Well, they got that catered to them."
2     Q    So your sentiments about a difference in
3  treatment between women's teams -- or women's
4  lacrosse and men's football, men's basketball, and
5  men's golf, was that true your freshman year?
6     A    It was true my freshman year.  I just
7  didn't know any different.  So I didn't know that
8  that's -- that wasn't supposed to be how it was.  I
9  just -- I just assumed, "Oh, like, that's just how
10 it is."  And then it became more apparent to me
11 that, no, that's not how it is.  Those are extra
12 things that they get.
13        My freshman year, you're just so thankful
14 to be there, and you're excited.  And, you know, you
15 don't ask a lot of questions because you're new and
16 you don't want to upset anybody.  So you just --
17 you're quiet and you observe.
18        So I saw a lot of it.  I just didn't know
19 what it was until there was more talk about it and
20 my coach started referencing things like, "Oh, well,
21 football gets to do that."
22        And then I kind of asked her, you know,
23 "What do you mean by that?"
24        And she goes, "Well, football, it's
25 different.  Like, the women's teams don't -- aren't

Page 191

1  provided with the same opportunities or the same
2  things that football gets or that basketball gets."
3        And so she was really big -- like, she did
4  a good job fighting trying to make it as equal as
5  possible.  So she was one of the reasons why we got
6  into the media day my sophomore year was because she
7  really, really pushed for it to make sure that we
8  got that.
9        And football got to use this little
10 portable after games to eat dinner with their
11 family.  And so she really pushed that.  After our
12 games, we had somebody come and bring food and then
13 go into that portable to eat with our family.
14        So it wasn't something that, like, "Oh,
15 here, let's give this to the women's teams too."  It
16 was more like, "You know, if you want it, you'll
17 have to ask for it.  But we're not just going to
18 give it to you."
19        So there was those -- like, we would have
20 to ask for it.  It wasn't just like, "Let's just do
21 this because we do it for the men's teams as well."
22     Q    And your observations of any treatment like
23 that in your freshman year was as to men's
24 basketball and football only or any other teams?
25     A    Mostly just to -- mostly for just, like,

Page 192

1  those areas of practice and -- practice times and,
2  like, meals, that was mostly just towards football
3  and basketball.  And then travel was basketball and
4  golf and -- there's another one, but I can't
5  remember.  So, to my knowledge, that's -- that's
6  what I have.
7     Q    And then I just want to clarify the record.
8        When did women's lacrosse start
9  participating in media day?
10    A    I believe it was my sophomore year.  Fall
11 of my sophomore year is when we had our first, like,
12 media day.
13    Q    And then in your sophomore year, in any of
14 your concerns of differential treatment, was there
15 anything additional added in your sophomore year or
16 was it the same observations and perception as your
17 freshman year?
18    A    It was the same.  There wasn't much that
19 differed, to my knowledge.
20    Q    And then what about in your junior year?
21    A    In my junior year, that's when I started to
22 talk to more of the male teams a little bit more.
23 And then it really solidified that they do get,
24 like, extra on top of what they're getting now
25 because I had those conversations.

Page 193

1        And it wasn't flat-out, like, "Oh, we get
2  this."  It was just kind of -- they would explain,
3  like, "Oh, you know, I can't wait to have this meal
4  after practice."
5        I'd be like, "What do you mean, like, you
6  get meals after practice?"
7        And they're like, "Well, yeah.  Don't you?"
8        I'm like, "No.  We've never gotten meals
9  after practice."
10        So it was just those things.  Or the men's
11 teams, specifically men's golf, complaining about
12 their little van that they -- their, like, very
13 luxury plush van that they got to take to
14 tournaments, they were complaining that -- about it.
15        And I was like, "Why -- what do you mean,
16 like, you're complaining about this luxury plush
17 van?  Like, we have to sit in a bus, our whole team,
18 and it's, like, two to a seat, you know, we sit
19 right next to each other all -- and sometimes we
20 have a horrible bus driver who gets us all motion
21 sickness."
22        So it was just stuff like that in
23 conversation where they would be complaining about
24 the stuff that they had.
25        And I was like, "Oh, my gosh.  We don't

1 even get that stuff.  Like, that's not even what we
2 have.  And we can't even complain about it because
3 that's not even provided to us at all."
4    Q    And those conversations were with members
5 of which teams?
6    A    With golf and football.
7    Q    And then in your senior year, did you see
8 anything new or different or was it the same
9 observations as your prior years?
10    A    Still the same and then more so with
11 practice times.  I mean, they really just cut us on
12 practice times and gave us practice times that just
13 were not ideal for in-season.
14        And they made it known to us that football
15 was going to take priority over every single sport,
16 especially women's sport, especially in-season
17 women's sports to be in the weight room.
18    Q    How did they make that known -- I'm sorry.
19 You go ahead.
20    A    No, you're fine.  And then same with gear.
21 Like, football got a lot of extra gear on top of
22 what was already given to them.  Like, an extra set
23 of cleats, extra -- they get new uniforms all the
24 time.
25        We only have two sets of uniforms, a red

