# *Exhibit 4*

Docusign Envelope ID: 23EF36DC-9E89-499A-8255-A50826D366C4

# Clarkson

Arthur Bryant, Esq.
Partner

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

## Privileged and Confidential

### REPRESENTATION AGREEMENT FOR TITLE IX LAWSUIT AGAINST CALIFORNIA STATE UNIVERSITY, FRESNO

**Please update information below as necessary.**

**Name:** Taylor Anders

**Address:** [redacted]

**City, State, Zip:** [redacted]

**Phone (cell, home, work):** [redacted]

**Email addresses (personal, school):** [redacted]

**Varsity Team(s):** Lacrosse          **Class Year:** 2023

1. **My Representation.** I agree to have the law firm of Clarkson Law Firm, P.C. ("my attorneys"), represent me in investigating and pursuing my potential claims against the California State University, Fresno and appropriate others ("the Defendants") for discriminating against me and other female varsity athletes and/or potential athletes in violation of Title IX of the Education Amendments of 1972. I agree that, if I want to pursue any other lawsuits or legal issues, that will require a separate written agreement signed by me and my attorneys. If any of the contact information listed above changes, I will immediately notify my attorneys of the changes. This agreement replaces and supersedes all of my previous Representation Agreements with Bailey & Glasser. LLP, in this case.

2. **My Duties as a Class Representative.** If this case is allowed to proceed as a class action and I am a class representative, I understand that I will have certain duties to the class. I will have to cooperate fully with my attorneys, become familiar with the factual and legal basis

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

PLAINTIFFS003279

for the case, provide my attorneys with information, and keep them informed of any relevant developments. I may have to appear for deposition, at mediation, and/or at court hearings or trials. I understand that, if I am a class representative, I will have to be loyal to the class and act in its members' best interests, not in my own self-interest. I do not expect any preferential treatment or gain at the expense of other class members.

3. **My Attorneys' Duties as Class Counsel.** If this case is allowed to proceed as a class action, I understand that my attorneys will also have certain duties to the class. They will represent me, any other class representatives and plaintiffs, and the other members of the class. They will have a duty to protect the collective best interests of all members of the class. I understand and agree that, while my attorneys will attempt to accommodate my directions and requests, if my directions or requests conflict with my attorneys' duties to all members of the class, my attorneys will act in accordance with their duties to the members of the class.

4. **Costs, Expenses, and Attorneys' Fees.** I understand that, whether the case is resolved as a class action or not, my attorneys will advance the costs and expenses of the case and will only recover their costs, expenses, and attorneys' fees, if at all, from the amounts paid by the Defendants if a settlement is reached or the case is successfully resolved. If this case is resolved as a class action, I understand that my attorneys will seek to recover their costs, expenses, and attorneys' fees from the Defendants in amounts that will have to be approved by the court. If this case is resolved, but not as a class action, I agree that my attorneys' fees will be either the amount of the attorneys' fees recovered from the Defendants or one-third (1/3) of the attorneys' fees and the damages recovered from the Defendants, whichever is greater.

   I also agree to one exception to the paragraph above. I understand that, at some point, the Defendants may be willing to give me some or all of the relief I am seeking (or something else) if I agree to waive my claim to recover some or all of my costs, expenses, or attorneys' fees from the Defendants. I understand that agreeing to do that would impose a significant hardship on my attorneys (and possibly the proposed class) and I do not intend to enter into any such agreement. For that reason, I agree that, if I do enter into any such agreement, I will pay my attorneys' costs, expenses, and attorneys' fees (hours worked times hourly rates) myself.

5. **Settlement Process and Approval if My Lawsuit is Resolved as a Class Action.** If my case is resolved as a class action, I understand that any proposed settlement, costs, expenses, or attorney fees' award will have to be approved by the Court. The class members will be notified of the proposed settlement terms, have an opportunity to object, and a hearing will be held.

