Ryan J. Clarkson (SBN 257074)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
rclarkson@clarksonlawfirm.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**DECLARATION OF RYAN J. CLARKSON IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

Case No. 1:21-cv-00179-KJM-BAM

DECLARATION OF RYAN J. CLARKSON

I, Ryan J. Clarkson, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the managing partner at Clarkson Law Firm, P.C. ("Clarkson"). I am licensed to practice in all state and federal trial courts in the state of California, and I am a member in good standing of the California State Bar. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Renewed Motion for Class Certification and in response to Defendants' Response in Opposition to Plaintiffs' Renewed Motion for Certification, ECF No. 167 (the "Opposition").

3. Defendants state in their Opposition that, in the Order Denying Motion for Class Certification in *Kaur v. Things Remembered, Inc.*, No. 3:14-cv-05544-VC (N.D. Cal. April 19, 2016) (the "*Kaur* Order"), Clarkson was "held to be inadequate class counsel due to significant delay in seeking class certification, delays in obtaining discovery, and lack of depositions prior to discovery cut off." Opposition at 19.

4. That statement is false.

5. Neither Clarkson nor any attorney then working for Clarkson appeared or participated in *Kaur*.

6. One attorney who appears to be associated with *Kaur*, Matthew Theriault, worked briefly at Clarkson between March 4, 2019, and May 28, 2021, years after the *Kaur* Order was docketed.

7. Attached as **Exhibit 1** is a true and correct copy of *Kaur v. Things Remembered, Inc.*, No. 14-cv-05544-VC, 2016 U.S. Dist. LEXIS 205952 (N.D. Cal. April 19, 2016) from LexisNexis, which accurately reflects that Clarkson was not involved in *Kaur*.

8. The Westlaw copy of the *Kaur* Order submitted by Fresno State, which lists Matthew Theriault as being then-associated with Clarkson, is incorrect in that respect.

9. Clarkson generally uses LexisNexis, not Westlaw, and did not know that Westlaw incorrectly identified Matthew Theriault as being then-associated with Clarkson until Fresno State filed its Opposition citing the *Kaur* Order. Upon learning of the error, Clarkson immediately took action to have the error corrected. Since then, Westlaw has corrected the error.

Case No. 1:21-cv-00179-KJM-BAM           1
DECLARATION OF RYAN J. CLARKSON

10. Attached as **Exhibit 2** is a true and correct copy of *Kaur v. Things Remembered, Inc.*, No. 14-cv-05544-VC, 2016 WL 11811049 (N.D. Cal. April 19, 2016), as corrected by Westlaw, which now reflects that Matthew Theriault was associated with Capstone Law APC when the *Kaur* Order was docketed, and not Clarkson.

11. I founded Clarkson to help ordinary people harness the power of the civil justice system. Our firm's mission is to become the most forward-thinking, purpose-driven law firm in the world. We are a collaborative, innovative, committed group of thought leaders in class actions who have dedicated our professional lives to obtaining justice for people discriminated against, cheated, and otherwise injured by wrongdoing. Our firm is comprised of highly respected and experienced leaders in class action litigation.

12. Clarkson has never been found inadequate to serve as class counsel in any case.

13. Clarkson is dedicated to the successful prosecution of this action and is committing the resources necessary to it to ensure a successful resolution for Plaintiffs and class members.

14. Defendants' attack in their Opposition on Clarkson's adequacy to represent the proposed classes in this case is contrary to the facts and the law—and unjustified.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 10, 2024

Ryan J. Clarkson