1

Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)

2

Amy E. Tabor (SBN 297660)
**CADDELL & CHAPMAN**

3

P.O. Box 1311
Monterey, CA 93942

4

Tel.: (713) 751-0400
Fax: (713) 751-0906

5

mac@caddellchapman.com
cbc@caddellchapman.com

6

aet@caddellchapman.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

7

*Attorneys for Plaintiffs*

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12

TAYLOR ANDERS, HENNESSEY
EVANS, ABBIGAYLE ROBERTS,
MEGAN WALAITIS, TARA WEIR, and

13

COURTNEY WALBURGER,
*individually and on behalf of all those*

14

*similarly situated*

15

        *Plaintiffs*,

16

   *v.*

17

CALIFORNIA STATE UNIVERSITY,
FRESNO *et al*.,

18

        *Defendants*.

Case No. 1:21-CV-00179-KJM-BAM

**DECLARATION OF MICHAEL A.
CADDELL IN SUPPORT OF
PLAINTIFFS' REPLY IN
SUPPORT OF THEIR RENEWED
MOTION FOR CLASS
CERTIFICATION**

19

20

21

22

23

24

25

26

27

28

1    I, Michael A. Caddell, am counsel for Plaintiffs and the putative class in this proceeding. I

2    am over 18 years of age and competent to make the following statement. All of the statements

3    below are based on my personal knowledge.

4        1.    On October 22, 2024, I submitted a declaration in support of Plaintiffs' Renewed

5    Motion for Class Certification in which I set forth my law firm's extensive class action and complex

6    litigation experience. The purpose of this declaration is to refute Defendants' unfounded and limited

7    attack on my firm's adequacy to represent the class in this matter. With no supporting evidence,

8    Fresno State criticizes Caddell & Chapman for not communicating with opposing counsel or filing

9    briefs and for "driving up costs."

10       2.    In late 2020, lead counsel, Mr. Arthur Bryant, requested that Caddell & Chapman

11   serve as local counsel in this matter. In that capacity, Caddell & Chapman has assisted with local

12   procedural issues, discovery, strategy, and briefing, and always at Mr. Bryant's request.

13   Understanding its role in this matter, Caddell & Chapman has never sought to "drive up costs" by

14   needlessly duplicating the efforts of Mr. Bryant (and his team), who has always taken the lead in

15   communicating with opposing counsel and preparing and filing briefs.

16       3.    Notably, Defendants' attack on Caddell & Chapman does not dispute that Caddell &

17   Chapman, which has extensive experience in litigating complex class action matters, plainly

18   satisfies the Rule 23(g) factors and the adequacy requirement.

19       I  declare under penalty of perjury under the laws of the United States of America that the

20   foregoing is true and correct.

21

22   Dated:  December 10, 2024        _____
                                          Michael A. Caddell

23

24

25

26

27

28

CASE NO. 1:21-CV-00179-KJM-BAM              – 1 –

DECLARATION OF MICHAEL A. CADDELL