| | |
|---|---|
| Scott R. Eldridge (Michigan Bar No. P66452)<br>Brian M. Schwartz (Michigan Bar No. P69018)<br>Erika L. Giroux (Michigan Bar No. P81998)<br>Ashley N. Higginson (Michigan Bar No. P83992)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Tel: (313) 963-6420<br>eldridge@millercanfield.com<br>schwartzb@millercanfield.com<br>giroux@millercanfield.com<br>higginson@millercanfield.com<br>*Attorneys for Defendants* | ROB BONTA, SBN 202668<br>Attorney General of California<br>JODI L. CLEESATTLE, SBN 230537<br>Supervising Deputy Attorney General<br>JENNIFER L. SANTA MARIA, SBN 225875<br>Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>P.O. Box 85266<br>San Diego, CA 92186-5266<br>Telephone: (619) 738-9099<br>Fax: (619) 645-2012<br>E-mail: Jennifer.SantaMaria@doj.ca.gov<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants, | Case No. 1:21-cv-00179-KJM-BAM<br><br>**NOTICE OF CHANGE OF ADDRESS SCOTT R. ELDRIDGE**<br><br>Hon. Kimberly J. Mueller, U.S.D.J.<br>Hon. Barbara A. McAuliffe, U.S.M.J. |

# NOTICE OF CHANGE OF ADDRESS

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Scott Eldridge of Miller, Canfield, Paddock and Stone, PLC, attorney for Defendants has changed his address as follows:

Old address: One Michigan Avenue, Suite 900, Lansing, Michigan 48933

New address: 123 W. Allegan, Suite 200, Lansing, Michigan 48933

My telephone number remains the same.

Please update all proofs of service and lists to reflect this change.

Dated: January 7, 2025						Respectfully submitted,

						*/s/ Scott R. Eldridge*
						Scott R. Eldridge (P66452)
						Miller, Canfield, Paddock and Stone, P.L.C.
						123 W. Allegan, Suite 200
						Lansing, MI 48933
						(517) 483-4918
						eldridge@millercanfield.com
						*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed this document in accordance with the Court's December 9, 2024 Minute Order (ECF No. 168).

						*/s/ Scott R. Eldridge*
						Scott R. Eldridge (P66452)
						eldridge@millercanfield.com