Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**DECLARATION OF ARTHUR H. BRYANT** |

I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at Clarkson Law Firm, P.C., and am admitted to practice before this Court. I am lead counsel for Plaintiffs in this case. I submit this Declaration in response to the Court's Minute Order dated January 23, 2025, ECF No. 177, which directed the parties in relevant part to "meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached."

2. On January 23, 2025, during the hearing on Plaintiffs' Renewed Motion for Class Certification, I referred to an email dated September 27, 2022, in which Plaintiffs offered to stipulate to amend the Second Amended Complaint, ECF No. 165, in order to make clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team. The email dated September 27, 2022, and Defendant's response, dated September 28, 2022, were previously submitted in support of Plaintiffs' Reply in Support of Their Renewed Motion for Class Certification and, in the Alternative, Reconsideration, and appear on the docket at ECF No. 97-2. A true and correct copy of that docket entry is attached as **Exhibit A**.

3. As directed by the Court, the parties met and conferred by email and telephonically. A true and correct copy of the emails exchanged by the parties relating to the Court's Minute Order are attached as **Exhibit B**. As set forth in the emails, the parties could not reach agreement regarding a stipulation identifying portions of the Complaint to be stricken from the record.

4. The final draft of the proposed stipulation that Plaintiffs circulated to Defendant on Wednesday, January 29, 2025, at 3:19 PM, identifying portions of the Complaint that Plaintiffs proposed to strike from the record is attached as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 30, 2025

_____
Arthur H. Bryant, Esq.

Case No. 1:21-cv-00179-KJM-BAM     1
DECLARATION OF ARTHUR H. BRYANT