# EXHIBIT A

# EXHIBIT A

**Joshua I. Hammack**

| | |
|---|---|
| **From:** | Schwartz, Brian M. <schwartzb@millercanfield.com> |
| **Sent:** | Wednesday, September 28, 2022 8:35 PM |
| **To:** | Arthur H. Bryant |
| **Cc:** | Eldridge, Scott R.; Giroux, Erika L.; Cary Joshi; Lori A. Bullock; Joshua I. Hammack; Nicole L. Ballante; Cynthia B. Chapman; mac@caddellchapman.com; Amy E. Tabor (aet@caddellchapman.com); Christy A. Robinson |
| **Subject:** | RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825] |

**CAUTION: External Email**

Arthur:

Defendants will not stipulate to allow Plaintiffs to file a third-amended complaint. Plaintiffs are certainly free to explain to the court that they intend to either waive and/or withdraw certain requests for relief.

Regards,

Brian

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@baileyglasser.com>
**Sent:** Tuesday, September 27, 2022 4:38 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Eldridge, Scott R. <Eldridge@MillerCanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Cary Joshi <CJoshi@baileyglasser.com>; Lori A. Bullock <lbullock@baileyglasser.com>; Joshua I. Hammack <jhammack@baileyglasser.com>; Nicole L. Ballante <nballante@baileyglasser.com>; Cynthia B. Chapman <cbc@caddellchapman.com>; mac@caddellchapman.com; Amy E. Tabor (aet@caddellchapman.com) <aet@caddellchapman.com>; Christy A. Robinson <crobinson@baileyglasser.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

**Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Defendants' Response in Opposition to Plaintiffs' Renewed Motion for Class Certification says, at 20, "the Second Amended Complaint remains the operative complaint and it expressly demands preliminary and permanent injunctions prohibiting the (sic) Fresno State from eliminating women's lacrosse. (ECF 59 at 46.)" We do not think that is fair. The Prayer for Relief in the Second Amended Complaint, to which you have cited, actually demands "preliminary and permanent injunctions … prohibiting Defendants from eliminating Fresno State's women's lacrosse team (*or any other women's*

1

*varsity intercollegiate athletic opportunities at Fresno State*) unless and until Fresno State is and will be in compliance with Title IX…" (ECF 59 at 46) (emphasis added).

We believe this Prayer for Relief makes clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team. We also believe the other paragraphs in the Second Amended Complaint, read fairly in light of the Prayer for Relief, do so as well.

Nevertheless, since Defendants have stressed that the Second Amended Complaint remains the operative complaint, we do not want any language used in it when Plaintiffs were seeking to reinstate the women's lacrosse team to create any confusion about where things stand now.

Plaintiffs are, therefore, asking Defendants to agree to a Stipulation amending the Second Amended Complaint as follows:

a. In par. 25, delete "preserve Fresno State's women's lacrosse team going forward,"
b. In par. 212, delete "preserve the women's lacrosse team into the 2021-22 academic year and beyond," so it says "Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the 2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires."
c. Delete the last clause in par. 260, so it says, "Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year."
d. Delete the reference to the women's lacrosse team and the parentheses from the Prayer for Relief so it says, "C. Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletic program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members as well as other varsity teams and team members at Fresno State this academic year."

Please let me know if Defendants will agree to this Stipulation (or something similar) by Thursday, September 29, 2022. If you want to discuss any specific wording changes, please give me a call.

Sincerely,
Arthur

_____

**Arthur H. Bryant**
Partner
**Bailey & Glasser, LLP**
1999 Harrison Street
Suite 660
Oakland, CA 94612
T: 510.272.8000
F: 510.463.0291

Case 1:21-cv-00179-JLT-BAM   Document 97-2   Filed 10/03/22   Page 4 of 4

abryant@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

You have received a message from the law firm Miller Canfield.  The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.