# EXHIBIT B

 Outlook

---

**RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]**

---

| | |
|---|---|
| From | Schwartz, Brian M. <schwartzb@millercanfield.com> |
| Date | Thu 1/30/2025 8:15 AM |
| To | Arthur H. Bryant <abryant@clarksonlawfirm.com> |
| Cc | Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com> |

Arthur:

We cannot agree to the revised stipulation. Your edits confirm that you are attempting a form over substance amendment notwithstanding your statements on the record that Plaintiffs are no longer seeking reinstatement of the lacrosse team.

Regards,

Brian

---

**Brian M. Schwartz | Principal & Group Leader**
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Wednesday, January 29, 2025 3:19 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Attached is a revised version of the Stipulation and Proposed Order that addresses the concerns you have raised. We propose restoring to Paragraph 3 the language you removed from Paragraph 1, which states that Plaintiffs request to amend the Second Amended Complaint "to make clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team."

Your request that Plaintiffs confirm categorically that they are not seek reinstatement of the women's lacrosse team is overbroad and unacceptable. As part of seeking to ensure that Fresno State complies with Title IX, Plaintiffs necessarily reserve the right to argue for the preservation or reinstatement of any women's team, including but not limited to the women's lacrosse team. We believe this is made clear by the proposed amendments to the Second Amended Complaint and what the law and Title IX requires.

Please let me know if the revised version is acceptable and, if so, we will get it prepared for filing..

Thanks,
Arthur

---

**Arthur Bryant**
Partner

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Wednesday, January 29, 2025 11:27 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Thank you for your time earlier. It was a productive call. While some of these edits will work, as we discussed, additional language would be needed to confirm statements that you made on the record last week that Plaintiffs were no longer seeking reinstatement of the women's lacrosse team and to ensure that this is not a form-over-substance amendment.

Specifically, our proposed edits sought to confirm that Plaintiffs are no longer seeking reinstatement of the women's lacrosse team. During our call, however, you stated that you would neither confirm nor deny whether Plaintiffs are seeking the reinstatement of lacrosse. If Plaintiffs are willing to state in the stipulation that the proposed amendments confirm that they are no longer seeking the reinstatement of lacrosse, then we should be able to finalize this stipulation. If Plaintiffs are not willing to confirm that they are no longer seeking the reinstatement of lacrosse, then we cannot agree to the stipulation. As we stated on September 28, 2022, Plaintiffs are certainly free to explain to the Court that they intend to either waive or withdraw certain requests for relief.

Regards,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Wednesday, January 29, 2025 12:45 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Brian,

Nice to talk with you. Based on our conversation, attached is the revised Stipulation and Proposed Order. Please let us know if it is agreeable and, if so, we will get it prepared for filing.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 3:59 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Hi Brian,

Yes, that time is fine. I will send you a Zoom meeting link.

I would like to discuss all of your proposed edits. I don't understand why you are proposing them or think they're needed.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Tuesday, January 28, 2025 3:53 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>

**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

I am not available today but can talk tomorrow. Would 9 AM PT / 12 PM ET work?

Your message below indicates that you would like to discuss some of the edits – can you identify which ones you would (and which ones you agree with/will accept)?

Thanks,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 6:10 PM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

P.S. Please do get back to me about this. If you are available today, please tell us when. If you are not available today, please tell us when you are available tomorrow. Thanks.

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

**Clarkson**

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 9:31 AM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Dear Scott,

Thanks for getting back to me. When are you available today to meet and confer about this?

We do not agree with or understand the reason for some of your proposed edits.

We would like to talk things through instead of exchanging additional drafts and emails.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Eldridge, Scott R. <eldridge@millercanfield.com>
**Sent:** Tuesday, January 28, 2025 9:13 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Thank you for putting this together. See the attached, redlined version with our proposed edits.

Scott

---

Scott R. Eldridge
Principal & Resident Director
**Miller Canfield**
123 W. Allegan St., Suite 200
Lansing, Michigan 48933 (US)
**T** +1.517.483.4918 | **M** +1.517.927.9223

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Friday, January 24, 2025 9:08 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Here you go. Please let me know if this is acceptable to you and, if not, why not and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Thursday, January 23, 2025 7:25 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Since Plaintiffs are seeking to dismiss/strike portions of their complaint, please forward a proposed stipulation for our review.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Thursday, January 23, 2025 9:37 PM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Scott and Brian,

As you know, after today's hearing, the court entered an order saying, "**The parties are DIRECTED to meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached.**"

Below is the email I sent to you on September 27, 2022, identifying the portions of the Complaint we propose to strike. Please let me know if these are acceptable to you and, if they are, we will prepare a Stipulation and Proposed Order for your review. If they are not, please let me know why, what you propose to strike instead, and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@baileyglasser.com>
**Sent:** Tuesday, September 27, 2022 1:38 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Eldridge, Scott R. <Eldridge@MillerCanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Cary Joshi <CJoshi@baileyglasser.com>; Lori A. Bullock <lbullock@baileyglasser.com>; Joshua I. Hammack <jhammack@baileyglasser.com>; Nicole L. Ballante <nballante@baileyglasser.com>; Cynthia B. Chapman <cbc@caddellchapman.com>; mac@caddellchapman.com; Amy E. Tabor (aet@caddellchapman.com) <aet@caddellchapman.com>; Christy A. Robinson <crobinson@baileyglasser.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

Dear Brian,

Defendants' Response in Opposition to Plaintiffs' Renewed Motion for Class Certification says, at 20, "the Second Amended Complaint remains the operative complaint and it expressly demands preliminary and permanent injunctions prohibiting the (sic) Fresno State from eliminating women's lacrosse. (ECF 59 at 46.)" We do not think that is fair. The Prayer for Relief in the Second Amended Complaint, to which you have cited, actually demands "preliminary and permanent injunctions … prohibiting Defendants from eliminating Fresno State's women's lacrosse team (*or any other women's varsity intercollegiate athletic opportunities at Fresno State*) unless and until Fresno State is and will be in compliance with Title IX…" (ECF 59 at 46) (emphasis added).

We believe this Prayer for Relief makes clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team. We also believe the other paragraphs in the Second Amended Complaint, read fairly in light of the Prayer for Relief, do so as well.

Nevertheless, since Defendants have stressed that the Second Amended Complaint remains the operative complaint, we do not want any language used in it when Plaintiffs were seeking to reinstate the women's lacrosse team to create any confusion about where things stand now.

Plaintiffs are, therefore, asking Defendants to agree to a Stipulation amending the Second Amended Complaint as follows:

1. In par. 25, delete "preserve Fresno State's women's lacrosse team going forward,"

2. In par. 2, delete "preserve the women's lacrosse team into the 2021-22 academic year and beyond," so it says "Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the 2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires."
3. Delete the last clause in par. 260, so it says, "Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year."
4. Delete the reference to the women's lacrosse team and the parentheses from the Prayer for Relief so it says, "C. Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletic program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members as well as other varsity teams and team members at Fresno State this academic year."

Please let me know if Defendants will agree to this Stipulation (or something similar) by Thursday, September 29, 2022. If you want to discuss any specific wording changes, please give me a call.

Sincerely,
Arthur

_____

**Arthur H. Bryant**
Partner

**Bailey & Glasser, LLP**
1999 Harrison Street
Suite 660
Oakland, CA 94612
T: 510.272.8000
F: 510.463.0291

abryant@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

You have received a message from the law firm Miller Canfield. The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.