# EXHIBIT C

Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

Scott R. Eldridge (Michigan Bar No. P66452)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.**
One Michigan Ave., Suite 900
Lansing, MI 48933
Tel: (313) 963-6420
Fax: (517) 374-6304
eldridge@millercanfield.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

        Defendants.

Case No. 1:21-cv-00179-KJM-BAM

**STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT**

*Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265*

1.     On September 27, 2022, counsel for Plaintiffs emailed counsel for Defendants. The September 27, 2022 email, and Defendant's September 28, 2022 reply, were previously submitted in support of Plaintiffs' Reply in Support of Their Renewed Motion for Class Certification and, in the Alternative, Reconsideration, and appears on the docket at ECF No. 97-2. On January 23, 2025, during the hearing on Plaintiffs' Renewed Motion for Class Certification, Plaintiffs' counsel referred to the September 27, 2022 email and Defendant's September 28, 2022 reply.

2.     By Minute Order dated January 23, 2025, ECF No. 177, the Court directed the parties to "meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached."

3.     Having met and conferred, at Plaintiffs' request to make clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team, the parties hereby stipulate to amend the Second Amended Complaint as follows:

     I.     In Paragraph 25 of the SAC, "preserve Fresno State's women's lacrosse team going forward," is stricken so that Paragraph 25 of the SAC reads:

          25.     By this lawsuit, Plaintiffs seek to end the current second-class treatment of Fresno State's women's lacrosse team, and block Fresno State's latest efforts to discriminate against females in its intercollegiate athletic program.

     II.     In Paragraph 212 of the SAC, "(b) preserve the women's lacrosse team into the 2021-22 academic year and beyond, and (c)" is stricken and replaced with "and (b)" so that Paragraph 212 of the SAC reads:

          212.     Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the 2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic

program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires.

III.   In Paragraph 260 of the SAC, the first comma on line 22 is replaced with "and" and "and to continue the women's lacrosse team at Fresno State in the 2021-22 academic year and beyond" is stricken so that Paragraph 260 of the SAC reads:

> 260.   Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year.

IV.   In Paragraph C of the Prayer for Relief of the SAC, "Fresno State's women's lacrosse team (or any other" and ")" are stricken so that Paragraph C of the Prayer for Relief of the SAC reads:

> C.   Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletics program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members at least as well as other varsity teams and team members at Fresno State this academic year;

4.   Defendants' answers to each of these allegations, including the Prayer for Relief, remain the same, including Defendants' denial that Plaintiffs are entitled to any relief of any kind.

**SO STIPULATED.**

/s/ Draft _____
Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

Dated: _____

/s/ Draft _____
Scott R. Eldridge (Michigan Bar No. P66452)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.**
One Michigan Ave., Suite 900
Lansing, MI 48933
Tel: (313) 963-6420
Fax: (517) 374-6304
eldridge@millercanfield.com

*Attorney for Defendants*

Dated: _____

**SO ORDERED.**

_____
Hon. Kimberly J. Mueller

Dated: _____

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265