Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Erika L. Giroux (Michigan Bar No. P81998)
Ashley N. Higginson (Michigan Bar No. P83992)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

ROB BONTA, SBN 202668
Attorney General of California
JODI L. CLEESATTLE, SBN 230537
Supervising Deputy Attorney General
JENNIFER L. SANTA MARIA, SBN 225875
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone:  (619) 738-9099
Fax:  (619) 645-2012
E-mail:  Jennifer.SantaMaria@doj.ca.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants, | Case No. 1:21-cv-00179-AWI-BAM<br><br>Honorable Jennifer L. Thurston<br><br><br>**DECLARATION OF**<br>**BRIAN SCHWARTZ** |

BRIAN SCHWARTZ, of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an adult and otherwise competent to testify to the facts stated below.  If called as a witness, I can testify to the following facts from my own personal knowledge.  I make this Declaration based upon my own knowledge.

2.    I am one of the attorneys representing California State University, Fresno ("Fresno State") in this matter.

1

3.    Following the Court's January 23, 2025 Minute Order [ECF No. 177], Plaintiffs sent Fresno State's counsel a *Stipulation and [Proposed] Order Regarding Second Amended Complaint*.

4.    On January 28, 2025, Fresno State's counsel sent proposed edits.    (**Exhibit 1**). Fresno State's proposed changes did not include any edits to the substance of Plaintiffs' proposed modifications to the Second Amended Complaint.

5.    On January 29, 2025, the parties met and conferred to discuss the proposed stipulation.  Although the parties were able to resolve their disagreement regarding some of the language in the proposed stipulation, they were not able to finalize the stipulation.

6.    Specifically, Fresno State sought clarity that Plaintiffs' proposed modifications did not reflect a form-over-substance amendment.  To that end, Fresno State requested confirmation that with Plaintiffs' proposed amendments, they were no longer seeking the reinstatement of lacrosse.  After further back-and-forth communications, Plaintiffs' counsel would not confirm that Plaintiffs are no longer seeking the reinstatement of lacrosse, which Fresno State believes is inconsistent with statements that were made on the record at the January 23, 2025 hearing. Consequently, Fresno State was unable to agree to the proposed stipulation.  (**Exhibit 2**).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2025

BRIAN SCHWARTZ

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF/CM system which will send notification of such filing to the attorneys of record.

SCOTT ELDRIDGE

Declaration of Brian Schwartz (1:21-cv-00179-JLT-BAM)

# *Exhibit 1*

**Schwartz, Brian M.**

| | |
|---|---|
| **From:** | Eldridge, Scott R. |
| **Sent:** | Tuesday, January 28, 2025 12:13 PM |
| **To:** | Arthur H. Bryant; Schwartz, Brian M. |
| **Cc:** | Lori Bullock; Neda Saghafi; Higginson, Ashley N.; Giroux, Erika L.; Carey Alexander; Galit Duran |
| **Subject:** | RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825] |
| **Attachments:** | 2025.01.24 Fresno - Stip. and Prop. Order re SAC (MC's edits)(43256943.1).docx |

Arthur:

Thank you for putting this together.  See the attached, redlined version with our proposed edits.

Scott

Scott R. Eldridge
Principal & Resident Director
**Miller Canfield**
123 W. Allegan St., Suite 200
Lansing, Michigan 48933 (US)
**T** +1.517.483.4918 | **M** +1.517.927.9223

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Friday, January 24, 2025 9:08 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Here you go. Please let me know if this is acceptable to you and, if not, why not and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Thursday, January 23, 2025 7:25 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Since Plaintiffs are seeking to dismiss/strike portions of their complaint, please forward a proposed stipulation for our review.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Thursday, January 23, 2025 9:37 PM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

**Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Scott and Brian,

As you know, after today's hearing, the court entered an order saying, **"The parties are DIRECTED to meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached."**

