1  Carey Alexander (SBN 5188461)
   **CLARKSON LAW FIRM, P.C.**
2  260 Madison Ave., 8th Floor
   New York, NY 10016
3  Tel: (646) 290-6009
   Fax: (213) 788-4070
4  calexander@clarksonlawfirm.com

5

6  *Attorney for Plaintiffs*

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 9  TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-00179-KJM-BAM |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS FOR CAREY ALEXANDER** |
| v. | |
| CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTESS OF CALIFORNIA STATE UNIVERSITY, | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Carey Alexander of Clarkson Law Firm, P.C., attorney for Plaintiffs, has changed his address as follows:

Old address: 590 Madison Avenue, 21st Floor New York, NY 10022.

New address: 260 Madison Avenue, 8th Floor, New York, NY 10016.

All other contact information remains the same.

Dated: February 4, 2025        Respectfully Submitted,

By: _____
Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
260 Madison Ave., 8th Floor
New York, NY 10016
Tel: (646)-290-6009
Fax: (213)-788-4070
calexander@clarksonlawfirm.com

*Attorney for Plaintiffs*