Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Class Counsel*

Scott R. Eldridge (Mich. Bar P66452)
Brian M. Schwartz (Mich. Bar P69018)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**JOINT STATUS REPORT**<br><br>Date: April 10, 2025<br>Time: 2:30 p.m.<br>Judge: Hon. Kimberly J. Mueller |

By Order dated March 7, 2025, the Court set a status conference for April 10, 2025, at 2:30 p.m., and directed the parties to "meet and confer and file a joint status report with a proposed schedule for the case moving forward into the merits phase no later than fourteen (14) days before the status conference." ECF No. 184 at 19. Having met and conferred, the parties respectfully submit this Joint Status Report.

## I.  THE STATUS OF DISCOVERY

On December 17, 2021, the Court issued a preliminary scheduling order, which set forth dates for class certification only. ECF No. 83. The Scheduling Order bifurcated discovery between class certification issues and merits discovery. ECF Nos. 106; 112.

On May 4, 2021, the parties exchanged initial disclosures required by Fed. R. Civ. P. 26(a). By Order dated January 4, 2022, the Court entered a Stipulated Order Regarding the Production of FERPA-Protected Education Records. ECF No. 85.

### A.  Written Discovery

To date, Defendants have propounded 28 requests for production of documents and eight interrogatories. Plaintiffs have produced over 1,250 documents in response to Defendants' requests for production limited to class certification issues. Defendants anticipate serving additional requests for written discovery.

To date, Plaintiffs have propounded 35 requests for production of documents, eight interrogatories, and 29 requests for admission. Defendants have produced approximately 760 documents in response to Plaintiffs' requests for production limited to class certification issues. Plaintiffs anticipate serving additional requests for written discovery.

The parties intend to meet and confer regarding whether it is appropriate to use and agree to search terms, custodial and non-custodial sources of ESI, and an ESI Protocol. If the parties are unable to reach agreement, they will raise any issues with the Court.

### B.  Depositions

Defendants have deposed the two class representatives, Courtney Walburger and Taylor Anders. The parties dispute whether those depositions were limited to class certification issues as part of bifurcated discovery. No further depositions have occurred.

Defendants anticipate deposing Plaintiffs and other relevant witnesses pursuant to Fed. R. Civ. P. 30(a)(1). Plaintiffs anticipate deposing Defendants' employees and other relevant witnesses pursuant to Fed. R. Civ. P. 30(a)(1), and deposing Defendants pursuant to Fed. R. Civ. P. 30(b)(6).

### 1. Plaintiffs' Position

Plaintiffs propose a limit of no more than 120 hours of factual depositions per side, with no single deposition lasting more than seven hours on the record, except for Plaintiffs' anticipated deposition pursuant to Fed. R. Civ. P. 30(b)(6). This proposal allows for the possibility of multiple short depositions, which are appropriate given that Plaintiffs anticipate needing to depose Defendants' athletic department staff (including coaches, trainers, and assistant coaches); athletic department administrators (athletic directors, associate athletic, senior women's administrators, compliance directors and monitors, finance management administrators); university administration and staff outside of the athletic department who are involved with athletic department oversight, finance management, and decision making; and board members.

### 2. Defendants' Position

Defendants propose a limit of 70 hours of factual depositions per side, with no single deposition lasting more than 7 hours on the record, including any deposition taken pursuant to Fed. R. Civ. P. 30(b)(6). This proposal allows for the possibility of multiple short, efficient depositions.

### C. Site Inspection

Plaintiffs intend to conduct a site inspection pursuant to Fed. R. Civ. P. 34. The parties will meet and confer regarding a Site Inspection Protocol. If the parties are unable to reach agreement, they will raise any issues with the Court.

### D. Expert Discovery

The parties have yet to designate merits experts pursuant to Fed. R. Civ. P. 26. The parties intend to depose any designated expert prior to filing dispositive motions.

### E. Third-Party Discovery

The parties have not issued subpoenas pursuant to Fed. R. Civ. P. 45, but reserve the right to do so.

## II.     SETTLEMENT DISCUSSIONS AND PROPOSED SCHEDULE

The parties have engaged in settlement discussions at various times during this litigation, including engaging a private mediator. The parties are not currently engaged in settlement discussions. The parties respectfully request that the Court set a Settlement Conference at its earliest convenience, with the parties to submit a Joint Status Report with a proposed schedule for the case moving forward no later than thirty (30) days following the Settlement Conference.

Defendants request that, prior to the Settlement Conference, to avoid unnecessary costs and fees, discovery be stayed. If discovery is not stayed, then Defendants believe that the Court should set a firm discovery cutoff date.

Plaintiffs consent to a stay of oral discovery prior to the Settlement Conference but believe that the parties should, consistent with Fed. R. Civ. P. 1, continue to take certain foundational steps to advance discovery while pursuing settlement discussions. For example, Plaintiffs understand that conducting the anticipated site inspection over the summer would be most convenient for Defendants and Class members. Plaintiffs accordingly believe that the parties should begin conferring on a Site Inspection Protocol as well as an ESI Protocol and the custodial and non-custodial sources of ESI while pursuing settlement discussions. To the extent the Court is inclined to set a discovery cutoff date, as Defendants request, Plaintiffs request that the parties be permitted to submit a further Joint Status Report with a proposed schedule consistent with the parties' discussions during their meet and confers.

Dated:  March 27, 2025

| */s/ Arthur H. Bryant (with consent)* | */s/ Scott R. Eldridge* |
|---|---|
| Arthur H. Bryant (SBN 208365) **CLARKSON LAW FIRM, P.C.** 22525 Pacific Coast Hwy Malibu, CA 90265 Tel.: (213) 788-4050 Fax: (213) 788-4070 abryant@clarksonlawfirm.com  Carey Alexander (SBN 5188461) **CLARKSON LAW FIRM, P.C.** 260 Madison Ave., 8th Floor New York, NY 10016 Tel: (646) 290-6009 | Scott R. Eldridge (Mich. Bar P66452) Brian M. Schwartz (Mich. Bar P69018) Erika L. Giroux (Mich. Bar P81998) Ashley N. Higginson (Mich. Bar P83992) **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** 150 West Jefferson, Suite 2500 Detroit, Michigan 48226 Tel: (313) 963-6420 eldridge@millercanfield.com schwartzb@millercanfield.com giroux@millercanfield.com higginson@millercanfield.com |

| | |
|---|---|
| Fax: (213) 788-4070 | |
| calexander@clarksonlawfirm.com | Rob Bonta (SBN 202668) |
| | Jodi L. Cleesattle (SBN 230537) |
| Michael A. Caddell (SBN 249469) | Jennifer L. Santa Maria (SBN 225875) |
| Cynthia B. Chapman (SBN 164471) | **ATTORNEY GENERAL OF** |
| Amy E. Tabor (SBN 297660) | **CALIFORNIA** |
| **CADDELL & CHAPMAN** | 600 West Broadway, Suite 1800 |
| P.O. Box 1311 | San Diego, CA 92101 |
| Monterey, CA 93942 | Tel: (619) 738-9099 |
| Tel.: (713) 751-0400 | Fax: (619) 645-2012 |
| Fax: (713) 751-0906 | Jennifer.SantaMaria@doj.ca.gov |
| mac@caddellchapman.com | |
| cbc@caddellchapman.com | *Attorneys for Defendants* |
| aet@caddellchapman.com | |

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.

 */s/ Scott R. Eldridge*
Scott R. Eldridge (P66452)
eldridge@millercanfield.com