

United States District Court
Eastern District of California

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE
~~ROBERTS, MEGAN WALAITIS, and TARA WEIR,~~
individually and on behalf of all those similarly situated,

Plaintiff(s)

Case Number: 1:21-cv-00179-BAM

V.

~~CALIFORNIA STATE UNIVERSITY, FRESNO AND~~
BOARD OF TRUSTEES OF CALIFORNIA STATE
UNIVERSITY,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lori A. Bullock _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, and TARA WEIR, individually and on behalf of all those similarly situated,

On _____ 09/18/2014 _____ (date), I was admitted to practice and presently in good standing in the

_____ Iowa State Bar _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 04/04/2025 _____          Signature of Applicant: /s/ _Lori A. Bullock_

**Pro Hac Vice Attorney**

Applicant's Name:  Lori A. Bullock

Law Firm Name:  Bullock Law PLLC

Address:  309 E 5th Street

Suite 202 B

City:  Des Moines    State:  IA    Zip:  50309

Phone Number w/Area Code:  (515) 423-0551

City and State of Residence:  Ankeny, Iowa

Primary E-mail Address:  lbullock@bullocklawpllc.com

Secondary E-mail Address:  jminer@bullocklawpllc.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  Arthur H. Bryant

Law Firm Name:  Clarkson Law Firm PC

Address:  22525 Pacific Coast Highway

City:  Malibu    State:  CA    Zip:  90265

Phone Number w/Area Code:  (213) 788-4050    Bar #  SBN208365

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
JUDGE, U.S. DISTRICT COURT