

# United States District Court
# Eastern District of California

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, and TARA WEIR, individually and on behalf of all those similarly situated,

Plaintiff(s)

Case Number: 1:21-cv-00179-BAM

V.

CALIFORNIA STATE UNIVERSITY, FRESNO AND BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

Defendant(s)

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lori A. Bullock hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, and TARA WEIR, individually and on behalf of all those similarly situated,

On 09/18/2014 (date), I was admitted to practice and presently in good standing in the Iowa State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/06/2025    Signature of Applicant: /s/ *Lori A. Bullock*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lori A. Bullock |
| Law Firm Name: | Bullock Law PLLC |
| Address: | 309 E 5th Street |
| | Suite 202 B |
| City: | Des Moines  State: IA  Zip: 50309 |
| Phone Number w/Area Code: | (515) 423-0551 |
| City and State of Residence: | Ankeny, Iowa |
| Primary E-mail Address: | lbullock@bullocklawpllc.com |
| Secondary E-mail Address: | jminer@bullocklawpllc.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arthur H. Bryant |
| Law Firm Name: | Clarkson Law Firm PC |
| Address: | 22525 Pacific Coast Highway |
| City: | Malibu  State: CA  Zip: 90265 |
| Phone Number w/Area Code: | (213) 788-4050  Bar #: SBN208365 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
                            JUDGE, U.S. DISTRICT COURT