1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JODI L. CLEESATTLE, State Bar No. 230537
   Supervising Deputy Attorney General
3    600 West Broadway, Suite 1800
     San Diego, CA 92101
4    Telephone: (619) 738-9509
     Fax: (619) 645-2581
5    E-mail: Jodi.Cleesattle@doj.ca.gov
   *Attorneys for Defendants Board of Trustees of*
6  *California State University and California State*
   *University, Fresno*
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  TAYLOR ANDERS, HENNESSEY EVANS,         1:21-cv-00179-KJM-BAM
    ABBIGAYLE ROBERTS, MEGAN
14  WALAITIS, TARA WEIR, and COURTNEY       **NOTICE OF CHANGE OF HANDLING**
    WALBURGER, individually and on behalf of **ATTORNEY**
15  all those similarly situated,
                                            Judge:      Hon. Kimberly J. Mueller
16                              Plaintiffs, Magistrate:  Hon. Barbara A. McAuliffe

17        v.

18  CALIFORNIA STATE UNIVERSITY,
    FRESNO, and BOARD OF TRUSTEES OF
19  CALIFORNIA STATE UNIVERSITY,

20                              Defendants.

21

22                **NOTICE OF CHANGE OF HANDLING ATTORNEY**

23        TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS

24  OF RECORD:

25        PLEASE TAKE NOTICE that Defendants Board of Trustees of California State University

26  and California State University, Fresno hereby file this Notice of Change of Handling Attorney,

27  designating Supervising Deputy Attorney General Jodi L. Cleesattle as its counsel in place of

28  former Deputy Attorney General Jennifer Santa Maria and former Deputy Attorney General Marc

                                            1

1  Koenigsberg, who have left the Office of the California Attorney General. Ms. Cleesattle's

2  contact information is:

Jodi L. Cleesattle
Supervising Deputy Attorney General
State Bar No. 230537
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9509 telephone
(619) 645-2581 fax
Jodi.Cleesattle@doj.ca.gov

Defendants request that this Court designate Ms. Cleesattle as lead counsel for Defendants. Defendants further request that all parties direct service copies and future correspondence to Ms. Cleesattle

Dated:  April 14, 2025                            Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Jodi L. Cleesattle*

JODI L. CLEESATTLE
Supervising Deputy Attorney General
*Attorneys for Defendants Board of Trustees of California State University and California State University, Fresno*

SD2021300955
85069048

2

# CERTIFICATE OF SERVICE

Case Name: **Taylor Anders, et al. v. California State University, Fresno, et al.**

No. **1:21-cv-00179-KJM-BAM**

I hereby certify that on <u>April 14, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 14, 2025</u>, at San Diego, California.

Andersen Seng
Declarant

*/s/ Andersen Seng*
Signature

SD2021300955
85069059