**CLARKSON LAW FIRM, P.C.**
Arthur Bryant (SBN 208365)
*abryant@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>    Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>*Assigned to Honorable Kimberly J. Mueller*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL NEDA SAGHAFI FOR PLAINTIFFS** |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Neda Saghafi hereby withdraws as counsel for Plaintiffs. Plaintiffs will continue to be represented by counsel Arthur H. Bryant, of Clarkson Law Firm, P.C. Withdrawal of counsel will not delay this litigation or otherwise prejudice any party.

Dated: April 18, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Arthur Bryant*
Arthur Bryant, Esq.
22525 Pacific Coast Highway
Malibu, CA 90265
*abryant@clarksonlawfirm.com*
*Tel: 213-788-4050*

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Eastern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/Arthur H. Bryant*
Arthur H. Bryant

Case No. 1:21-cv-00179-KJM-BAM   -1-
NOTICE OF WITHDRAWAL OF COUNSEL