| | |
|---|---|
| Arthur H. Bryant (SBN 208365) | Scott R. Eldridge (Mich. Bar P66452) |
| **CLARKSON LAW FIRM, P.C.** | Brian M. Schwartz (Mich. Bar P69018) |
| 22525 Pacific Coast Hwy | Erika L. Giroux (Mich. Bar P81998) |
| Malibu, CA 90265 | Ashley N. Higginson (Mich. Bar P83992) |
| Tel.: (213) 788-4050 | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
| Fax: (213) 788-4070 | |
| abryant@clarksonlawfirm.com | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| *Class Counsel* | Tel: (313) 963-6420 |
| | eldridge@millercanfield.com |
| | schwartzb@millercanfield.com |
| | giroux@millercanfield.com |
| | higginson@millercanfield.com |
| | |
| | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**JOINT STATUS REPORT** |

By Order dated April 10, 2025, the Court directed the parties "to meet and confer to determine what merits discovery and supplemental disclosures are necessary for meaningful settlement discussions and file a further joint status report by April 18, 2025." ECF No. 191. In accordance with that order, the parties state that they met and conferred via email and telephone between April 10, 2025 and April 18, 2025 and have agreed upon the content and timing of a supplemental production of documents.

Dated: April 18, 2025

/s/ Arthur H. Bryant (with consent)
Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
260 Madison Ave., 8th Floor
New York, NY 10016
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

Michael A. Caddell (SBN 249469)
Cynthia B. Chapman (SBN 164471)
Amy E. Tabor (SBN 297660)
**CADDELL & CHAPMAN**
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
aet@caddellchapman.com

*Class Counsel*

/s/ Scott R. Eldridge
Scott R. Eldridge (Mich. Bar P66452)
Brian M. Schwartz (Mich. Bar P69018)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

Rob Bonta (SBN 202668)
Jodi L. Cleesattle (SBN 230537)
Jennifer L. Santa Maria (SBN 225875)
**ATTORNEY GENERAL OF CALIFORNIA**
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 738-9099
Fax: (619) 645-2012
Jennifer.SantaMaria@doj.ca.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

> BULLOCK LAW PLLC
>
> */s/ Lori A. Bullock*
> Lori A. Bullock
> lbullock@bullocklawpllc.com