1 and a white.  And then football's uniforms, I think,
2 changes just about every game.  They get, like, a
3 new -- a new match to wear.
4    Q    Okay.  How was it made known to you that
5 every sport was going to have to arrange their
6 schedule around football?
7    A    When football was the only team allowed to
8 be on campus in the fall.  And athletics told us
9 that football's the only team allowed to be on
10 campus.
11    Q    And football was the only team competing at
12 that time, right?
13    A    Correct.  Yeah.  They wouldn't let any
14 other teams practice or compete except for football.
15    Q    Do you know if that was a Fresno State
16 decision or a conference decision?
17    A    I am not sure whose decision it was.
18        Actually, I do know.  I'm -- it was Fresno
19 State's decision to do that, because we had -- and I
20 don't know if this is true for every -- every other
21 sport, but for lacrosse we had competition -- or
22 other teams that we would play that we saw were
23 practicing in the fall in their facilities.
24        And we saw that through, like, social
25 media, through Snapchat.  Or we would text them,

1 "Hey, are you guys practicing yet?"
2        And they would say, "Yeah, we went to
3 practice today."
4    Q    Who did you speak to about that?
5    A    It was mostly girls who go to UC Davis and
6 then San Diego State.
7    Q    Oh, okay.  At other schools?
8    A    Correct.
9    Q    Okay.  Thank you.
10        Prior to this lawsuit, did you ever
11 complain to anyone at Fresno State about your
12 concerns about this difference in treatment?
13    A    I talked to my parents about it, and I
14 talked to the coach -- our coaches about it.  And,
15 unfortunately, like, the conversation that surrounds
16 this type of stuff is "Oh, that's just how it is.
17 Like, that's just how Fresno State or how division 1
18 schools treat women's sports.  So don't expect
19 anything different because it's been that way for
20 however long."
21    Q    Okay.  What about other men's teams
22 compared to football?  Are they treated like women's
23 teams are compared to football?
24    A    The smaller teams definitely get
25 overlooked.  But the bigger teams that bring in the

1 money, that's really where it seems that Fresno
2 State wants to give a lot of resources to.
3    Q    Right.  Do you -- or can you agree with me
4 that every athletic team has slightly different
5 needs?
6    A    What type of needs?
7    Q    Needs in terms of benefits and treatment as
8 an athletic team.
9    A    No.  I don't think that those needs are
10 wildly different.
11    Q    Are they a little different?
12    A    No.  I think all --
13    Q    They're the same?
14    A    Yeah.  I think all teams need to be fed.
15 If one team's going to get food, I think all teams
16 should get food.  That's like saying I need to eat,
17 but you don't need to eat.  Who gets to decide that?
18 Like, that's not fair.
19        I don't think one team needs more treatment
20 than another team.  If you -- if I have a twisted
21 ankle and someone on football has a twisted ankle,
22 my twisted ankle doesn't matter?  My body doesn't
23 matter, but his does?  No.  I think that our needs
24 are the same there.
25        If working out and lifting and conditioning

1 BY MS. HIGGINSON:
2    Q    Do you believe that women's golf was
3 provided inferior equipment and supplies than men's
4 teams?
5        MS. BULLOCK:  I don't think that was the
6 exact question, but I'll --
7        MS. HIGGINSON:  Sure.  I will rephrase, and
8 that will be my question.
9 BY MS. HIGGINSON:
10    Q    Do you believe that the women's golf team
11 was provided inferior equipment and supplies as
12 compared to other men's teams?
13    A    I don't know.
14    Q    And I'm just going to ask the same question
15 about the women's basketball team.
16    A    I don't know.
17    Q    Okay.  And then I'm going to show you
18 Exhibit 3, which is the second amended complaint.
19 And I'm looking at paragraph 208 in which you
20 indicated that you were:
21        "...being forced to use old,
22        outdated equipment, including safety
23        goggles."
24        And this paragraph indicates that:
25        "No men's team has been treated this

1 way."
2        Are you aware how all the men's teams were
3 treated when it comes to uniforms and outdated
4 equipment in your senior year during COVID?
5    A    No, not to my knowledge, do I know how
6 every single men's team was treated.
7    Q    Okay.  What facility did you play and
8 compete at at Fresno State?
9    A    So we -- in the fall, we would practice on
10 what's called the white lot.  And the white lot is
11 this practice field behind the stadium.  And we'd
12 practice on that field because in -- again, when
13 you're in season, you get precedent over your field.
14        So soccer was in season in the fall, so
15 they got precedent over the lacrosse-soccer field,
16 so they practiced there.  We would practice on the
17 white lot, which, again, is that lot behind the
18 stadium.  It's also used as the tailgating lot.
19        And so when football has games on the
20 weekends, you know, cars get to park there and
21 tailgate.  So that's the field that we would
22 practice on in the fall.  And every week on Monday
23 we would have to do checks of the field.
24        So we'd line up arm's length away, and we'd
25 walk up and down the field checking for glass or