6. **Right to Withdraw.** I agree that my attorneys may withdraw from representing me if I do not cooperate with them or am not truthful with them. I also agree that I may also terminate my attorneys' representation of me, but, if I do, I will do my best to make sure they are paid their costs, expenses, and fees through any settlement or successful resolution that is reached.

7. **Association with Other Counsel and Division of Attorneys' Fees.** My attorneys may associate with other counsel in this case as they see fit and agree to divide the attorneys' fees in this case with them. If they do so, my attorneys will disclose to me in writing who those counsel are and the terms of the fee division. I understand that those counsel, if any, will also only recover their costs, expenses, and fees, if at all, from the amounts recovered from the Defendants through any settlement or successful resolution that is reached.

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway, Malibu, CA 90265   |   P: (213) 788-4050   F: (213) 788-4070   |   clarksonlawfirm.com

PLAINTIFFS0032280

Docusign Envelope ID: 23EF36DC-9E89-499A-8255-A50826D366C4

Fresno State Title IX Representation Agreement
Privileged & Confidential
Page 3 of 4

8. **Consent to Joint Representation and Sharing of Confidential Information Among Plaintiffs**. My attorneys represent or may represent several women who have similar claims against the Defendants. At this stage, it does not appear that there is a conflict of interest among us that would prevent my attorneys from representing all of us. However, it is possible that a conflict of interest will arise in the future that will require my attorneys to withdraw as my counsel (or me to withdraw as a client or a representative of the class). A conflict could arise, for example, if I develop different objectives from other clients or class members. If a conflict of interest does arise, my attorneys will promptly inform me of the relevant circumstances and any reasonably foreseeable adverse consequences, and they may ask for a written waiver of the conflict so that they may continue to represent me. If the conflict is not or cannot be waived, then my attorneys may have to withdraw from my representation, and I may have to spend time or money to find a new lawyer. I agree to joint representation despite the possibility of a conflict of interest.

   I also agree that any communications I may have with my attorneys and any information (even confidential information) I may provide to my attorneys related to this case may be disclosed by my attorneys to their other clients in this case. Additionally, if a dispute between me and another jointly represented client leads to a lawsuit, I understand that my communications with my attorneys during this case may be used in that new lawsuit.

9. **Preservation of information.** I will preserve all documents, data, and other information, including emails and text messages, that potentially relate to this case or the claims raised in it until this case is concluded.

10. **Communications.** I understand that my communications with my attorneys are confidential and privileged and that I should not share them (including this agreement) with others unless required to do so by law. I also understand that my communications with others could be accessed by the Defendants, who could try to use them against us in this case. So, I will exercise great caution in communicating with others about this case, including through email and social media. I understand that anything I say, share, or post on social media could be used against me and the class members in this case. I will not communicate with the press about this case without the agreement of my attorneys in advance. If any of the Defendants, their employees, or their representatives communicate with me about this case or the potential settlement of it, I will notify my attorneys right away and inform them of the communication.

11. **Choice of law.** I understand and agree that this agreement, all claims or causes of actions that may be brought to enforce it or arise out of it or any representation in it, and all claims or causes of action related to the negotiation, execution, or performance of it shall be governed by and enforced in accordance with the laws and statute of limitations of the State of California.

12. **No guarantees.** I understand and agree that my attorneys have made no guarantees, promises, or warranties about the success or outcome of their work or this case. Any comments made about the potential success of the case are expressions of opinion only.

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway, Malibu, CA 90265   |   P: (213) 788-4050   F: (213) 788-4070   |   clarksonlawfirm.com

PLAINTIFFS003281

Fresno State Title IX Representation Agreement
Privileged & Confidential
Page 4 of 4

I reviewed this agreement carefully before I signed it.  My attorneys explained it to me and gave me a copy of this agreement.