Below is the email I sent to you on September 27, 2022, identifying the portions of the Complaint we propose to strike. Please let me know if these are acceptable to you and, if they are, we will prepare a Stipulation and Proposed Order for your review. If they are not, please let me know why, what you propose to strike instead, and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@baileyglasser.com>
**Sent:** Tuesday, September 27, 2022 1:38 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Eldridge, Scott R. <Eldridge@MillerCanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Cary Joshi <CJoshi@baileyglasser.com>; Lori A. Bullock <lbullock@baileyglasser.com>; Joshua I. Hammack <jhammack@baileyglasser.com>; Nicole L. Ballante <nballante@baileyglasser.com>; Cynthia B. Chapman <cbc@caddellchapman.com>; mac@caddellchapman.com; Amy E. Tabor (aet@caddellchapman.com) <aet@caddellchapman.com>; Christy A. Robinson <crobinson@baileyglasser.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

Dear Brian,

Defendants' Response in Opposition to Plaintiffs' Renewed Motion for Class Certification says, at 20, "the Second Amended Complaint remains the operative complaint and it expressly demands preliminary and permanent injunctions prohibiting the (sic) Fresno State from eliminating women's lacrosse. (ECF 59 at 46.)" We do not

think that is fair. The Prayer for Relief in the Second Amended Complaint, to which you have cited, actually demands "preliminary and permanent injunctions … prohibiting Defendants from eliminating Fresno State's women's lacrosse team (*or any other women's varsity intercollegiate athletic opportunities at Fresno State*) unless and until Fresno State is and will be in compliance with Title IX…" (ECF 59 at 46) (emphasis added).

We believe this Prayer for Relief makes clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team. We also believe the other paragraphs in the Second Amended Complaint, read fairly in light of the Prayer for Relief, do so as well.

Nevertheless, since Defendants have stressed that the Second Amended Complaint remains the operative complaint, we do not want any language used in it when Plaintiffs were seeking to reinstate the women's lacrosse team to create any confusion about where things stand now.

Plaintiffs are, therefore, asking Defendants to agree to a Stipulation amending the Second Amended Complaint as follows:

1. In par. 25, delete "preserve Fresno State's women's lacrosse team going forward,"
2. In par. 212, delete "preserve the women's lacrosse team into the 2021-22 academic year and beyond," so it says "Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the 2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires."
3. Delete the last clause in par. 260, so it says, "Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year."
4. Delete the reference to the women's lacrosse team and the parentheses from the Prayer for Relief so it says, "C. Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletic program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members as well as other varsity teams and team members at Fresno State this academic year."

Please let me know if Defendants will agree to this Stipulation (or something similar) by Thursday, September 29, 2022. If you want to discuss any specific wording changes, please give me a call.

Sincerely,
Arthur

**Arthur H. Bryant**

Partner

**Bailey & Glasser, LLP**

1999 Harrison Street
Suite 660
Oakland,CA94612
T:510.272.8000
F:510.463.0291

abryant@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

You have received a message from the law firm Miller Canfield. The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.

Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

Scott R. Eldridge (Michigan Bar No. P66452)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.**
One Michigan Ave., Suite 900
Lansing, MI 48933
Tel: (313) 963-6420
Fax: (517) 374-6304
eldridge@millercanfield.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

        Defendants.

Case No. 1:21-cv-00179-KJM-BAM

**STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT**

1.   On September 27, 2022, counsel for Plaintiffs emailed counsel for Defendants and offered to stipulate to amend the Second Amended Complaint, ECF No. 165 (the "SAC"), in order to make clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team.

2.   The September 27, 2022 email was previously submitted in support of Plaintiffs' Reply in Support of Their Renewed Motion for Class Certification and, in the Alternative, Reconsideration, and appears on the docket at ECF No. 97-2.

3.1.   Based on Plaintiffs' counsel's statement on the record on January 23, 2025 that Plaintiffs are no longer seeking reinstatement of women's lacrosse in this case, Bby Minute Order dated January 23, 2025, ECF No. 177, the Court directed the parties to "meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached."