1 bottle caps or food so that we could practice on the
2 field without, you know, if there was glass, falling
3 and, like, cutting ourselves.
4    Q    So did you do that every single year --
5    A    Yes.
6    Q    -- you were a lacrosse player?
7    A    Yes.
8    Q    Not your senior year?  Or including your
9 senior year?
10    A    No, because we weren't allowed to practice
11 in the fall.
12    Q    What about your junior year, then?
13    A    Yes, we did it my junior year.  And we did
14 it my sophomore year, and we did it my freshman
15 year.
16    Q    And you would do a check every Monday if
17 there was a football game?
18    A    Yes.
19    Q    Did any other teams use the white lot for
20 practice?
21    A    Soccer used the white lot for practice, but
22 they'd use it in the spring.  And since football
23 doesn't play, they never had to walk the field for
24 glass or anything like that.
25        And there was another -- so there's a white

1 lot, and then right directly, like, next to it and
2 then down is called the basin.  And that's where
3 football would practice in season as well.  But that
4 was never used for tailgating.  No one was allowed
5 to use that field except for football.  We couldn't
6 even use it.
7    Q    Do you know if that field would flood?
8        MS. BULLOCK:  Sorry, Ashley, can you repeat
9 that?  You cut out.
10        MS. HIGGINSON:  Sorry.  Yes.
11 BY MS. HIGGINSON:
12    Q    Do you know if the practice facility, the
13 basin that you referenced -- do you know if that
14 field would flood?
15    A    It doesn't rain enough in Fresno for it to
16 flood.
17    Q    Do you know if there were any issues with
18 being able to practice on the basin field?
19    A    Besides maybe running out of room, because
20 sometimes they would send the kickers up to our
21 field when we were practicing to kick on our field
22 while we were there.  That's the only thing I could
23 think of that would -- that would be considered for
24 that.
25    Q    Who asked you to clean the field, the white

000024

Page 222

1 lot?
2    A   Well, our coach asked us to walk the field.
3 But also, like, we sort of had to do it because
4 otherwise you'd be playing on trash and you could
5 potentially, like, cut yourself if you fell on
6 glass.
7    Q   How many times did you personally clean the
8 white lot?
9    A   Every single year in the fall, every Monday
10 after a football game.  I don't know how many times
11 that was, but however many weeks are -- are in the
12 fall for four years -- or for three years.
13    Q   And then let me go back to your
14 interrogatory responses.
15    A   Mm-hmm.
16    Q   And you indicate that you're:
17       "...provided inferior practice
18       space, as compared to male athletes and
19       their teams."
20       That accurate?
21    A   Yes.
22    Q   What male athletes and their teams are you
23 referring to?
24    A   Particularly football.  So, again, we used
25 that white lot in the back, which isn't entirely

Page 223

1 safe.  It's -- there's holes in the ground.  You
2 could twist your ankle.  There's glass that we had
3 to pick up.
4       In the weight room my freshman year, we had
5 a decent lift time.  It was reasonable, I guess.  It
6 was 6:00 a.m.  So it wasn't 5:00 a.m.  But it was
7 6:00 a.m.  And we were practicing for -- or, I'm
8 sorry, we were lifting in the weight room.  And the
9 gym, it's pretty large.  You could fit two smaller
10 teams in there at a time.
11       If you were football, though, you could
12 only -- you would have to go in position groups.  So
13 football started -- like, we were in there and we
14 had the whole weight room to ourselves in the
15 morning, which is typical.
16       Like, as a team, you get the weight room to
17 yourself at least once or twice a week.  And then
18 once out of the week, you might share it with
19 another team.  And that's not a big deal.  We all
20 understand that.
21       But we were actually kicked out of our side
22 of the weight room to make room for football halfway
23 through our fall season -- I'm sorry, our spring
24 season.
25       So we were -- we were along the wall, which

Page 224

1 are the bigger racks which have the bigger weights.
2 And they're a little bit nicer.  And so -- and they
3 are along the line where the turf is.  So they're,
4 again, on the bigger side of the weight room.
5       And then it was known to us that we were
6 moving over to the smaller side so that football
7 could come in and lift during our season.
8       Why they couldn't lift where we were
9 lifting, I don't know.  Why they had to kick us out
10 of where our lift area was and we go to the smaller
11 side instead of they can just go to the smaller
12 side, I don't know.
13       But never once did football have to move
14 because we were in there.  It was always we have to
15 move because football's in there.
16    Q   When you moved to a different lifting
17 facility, was there any component of your lifting
18 regimen you were unable to accomplish in that
19 lifting section?
20    A   Yeah.  So because we moved to a smaller
21 section, there was less racks, so we had to be in
22 more groups.  You're only allowed in there for an
23 hour.  A few of us are different weights.  Like, we
24 can lift heavier or we can lift lighter.  So because
25 of that, sometimes we'd run out of our -- run out of

Page 225

1 time to complete the full lift.
2       So there was times we didn't get to
3 complete our full lift or we were racing at the end
4 to try and get it done all the way through because
5 we had to leave to go to practice or football was
6 coming in after we left.
7       And, you know, it was now 6:55 and we still
8 had, like, a little bit of our lift left, but we had
9 to clean up and get out of the weight room because
10 another team was coming in.
11    Q   When did this occur?
12    A   This occurred my freshman and sophomore
13 year.  I can't specifically pinpoint when exactly it
14 happened, like, what days or how often, but it
15 happened enough that it became -- it became evident.
16    Q   Would you say it was, like, about 10 times
17 or about 30 times?
18    A   Probably in the span that I was there --
19 well, if you consider every single time they'd come
20 in, probably more than 30.  Happened for at least
21 half a year at one point.
22    Q   Okay.  And then when it comes to your
23 competition facility, am I correct that in season
24 you compete and practice in the soccer-lacrosse
25 stadium?