Signature: _____          Date: __8/22/2024_____

Name (printed): __Taylor Anders_____

Case 1:21-cv-00179-KJM-BAM   Document 167-5   Filed 11/26/24   Page 5 of 9

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

PLAINTIFFS003282

Docusign Envelope ID: 112028C5-97B1-47B1-8C7B-D2B6C2B76F02

# Clarkson

Arthur Bryant, Esq.
Partner

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

# Privileged and Confidential

### REPRESENTATION AGREEMENT FOR TITLE IX LAWSUIT AGAINST CALIFORNIA STATE UNIVERSITY, FRESNO

**Please update information below as necessary.**

**Name:** Courtney Walburger

**Address:** [redacted]

**City, State, Zip:** [redacted]

**Phone (cell, home, work):** [redacted]

**Email addresses (personal, school):** [redacted]

**Varsity Team(s):** Lacrosse          **Class Year:** 2021

1. **My Representation.** I agree to have the law firm of Clarkson Law Firm, P.C. ("my attorneys"), represent me in investigating and pursuing my potential claims against the California State University, Fresno and appropriate others ("the Defendants") for discriminating against me and other female varsity athletes and/or potential athletes in violation of Title IX of the Education Amendments of 1972. I agree that, if I want to pursue any other lawsuits or legal issues, that will require a separate written agreement signed by me and my attorneys. If any of the contact information listed above changes, I will immediately notify my attorneys of the changes. This agreement replaces and supersedes all of my previous Representation Agreements with Bailey & Glasser. LLP, in this case.

2. **My Duties as a Class Representative.** If this case is allowed to proceed as a class action and I am a class representative, I understand that I will have certain duties to the class. I will have to cooperate fully with my attorneys, become familiar with the factual and legal basis

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

PLAINTIFFS003295

for the case, provide my attorneys with information, and keep them informed of any relevant developments. I may have to appear for deposition, at mediation, and/or at court hearings or trials. I understand that, if I am a class representative, I will have to be loyal to the class and act in its members' best interests, not in my own self-interest. I do not expect any preferential treatment or gain at the expense of other class members.

3. **My Attorneys' Duties as Class Counsel.** If this case is allowed to proceed as a class action, I understand that my attorneys will also have certain duties to the class. They will represent me, any other class representatives and plaintiffs, and the other members of the class. They will have a duty to protect the collective best interests of all members of the class. I understand and agree that, while my attorneys will attempt to accommodate my directions and requests, if my directions or requests conflict with my attorneys' duties to all members of the class, my attorneys will act in accordance with their duties to the members of the class.

4. **Costs, Expenses, and Attorneys' Fees.** I understand that, whether the case is resolved as a class action or not, my attorneys will advance the costs and expenses of the case and will only recover their costs, expenses, and attorneys' fees, if at all, from the amounts paid by the Defendants if a settlement is reached or the case is successfully resolved. If this case is resolved as a class action, I understand that my attorneys will seek to recover their costs, expenses, and attorneys' fees from the Defendants in amounts that will have to be approved by the court. If this case is resolved, but not as a class action, I agree that my attorneys' fees will be either the amount of the attorneys' fees recovered from the Defendants or one-third (1/3) of the attorneys' fees and the damages recovered from the Defendants, whichever is greater.

   I also agree to one exception to the paragraph above. I understand that, at some point, the Defendants may be willing to give me some or all of the relief I am seeking (or something else) if I agree to waive my claim to recover some or all of my costs, expenses, or attorneys' fees from the Defendants. I understand that agreeing to do that would impose a significant hardship on my attorneys (and possibly the proposed class) and I do not intend to enter into any such agreement. For that reason, I agree that, if I do enter into any such agreement, I will pay my attorneys' costs, expenses, and attorneys' fees (hours worked times hourly rates) myself.

5. **Settlement Process and Approval if My Lawsuit is Resolved as a Class Action.** If my case is resolved as a class action, I understand that any proposed settlement, costs, expenses, or attorney fees' award will have to be approved by the Court. The class members will be notified of the proposed settlement terms, have an opportunity to object, and a hearing will be held.

6. **Right to Withdraw.** I agree that my attorneys may withdraw from representing me if I do not cooperate with them or am not truthful with them. I also agree that I may also terminate my attorneys' representation of me, but, if I do, I will do my best to make sure they are paid their costs, expenses, and fees through any settlement or successful resolution that is reached.