4.2.   Having met and conferred, the parties hereby stipulate that Plaintiffs shall be permitted to withdraw from their Second Amended Complaint certain allegations and requests for relief as follows:

I.   In Paragraph 25 of the SAC, "preserve Fresno State's women's lacrosse team going forward," is stricken so that Paragraph 25 of the SAC reads:

25.   By this lawsuit, Plaintiffs seek to end the current second-class treatment of Fresno State's women's lacrosse team, and block Fresno State's latest efforts to discriminate against females in its intercollegiate athletic program.

II.   In Paragraph 212 of the SAC, "(b) preserve the women's lacrosse team into the 2021-22 academic year and beyond, and (c)" is stricken and replaced with "and (b)" so that Paragraph 212 of the SAC reads:

212.   Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires.

III.    In Paragraph 260 of the SAC, the first comma on line 22 is replaced with "and" and "and to continue the women's lacrosse team at Fresno State in the 2021-22 academic year and beyond" is stricken so that Paragraph 260 of the SAC reads:

260.    Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year.

IV.    In Paragraph C of the Prayer for Relief of the SAC, "Fresno State's women's lacrosse team (or any other" and ")" are stricken so that Paragraph C of the Prayer for Relief of the SAC reads:

C.    Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletics program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members at least as well as other varsity teams and team members at Fresno State this academic year;

3.    Defendants' answers to each of these allegations, including the Prayer for Relief, remain the same, including Defendants' denial that Plaintiffs are entitled to any relief of any kind.

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway   |   Malibu, CA 90265

1       4.     Furthermore, Defendants state that they do not believe this stipulation impacts the

2    analysis of Plaintiffs pending motion for class certification.

10 **SO STIPULATED.**

12 /s/ Draft _____       /s/ Draft _____
Arthur H. Bryant (SBN 208365)       Scott R. Eldridge (Michigan Bar No. P66452)

13 **CLARKSON LAW FIRM, P.C.**      **MILLER, CANFIELD, PADDOCK, AND**
22525 Pacific Coast Hwy            **STONE, P.L.C.**

14 Malibu, CA 90265                    One Michigan Ave., Suite 900
Tel.: (213) 788-4050              Lansing, MI 48933

15 Fax: (213) 788-4070               Tel: (313) 963-6420
abryant@clarksonlawfirm.com     Fax: (517) 374-6304

16                                    eldridge@millercanfield.com
*Attorney for Plaintiffs*

17                                    *Attorney for Defendants*

18 Dated: _____        Dated: _____

21 **SO ORDERED.**

23 _____

24 Hon. Kimberly J. Mueller

25 Dated: _____

# *Exhibit 2*

**Schwartz, Brian M.**

| | |
|---|---|
| **From:** | Schwartz, Brian M. |
| **Sent:** | Thursday, January 30, 2025 8:15 AM |
| **To:** | Arthur H. Bryant |
| **Cc:** | Lori Bullock; Neda Saghafi; Higginson, Ashley N.; Giroux, Erika L.; Carey Alexander; Galit Duran; Eldridge, Scott R. |
| **Subject:** | RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825] |

Arthur:

We cannot agree to the revised stipulation.  Your edits confirm that you are attempting a form over substance amendment notwithstanding your statements on the record that Plaintiffs are no longer seeking reinstatement of the lacrosse team.

Regards,

Brian

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Wednesday, January 29, 2025 3:19 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Attached is a revised version of the Stipulation and Proposed Order that addresses the concerns you have raised. We propose restoring to Paragraph 3 the language you removed from Paragraph 1, which states that Plaintiffs request to amend the Second Amended Complaint "to make clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team."

Your request that Plaintiffs confirm categorically that they are not seek reinstatement of the women's lacrosse team is overbroad and unacceptable. As part of seeking to ensure that Fresno State

complies with Title IX, Plaintiffs necessarily reserve the right to argue for the preservation or reinstatement of any women's team, including but not limited to the women's lacrosse team. We believe this is made clear by the proposed amendments to the Second Amended Complaint and what the law and Title IX requires.

Please let me know if the revised version is acceptable and, if so, we will get it prepared for filing..