Page 226

1    A   Correct.
2    Q   Are you alleging that your competition
3 facility was inferior to any men's competition
4 facilities?
5    A   I -- no.  I don't think our competition
6 field was inferior.  We actually had a very good
7 competition field.  I think our practice field was
8 sort of where more of the danger lied with just its
9 condition and how it wasn't -- how it wasn't kept.
10       But I -- our practice -- or our -- excuse
11 me.  Our game field was kept nice.
12    Q   And do you have knowledge of the state of
13 the practice fields for any other sports at Fresno
14 State other than football and soccer, I guess?
15       MS. BULLOCK:  Objection.  Asked and
16 answered.
17       Go ahead and answer.
18       THE WITNESS:  Like, yes, I know -- I know
19 what facilities they used.
20 BY MS. HIGGINSON:
21    Q   Okay.
22    A   Like, basketball used the basketball court.
23 Same with women's used the basketball courts.
24       I don't know their schedule.  I don't know
25 how well or not well those were kept.  All I know is

Page 227

1 lacrosse and football because we were in the same
2 area for a lot of the time.
3    Q   And do you know if any other sports team
4 was ever required to service or clean their practice
5 space in any regard?
6    A   I don't think any other team ever had to
7 walk the field to clean up glass or trash or food or
8 anything like that.
9    Q   I understand your answer.
10       But my question is:  Do you have any
11 understanding of whether any other team was required
12 to service or clean their practice facility?
13    A   No.  The only thing that we ever had to
14 clean was the weight room.  After you finished
15 lifting, you were required to, like, put your
16 weights back and make it look nice for the next
17 team.  But no --
18    Q   Okay.
19    A   -- no other team had to clean.
20       THE COURT REPORTER:  I'm sorry.  What was
21 that last part?
22       THE WITNESS:  No other team had to clean
23 their field.
24 BY MS. HIGGINSON:
25    Q   How do you know that?

Page 228

1    A   Because I saw it.  No other team, like,
2 mowed their lawn.  There was someone that mowed the
3 lawn for the grass of all the teams.  Baseball would
4 drag their dirt thing around the bases, but, you
5 know, that's something that's a requirement.  It's
6 not a requirement for the lacrosse team to clean up
7 glass off the field.
8    Q   Okay.  I'm going to share with you again
9 that same interrogatory.  I'm talking about the
10 locker room.  So it indicates here that:
11       "Female student athletes are
12       provided inferior locker rooms compared
13       to male athletes."
14       Do you agree with that?
15    A   Yes.
16    Q   Who is provided better locker rooms than
17 female athletes?
18    A   Definitely football and basketball have
19 very nice locker rooms.  There was -- my freshman
20 year, when we first got there, we had a very large
21 class of incoming freshmen, and they didn't have
22 enough lockers for all of the freshmen.  So the
23 freshmen had to double up and share a locker with
24 another freshman.
25       That didn't happen with football.  Football

Page 229

1 all got their own lockers.  There was always enough
2 for them.  And I know that because they would snap a
3 picture of their locker.  And each locker had their
4 name on the front or the top of it.  There was no
5 freshman that said, "Oh, I have to share my locker
6 with my buddy."
7       But for lacrosse, we had to share our
8 lockers our freshman year until about three months
9 in when they finally got enough lockers for all of
10 us to have.  And that was after we made it known to
11 our coach that there's not enough lockers for us.
12    Q   That was your freshman year?
13    A   Yes.
14    Q   Was that ever an issue again, having to
15 share lockers throughout your time at Fresno State?
16    A   No.  The only other time we shared our
17 locker was when football had -- when football had
18 games and the refs would use our locker room to get
19 ready in.  And at that point we weren't allowed to
20 use our lockers anymore.
21       But no one ever used football's lockers.
22 Like the refs never used football's lockers in our
23 games.  It was only our locker rooms were used, and
24 then we weren't allowed to use them.
25    Q   Do you know what locker rooms refs used for

Page 230

1 lacrosse games?
2   A   There was -- there's actually another
3 locker room that is for the refs.  But, for some
4 reason, the refs used our locker room when football
5 had games, either because they had more refs or -- I
6 don't know.
7       But for some reason our locker room was
8 used for -- every year that football -- that I was
9 there that football being games, we had to clean our
10 locker room on Friday because the refs would come in
11 and use it.
12   Q   Do you have any understanding of what the
13 women's locker rooms look like at the basketball
14 facility?
15   A   Yeah.  The women's basketball -- oh,
16 actually, no.  I don't know what women's basketball
17 looks like.  I've been inside women's volleyball,
18 and their locker room is very nice.
19   Q   Have you been inside any other men's or
20 women's locker rooms?
21   A   No.
22   Q   Have you been inside the men's or --
23 scratch that.
24       And I understand in the fall semester,
25 except for your senior year, there would be a fall