7. **Association with Other Counsel and Division of Attorneys' Fees.** My attorneys may associate with other counsel in this case as they see fit and agree to divide the attorneys' fees in this case with them. If they do so, my attorneys will disclose to me in writing who those counsel are and the terms of the fee division. I understand that those counsel, if any, will also only recover their costs, expenses, and fees, if at all, from the amounts recovered from the Defendants through any settlement or successful resolution that is reached.

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway, Malibu, CA 90265   |   P: (213) 788-4050   F: (213) 788-4070   |   clarksonlawfirm.com

PLAINTIFFS0032296

Docusign Envelope ID: 112028C5-97B1-47B1-8C7B-D2B6C2B76F02

8. **Consent to Joint Representation and Sharing of Confidential Information Among Plaintiffs**. My attorneys represent or may represent several women who have similar claims against the Defendants. At this stage, it does not appear that there is a conflict of interest among us that would prevent my attorneys from representing all of us. However, it is possible that a conflict of interest will arise in the future that will require my attorneys to withdraw as my counsel (or me to withdraw as a client or a representative of the class). A conflict could arise, for example, if I develop different objectives from other clients or class members. If a conflict of interest does arise, my attorneys will promptly inform me of the relevant circumstances and any reasonably foreseeable adverse consequences, and they may ask for a written waiver of the conflict so that they may continue to represent me. If the conflict is not or cannot be waived, then my attorneys may have to withdraw from my representation, and I may have to spend time or money to find a new lawyer. I agree to joint representation despite the possibility of a conflict of interest.

   I also agree that any communications I may have with my attorneys and any information (even confidential information) I may provide to my attorneys related to this case may be disclosed by my attorneys to their other clients in this case. Additionally, if a dispute between me and another jointly represented client leads to a lawsuit, I understand that my communications with my attorneys during this case may be used in that new lawsuit.

9. **Preservation of information.** I will preserve all documents, data, and other information, including emails and text messages, that potentially relate to this case or the claims raised in it until this case is concluded.

10. **Communications.** I understand that my communications with my attorneys are confidential and privileged and that I should not share them (including this agreement) with others unless required to do so by law. I also understand that my communications with others could be accessed by the Defendants, who could try to use them against us in this case. So, I will exercise great caution in communicating with others about this case, including through email and social media. I understand that anything I say, share, or post on social media could be used against me and the class members in this case. I will not communicate with the press about this case without the agreement of my attorneys in advance. If any of the Defendants, their employees, or their representatives communicate with me about this case or the potential settlement of it, I will notify my attorneys right away and inform them of the communication.

11. **Choice of law.** I understand and agree that this agreement, all claims or causes of actions that may be brought to enforce it or arise out of it or any representation in it, and all claims or causes of action related to the negotiation, execution, or performance of it shall be governed by and enforced in accordance with the laws and statute of limitations of the State of California.

12. **No guarantees.** I understand and agree that my attorneys have made no guarantees, promises, or warranties about the success or outcome of their work or this case. Any comments made about the potential success of the case are expressions of opinion only.

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway, Malibu, CA 90265   |   P: (213) 788-4050   F: (213) 788-4070   |   clarksonlawfirm.com

PLAINTIFFS0032997

Docusign Envelope ID: 112028C5-97B1-47B1-8C7B-D2B6C2B76F02

Fresno State Title IX Representation Agreement
Privileged & Confidential
Page 4 of 4

I reviewed this agreement carefully before I signed it.  My attorneys explained it to me and gave me a copy of this agreement.

Signature: _____          Date: 8/8/2024

Name (printed): Courtney Walburger

Case 1:21-cv-00179-KJM-BAM   Document 167-5   Filed 11/26/24   Page 9 of 9

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway, Malibu, CA 90265   |   P: (213) 788-4050   F: (213) 788-4070   |   clarksonlawfirm.com

PLAINTIFFS0032298