Thanks,
Arthur


**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Wednesday, January 29, 2025 11:27 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Thank you for your time earlier.  It was a productive call.  While some of these edits will work, as we discussed, additional language would be needed to confirm statements that you made on the record last week that Plaintiffs were no longer seeking reinstatement of the women's lacrosse team and to ensure that this is not a form-over-substance amendment.

Specifically, our proposed edits sought to confirm that Plaintiffs are no longer seeking reinstatement of the women's lacrosse team.  During our call, however, you stated that you would neither confirm nor deny whether Plaintiffs are seeking the reinstatement of lacrosse.  If Plaintiffs are willing to state in the stipulation that the proposed amendments confirm that they are no longer seeking the reinstatement of lacrosse, then we should be able to finalize this stipulation.  If Plaintiffs are not willing to confirm that they are no longer seeking the

reinstatement of lacrosse, then we cannot agree to the stipulation.  As we stated on September 28, 2022, Plaintiffs are certainly free to explain to the Court that they intend to either waive or withdraw certain requests for relief.

Regards,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Wednesday, January 29, 2025 12:45 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Brian,

Nice to talk with you. Based on our conversation, attached is the revised Stipulation and Proposed Order. Please let us know if it is agreeable and, if so, we will get it prepared for filing.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

3

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 3:59 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Hi Brian,

Yes, that time is fine. I will send you a Zoom meeting link.

I would like to discuss all of your proposed edits. I don't understand why you are proposing them or think they're needed.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Tuesday, January 28, 2025 3:53 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

I am not available today but can talk tomorrow.  Would 9 AM PT / 12 PM ET work?

Your message below indicates that you would like to discuss some of the edits – can you identify which ones you would (and which ones you agree with/will accept)?

Thanks,

Brian

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 6:10 PM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

P.S. Please do get back to me about this. If you are available today, please tell us when. If you are not available today, please tell us when you are available tomorrow. Thanks.

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, January 28, 2025 9:31 AM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>

Cc: Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
Subject: RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Dear Scott,

Thanks for getting back to me. When are you available today to meet and confer about this?

We do not agree with or understand the reason for some of your proposed edits.

We would like to talk things through instead of exchanging additional drafts and emails.

Thanks,
Arthur


**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

From: Eldridge, Scott R. <eldridge@millercanfield.com>
Sent: Tuesday, January 28, 2025 9:13 AM
To: Arthur H. Bryant <abryant@clarksonlawfirm.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
Cc: Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
Subject: RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Thank you for putting this together.  See the attached, redlined version with our proposed edits.

Scott

Scott R. Eldridge
Principal & Resident Director
**Miller Canfield**
123 W. Allegan St., Suite 200
Lansing, Michigan 48933 (US)
**T** +1.517.483.4918 | **M** +1.517.927.9223

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Friday, January 24, 2025 9:08 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

Here you go. Please let me know if this is acceptable to you and, if not, why not and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur


**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Thursday, January 23, 2025 7:25 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>; Eldridge, Scott R. <eldridge@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** RE: Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint [MCPS-ACTIVE.FID2667825]

Arthur:

Since Plaintiffs are seeking to dismiss/strike portions of their complaint, please forward a proposed stipulation for our review.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Thursday, January 23, 2025 9:37 PM
**To:** Eldridge, Scott R. <eldridge@millercanfield.com>; Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Lori Bullock <lbullock@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Galit Duran <gduran@clarksonlawfirm.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Scott and Brian,

As you know, after today's hearing, the court entered an order saying, "**The parties are DIRECTED to meet and confer, and submit a Stipulation and Proposed Order identifying portions of the Complaint to be stricken from the record within 1 week; or, in the alternative, a declaration stating that no such stipulation could be reached.**"