Page 231

1 ball schedule; is that accurate?
2   A   Yes, that's accurate.
3   Q   Did that include certain scrimmages in the
4 fall?
5   A   Yes.  So in October we would play -- we'd
6 go to, like, tournaments at other schools and play
7 about four or five teams.
8   Q   What kind of traveling would fall ball
9 require?
10   A   We would take a bus.
11   Q   Was it, like, a coach bus?
12   A   Yes.  Like a charter bus?
13   Q   Mm-hmm.
14   A   Yes.  And when we would take the charter
15 bus, we would get one charter bus.  And our team was
16 a very large team.  So we would have to share the
17 seats.  And football always had, like, three or four
18 buses so that their players didn't have to share
19 seats.
20   Q   How do you know that?
21   A   They would take pictures on the bus or
22 videos on the bus.  And you could see that there was
23 an -- they had an extra seat right next to them.
24   Q   So, to be clear, you each did get your own
25 physical seat, right?

Page 232

1   A   Yeah, you got your own -- so, sorry, yes,
2 we got our own seats, but someone was always right
3 next to us.  And then football would get their own
4 row, if that makes sense.  So they would get
5 enough -- they would get a certain number of buses
6 so that each player had their own row to themself.
7   Q   Do you know what type of charter bus any
8 other team utilized?
9   A   We all used the same company.  It just
10 depended on how many the teams would get.
11   Q   Do you know any other team that received
12 more than one bus for competition travel?
13   A   Possibly track and field, but that was just
14 because of the number of people that they had on
15 their team.  But I don't believe that they would get
16 their own rows to themselves.
17   Q   Did you have a specific strength and
18 conditioning coach assigned to your team?
19   A   Yes.  And he was also assigned to baseball.
20   Q   Who was that?
21   A   His name was Nick O'Brien.
22   Q   And did you have a athletic trainer
23 assigned to your team?
24   A   Yes.  We had, in my time there, two
25 different trainers.

Page 233

1   Q   Do you recall their names?
2   A   Adam Yetter and Rachel -- I don't remember
3 her last name.
4   Q   Were athletic trainers at your practices?
5   A   Yes.
6   Q   Were they at your competitions?
7   A   Yes.
8   Q   So I understand the distinction between the
9 8-hour and 20-hour you described earlier.
10       But was there any difference in your
11 practice schedule in the fall as opposed to the
12 spring?
13   A   In the fall, it was more centered around
14 basic skills practice and lifting heavy and running
15 all the time.  So to sort of prepare you to get
16 ready for season.
17       And then in-season you did more
18 game-specific practices.  So watching film on other
19 teams and then going out to practice and, like,
20 practicing specific skills for that upcoming game.
21 And then all of the lifting and conditioning was
22 injury prevention or just to sustain muscle and
23 endurance.
24   Q   And in the regular competition season, what
25 conference did Fresno State play in?

Page 242

1 nutritional items on game day?
2   **A   No. Just whatever -- whatever was given to**
3 **us as, like, our per diem for that --**
4   Q   So --
5   **A   -- that game.**
6   Q   So I'm talking home games.
7      So would you receive per diem for a home
8 game?
9   **A   No. Our per diem was that meal.**
10   Q   Okay. The one meal that you'd receive?
11   **A   Correct.**
12   Q   Okay. Was there Gatorade?
13   **A   Yeah, we got Gatorade during our games.**
14   Q   Was there any bars or snacks provided?
15   **A   My sophomore year is when we got the**
16 **snacks. So, like, the chews, the energy chews and**
17 **that -- those, like, little -- they're like these**
18 **Stinger -- they're called Stinger Waffles. We would**
19 **get those after one of my teammates saw that**
20 **football got them at their games, then we asked,**
21 **"Oh, like, do we get those?" And there was sort of**
22 **a back-and-forth.**
23      **And then they finally were like, "Yeah, you**
24 **guys can get those too."**
25   Q   Do you know if football got those types of

Page 243

1 snacks your freshman year?
2   **A   No, I don't know if they got them my**
3 **freshman year.**
4   Q   And so the Stinger bars and Gatorade and
5 stuff, we're talking about home games.
6      Would you receive those for away games?
7   **A   My sophomore year, then they started -- we**
8 **would have to bring them. We'd have to go --**
9   Q   Where --
10   **A   We'd have to go to our strength coach and**
11 **ask if we could take some to our games. And then he**
12 **would give it to us.**
13   Q   Okay. And those kinds of materials, bars,
14 Stinger chews, Gatorade, did you get that for
15 practice as well?
16   **A   No. Gatorade for practice. Not the**
17 **Stingers or the chews.**
18   Q   Were those types of snacks available at
19 the -- in the strength training room?
20   **A   Yes. You had to ask for them, though.**
21   Q   And you would receive them if you asked for
22 them?
23   **A   Yes.**
24   Q   At any time, not just for games?
25   **A   Yes.**