Below is the email I sent to you on September 27, 2022, identifying the portions of the Complaint we propose to strike. Please let me know if these are acceptable to you and, if they are, we will prepare a Stipulation and Proposed Order for your review. If they are not, please let me know why, what you propose to strike instead, and when you are available to meet and confer about this on Monday and Tuesday.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Arthur H. Bryant <abryant@baileyglasser.com>
**Sent:** Tuesday, September 27, 2022 1:38 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Eldridge, Scott R. <Eldridge@MillerCanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Cary Joshi <CJoshi@baileyglasser.com>; Lori A. Bullock <lbullock@baileyglasser.com>; Joshua I. Hammack <jhammack@baileyglasser.com>; Nicole L. Ballante <nballante@baileyglasser.com>; Cynthia B. Chapman <cbc@caddellchapman.com>; mac@caddellchapman.com; Amy E. Tabor (aet@caddellchapman.com) <aet@caddellchapman.com>; Christy A. Robinson <crobinson@baileyglasser.com>
**Subject:** Anders v Fresno State Title IX Case: Proposed Stipulation to Amend Second Amended Complaint

Dear Brian,

Defendants' Response in Opposition to Plaintiffs' Renewed Motion for Class Certification says, at 20, "the Second Amended Complaint remains the operative complaint and it expressly demands preliminary and permanent injunctions prohibiting the (sic) Fresno State from eliminating women's lacrosse. (ECF 59 at 46.)" We do not think that is fair. The Prayer for Relief in the Second Amended Complaint, to which you have cited, actually demands "preliminary and permanent injunctions … prohibiting Defendants from eliminating Fresno State's women's lacrosse team (*or any other women's varsity intercollegiate athletic opportunities at Fresno State*) unless and until Fresno State is and will be in compliance with Title IX…" (ECF 59 at 46) (emphasis added).

We believe this Prayer for Relief makes clear that Plaintiffs have been and are seeking to ensure that Fresno State complies with Title IX, whether or not it reinstates the women's lacrosse team. We also believe the other paragraphs in the Second Amended Complaint, read fairly in light of the Prayer for Relief, do so as well.

Nevertheless, since Defendants have stressed that the Second Amended Complaint remains the operative complaint, we do not want any language used in it when Plaintiffs were seeking to reinstate the women's lacrosse team to create any confusion about where things stand now.

Plaintiffs are, therefore, asking Defendants to agree to a Stipulation amending the Second Amended Complaint as follows:

1.  In par. 25, delete "preserve Fresno State's women's lacrosse team going forward,"
2.  In par. 212, delete "preserve the women's lacrosse team into the 2021-22 academic year and beyond," so it says "Plaintiffs are entitled to injunctive relief that requires Defendants to (a) treat the women's lacrosse team and its members at least as well as men's varsity teams and their members during the 2020-21 academic year and (b) provide female student-athletes and potential student-athletes in Fresno State's intercollegiate athletic program with equal opportunities to participate, athletic financial aid, and treatment, as Title IX requires."
3.  Delete the last clause in par. 260, so it says, "Plaintiffs seek expedited preliminary and permanent injunctive relief requiring Defendants to stop discriminating in the operation of Fresno State's intercollegiate athletics program and to treat the women's lacrosse team at least as well as other varsity teams this academic year."
4.  Delete the reference to the women's lacrosse team and the parentheses from the Prayer for Relief so it says, "C. Issue preliminary and permanent injunctions barring Defendants from discriminating against female students on the basis of sex in Fresno State's varsity intercollegiate athletic program, prohibiting Defendants from eliminating women's varsity intercollegiate athletic opportunities at Fresno State unless and until Fresno State is and will be in compliance with Title IX, and requiring Defendants to treat the women's lacrosse team and its members as well as other varsity teams and team members at Fresno State this academic year."

Please let me know if Defendants will agree to this Stipulation (or something similar) by Thursday, September 29, 2022. If you want to discuss any specific wording changes, please give me a call.

Sincerely,
Arthur

_____

**Arthur H. Bryant**
Partner

**Bailey & Glasser, LLP**
1999 Harrison Street
Suite 660
Oakland,CA94612
T:510.272.8000
F:510.463.0291

abryant@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy,

distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

You have received a message from the law firm Miller Canfield.  The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.