Page 244

1   Q   And then, when it comes to away games, can
2 you help me to understand what type of meals you
3 were provided?
4   **A   So if it was a meal on our own, we were**
5 **given per diem for it. But it was always something**
6 **like $8.**
7      **And when you're at the airport, you can**
8 **buy, like, water and a bag of, like, chips. And**
9 **that's basically $8. And water and a bag of chips**
10 **is not a meal for an athlete competing at the levels**
11 **that we would compete at. So you would be spending**
12 **your own money, or you'd have to bring your own**
13 **snacks.**
14      **And then when we would go to a restaurant,**
15 **we were given an allotment of money. So you --**
16 **like, 20 bucks. Okay. You can spend 20 bucks on**
17 **your dinner. So we would get our dinner. And it**
18 **was a regular-sized portion of food at whatever**
19 **restaurant we would go to.**
20      **And then the coaches would buy snacks for**
21 **the team. And then that's sort of what you would**
22 **eat throughout the week before practice if you were**
23 **hungry.**
24      **But everyone always brought their own food**
25 **because there was never enough. And the variety was**

Page 245

1 **just sort of limited based on the budget that we had**
2 **for food.**
3   Q   Did you ever receive dinner instead of
4 getting a money allotment?
5   **A   Yes. So there are times when the coaches**
6 **decided, like, when you were at the airport, you got**
7 **your money allotment. When we would go to a**
8 **restaurant after practice, you wouldn't get your**
9 **money allotment. The coaches would pay for your**
10 **meal there.**
11      **But you were -- we were always given "This**
12 **is your budget, so don't spend more than this."**
13   Q   Okay. Do you know if Fresno State's
14 athletic department has a policy surrounding per
15 diem?
16   **A   They do have a policy.**
17   Q   Does that policy apply to every sport?
18   **A   It should apply to every sport.**
19   Q   Are you aware of any sport where it doesn't
20 apply?
21   **A   No, I'm not aware of any sport.**
22   Q   And then when it came to -- you indicated
23 earlier today that certain teams received meals
24 after practice.
25      And that is, to your knowledge, men's

Page 246

1 basketball and football?
2   A   Correct.
3   Q   Has that been the case -- was that the case
4 from your freshman year all the way to your senior
5 year?
6   A   Yes.
7   Q   Do you allege that any teams are treated
8 differently when it comes to meals for home games?
9   A   I don't know of any other team and what
10 their standard was for meals.  It's very different
11 based on each team.
12       The only reason I know what football's is
13 is because it's very obvious the way that they set
14 up to hand out meals.  Anyone could see it if you
15 were to just come into athletics.
16       But other teams, I don't know what their
17 protocol is.
18   Q   What is the football home game day meal
19 procedure?
20   A   So they'll get -- they'll get a meal
21 before, a snack, and then they'll get a meal after.
22   Q   Before their game?
23   A   Correct.
24   Q   And then when is the snack provided?
25   A   Like, right before the game they'll get a

Page 247

1 snack.
2   Q   Okay.  Do you know what the snack would be?
3   A   It's different every time.  It's, like, a
4 bar or a smoothie.  It's something light.
5   Q   Do you know what the schedule for game day
6 is for the football team?
7   A   It's similar to ours in the sense that they
8 have to do the training or the rehab.  And they have
9 to be there a little bit before, but I don't know
10 the exact details.
11   Q   Do I understand correctly that there was
12 some kind of, like, nutrition station or food
13 station where you could get food if you wanted to?
14   A   Yes.  In the training room, there is a
15 station to get food.  That was restocked my
16 sophomore-junior year.
17       Enough students started seeing that
18 football was getting a lot of extra benefits that
19 they weren't receiving.  And enough people kind of
20 started to say things like, you know, "Are we going
21 to get stuff like that?"  So once we get our
22 nutritionist my sophomore year, she started getting
23 food to restock the training room with, like,
24 apples, cheese, yogurt, eggs -- what else? -- like,
25 little shakes -- protein shakes, chocolate milk,

Page 248

1 carrots.  So she did a lot of budgeting for that to
2 get food for other athletes.
3       But football still got meals on top of also
4 allowing access to that.  So that was available to
5 all athletes.  Didn't matter what sport you played,
6 male or female.  Anyone could go in and get food
7 from there.  But still, on top that, football and
8 basketball got extra meals.
9   Q   And basketball as well?
10   A   Yes.
11   Q   Yes?  Okay.  And that station had -- did
12 that ever have, like, meals packaged as well?
13   A   On Fridays, they would have either bagels
14 or, like, little bowls where you could make, like,
15 an egg bowl or something like that.
16   Q   And that was available after practice every
17 day?
18   A   No.  That was really only my sophomore
19 year.  After my sophomore year, it stopped.  They --
20 like, when COVID happened, they didn't do that very
21 often.  It was only my sophomore year that that's
22 something that they did.
23   Q   Was it something that was available in your
24 junior year before COVID?
25   A   Yes.  But they sort of had to limit the

Page 249

1 stuff that they provided.  So it was more like
2 bagels and cereal.
3       So not really -- I don't know if you
4 consider that a meal.  But for athletes, that's not
5 a balanced meal.  You need protein, carb, fat.
6 Those items would be snacks, not meals.
7   Q   I'm looking here at this same interrogatory
8 again.  And it indicates that you were:
9           "...given less flexibility in terms
10       of whom they can schedule for
11       competition and how far they can travel
12       for competition, as compared to male
13       athletes and their teams."
14       Do you believe that statement's true?
15   A   Yes.
16   Q   What do you mean by that statement?
17   A   So when we would go on the East Coast
18 trips, we were only allotted two East Coast trips,
19 so we would play two or three teams within those --
20 within those trips to try to get the most, like,
21 bang for your buck going out there.
22       Whereas, when football traveled, they
23 didn't play three teams in the same week.  They
24 played one team.
25   Q   What about how far you can travel for

Page 258

1  have a goalie coach, but she was also the draw coach
2  and she was also the defensive coach.
3          And then my junior and senior year, there
4  was one coach for 30 girls.  So I was coaching
5  myself at that point.
6      Q    Because -- by coaching yourself, you mean
7  you didn't have a goalie-specific coach?
8      A    Correct.  Like, I would have to coach
9  myself.  I'd have to come up with my own drills.
10 I'd have to do my own research.  I'd have to -- I
11 even, like, had my dad sending me stuff to do.
12         And at the college level, to be doing your
13 own research on your sport -- like, you -- you are
14 recruited to play at a D1 level because there are
15 coaches that know that they're supposed to be doing
16 there to help you become a better player.
17         You shouldn't be the one doing your own
18 research, coming up with your own drills for your
19 whole season.  Like, I don't know of any football
20 player who comes up with his own practice schedule
21 or drills to do to get better.  It's all done by the
22 coaches because that's what's provided for you.
23     Q    And that was your senior year when you
24 considered other drills and techniques to utilize?
25     A    My junior-senior year, when we didn't have

Page 259

1  enough coaches.
2      Q    Okay.  Are you aware of the staffing of any
3  other team other than men's football and women's
4  lacrosse?
5      A    No, I'm not aware of any -- any of the
6  other staff.
7      Q    Do you know if any other teams had trouble
8  filling their staff or rehiring?
9      A    No, I'm not aware of any other team.
10     Q    Okay.  And this exhibit, again.  This
11 exhibit indicates that:
12         "They have fewer coaches who are
13         offered fewer multi-year contracts, as
14         compared to male athletes and their
15         teams."
16         Other than what we've discussed about
17 today, what do you mean by this statement?
18     A    I don't know what type of contracts my
19 coaches signed.
20         What I do know is that most of my assistant
21 coaches left after a year.  So I don't know what
22 type of a contract you have to sign to be able to
23 leave after a year, but all of them left just about
24 after a year since I was there.
25     Q    Do you know when the assistant coaches for

Page 260

1  other sports left?
2      A    I didn't hear much about any other team
3  having as much turnover in coaching staff as our
4  team.
5      Q    Do you have any knowledge about the
6  language of any coaches' contract at Fresno State?
7      A    No, I do not.
8      Q    Which coaches do you believe were offered
9  better or larger-year contracts?
10     A    I don't know.
11     Q    Do you know what a typical D1 lacrosse
12 coaching contract looks like?
13     A    No.
14     Q    And so in this statement about fewer
15 coaches who are offered fewer multiyear contracts,
16 what teams do you believe were treated more
17 favorably in this regard?
18     MS. BULLOCK:  Objection.  Asked and
19 answered.
20         You can answer.
21     THE WITNESS:  I don't know which ones were
22 favored more so.
23 BY MS. HIGGINSON:
24     Q    Okay.  And then looking again at this
25 interrogatory in another bullet, it says:

Page 261

1          "They are provided less academic
2          support, as compared to male athletes
3          and their teams."
4          Other than what we have discussed today,
5  what does this statement refer to?
6      A    This refers to those male athletes who are
7  able to use the academic advisers to help them with
8  their assignments.
9      Q    Okay.  And what academic support have you
10 requested in your time at Fresno State that you did
11 not receive?
12     A    So my senior year -- so this is all in
13 terms of, like, my scholarship.  My senior year when
14 they cut the team, I wasn't sure if I was going to
15 keep my scholarship.
16         And when I finally got word that I was
17 going to keep my scholarship, they had told me that
18 it's for -- my athletic adviser said, "I need to
19 look into it.  But we can only -- they're only for
20 grad assistants.  So you'd have to go to graduate
21 school."
22         We was like, "I don't -- I've never heard
23 of any athlete who stayed to play their fifth year
24 doing a credential program."  So she was like, "If
25 you stay, you might have to just go to grad school."

Page 262

1      And I was like, "Okay.  No big deal.  I'll
2  just go to grad school."
3      So my credential program when I started
4  when I -- before I knew the team was going to get
5  cut, I started doing all of the prep work for it.  I
6  went to all of the Zoom meetings where they give you
7  all the information about all of the steps you
8  needed to do.
9      And they said, "Do not wait till the last
10  minute to apply for this program because there are
11  12 steps you need to complete.  If you start doing
12  this a few days before, it's -- before the deadline,
13  you'll never get it done and you won't make it into
14  the program."
15      And I was like, "Okay."  So I -- you know,
16  I started on all the prep work.
17      When I was told that I -- by athletics
18  that, "Hey, you can't go to the credential program.
19  We won't pay for that.  We'll only pay for grad
20  school," then I put the brakes on the credential
21  program.
22      And I was like, "All right.  No big deal.
23  I'll just go to grad school.  I'll get my master's,
24  and then I'll do my credential after on my own,"
25  because this is what my athletic adviser told me.

Page 263

1      I don't know how much she looked into it.
2  I'm assuming she didn't look into it very much.  She
3  just said this to me based on whatever knowledge she
4  had or whoever told her higher up.  So we're in the
5  middle of season, and she calls me in.
6      And she goes, "So I talked to" -- I guess
7  whoever is above her -- "about your scholarship.
8  And because the credential program is the next phase
9  for you, we're going to pay for the credential
10  program.  We're not going to pay for grad school.
11  Grad school's more expensive than the credential
12  program."
13      So at this time, when they told me this
14  information, it was about four days before the
15  deadline of when everything I needed to have turned
16  in to the credential program to be considered in --
17  as a potential candidate was supposed to be due.  So
18  I'm panicking because my adviser didn't provide me
19  with all of the information.
20      And I approached her four months, five
21  months in advance with this because she is notorious
22  for doing things like this to other athletes, other
23  female athletes on my team, of giving them false
24  information and then right before something's due,
25  "Oh, actually, this is what's correct."

Page 264

1      So I, knowing this, went to her in advance
2  to clear the air so that she could help me so that I
3  could get everything turned in because I knew it was
4  going to be during season, and I didn't want to have
5  to be running around trying to get all of this
6  turned in and submitted.
7      So when she told me, "Oh, actually, we're
8  going to do the credential program and not grad
9  school," it was panic because everything was due
10  four days before the deadline, so -- and we were
11  leaving to travel in three days.
12      So I was very upset because I had done all
13  of the prep work so that none of this would happen.
14  And it happened because I was not taken care of by
15  the people who are supposed to take care of me and
16  supposed to support me as a student athlete and find
17  out this information for me.
18      So I had to call the director of my
19  program, who is not related to Fresno State
20  athletics, and talk to her about this situation.
21  And, thankfully, she was an athlete, and she
22  understood how scholarships work.  And so she was
23  very gracious and gave me a little bit of cushion to
24  turn everything in.
25      But it was very upsetting, and it was very

Page 265

1  stressful.  And I had a lot of anxiety around it
2  because I don't like to procrastinate.  I don't like
3  to turn things in late.  And I had done everything I
4  could to avoid the situation.  And it still
5  happened.
6    Q    And do you know of any other student
7  athlete who matriculated into the credentialing
8  program?
9      MS. BULLOCK:  Objection.  Asked and
10  answered.
11      THE WITNESS:  I was the first liberal
12  studies in my program.
13  BY MS. HIGGINSON:
14    Q    Do you know how tutors were assigned or
15  selected to a team?
16    A    I do not know how basketball got their own
17  tutor that's selective just to their team.
18      When I requested a tutor, I had to ask for
19  it.  So it sort of just depends how you get your
20  tutor.
21      Either you go in and ask for a specific
22  tutor in a specific subject or you're on sort of
23  what's like academic probation where your GPA is a
24  little bit low, so they need you to be assigned to
25  somebody to kind of monitor your grades and your

Page 294

```
 1          DEPONENT'S CHANGES OR CORRECTIONS
 2  Note:  If you are adding to your testimony, print
    the exact words you want to add.  If you are
 3  deleting from your testimony, print the exact words
    you want to delete.  Specify with "Add" or "Delete"
 4  and sign this form.
 5  DEPONENT:      COURTNEY WALBURGER
 6  CASE:          TAYLOR ANDERS, HENNESSEY EVANS,
    ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, AND
 7  COURTNEY WALBURGER, INDIVIDUALLY AND ON BEHALF OF
    ALL THOSE SIMILARLY SITUATED vs. CALIFORNIA STATE
 8  UNIVERSITY, FRESNO, AND BOARD OF TRUSTEES OF
    CALIFORNIA STATE UNIVERSITY
 9
    DEPOSITION DATE: APRIL 12, 2022
10
    PAGE   LINE   CHANGE/ADD/DELETE
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24  ____   ____   _____
25  Signature _____ Date_____
```

Page 295

```
 1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2          I, Marla Sharp, stenographic reporter
 3  certified in California, Oregon, and Washington,
 4  hereby certify:
 5          That the foregoing video-recorded
 6  videoconference deposition of COURTNEY WALBURGER was
 7  taken remotely before me on April 12, 2022, at the
 8  time set forth therein, at which time the witness
 9  was remotely duly sworn by me;
10          That the testimony of the witness and all
11  colloquy and objections made at the time of the
12  deposition were recorded stenographically by me and
13  thereafter transcribed, said transcript being a true
14  copy of my shorthand notes thereof;
15          That review of the transcript was neither
16  requested nor waived before completion of the
17  deposition; ( ) that the witness has failed or
18  refused to approve the transcript.
19          I further certify I am neither financially
20  interested in the action nor a relative or employee
21  of any attorney of any of the parties.
22          In witness whereof, I have subscribed my
23  name and signature this date, April 18, 2022.
24  _____
    Marla Sharp, RPR, CLR, CCRR, CA CSR 11924,
25  OR CSR 17-0446, WA CSR 3408
```