| | |
|---|---|
| Michael A. Caddell (SBN 249469)<br>Cynthia B. Chapman (SBN 164471)<br>Amy E. Tabor (SBN 297660)<br>**CADDELL & CHAPMAN**<br>P.O. Box 1311<br>Monterey, CA 93942<br>Tel.: (713) 751-0400<br>Fax: (713) 751-0906<br>mac@caddellchapman.com<br>cbc@caddellchapman.com<br>aet@caddellchapman.com | Arthur H. Bryant (SBN 208365)<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Hwy<br>Malibu, CA 90265<br>Tel.: (213) 788-4050<br>Fax: (213) 788-4070<br>abryant@clarksonlawfirm.com |

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE CLASS COUNSEL**<br><br>Date: July 10, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 3 – 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am lead counsel for Plaintiffs in this case. I submit this Declaration in support of Plaintiffs' Unopposed Motion to Substitute Class Counsel. I have personal knowledge of the facts set forth herein and could competently testify to them if called upon to do so.

2. I recently opened my own law firm, Arthur Bryant Law, P.C., which has assumed responsibility for the prosecution of this case from Clarkson Law Firm, P.C.

3. The Class Representatives and other Plaintiffs have executed new representation agreements with Arthur Bryant Law, P.C.

4. Prior to filing Plaintiffs' Unopposed Motion to Substitute Class Counsel, I spoke with Clarkson and Co-Class Counsel, Caddell & Chapman. Both confirmed that they consent to and support the proposed substitution.

5. The Class Representatives and other Plaintiffs also support the proposed substitution.

6. I have successfully represented more female student-athletes in Title IX litigation than any lawyer in America. I have litigated sex-discrimination cases brought on behalf of classes of female students since 1983, when he tried and won a landmark case that gained girls admission into Philadelphia's public, previously all-male Central High School. Twice named one of the 100 Most Influential Attorneys in America by *The National Law Journal*, I have appeared in federal and state trial and appellate courts throughout the nation, including the United States Supreme Court. I joined Public Justice (then called Trial Lawyers for Public Justice) in 1984 as its sole staff attorney, became its Executive Director in 1987, its Chairman in 2014, and its Chairman Emeritus in 2019. I have received many awards, including for my Title IX work. For example, I received the Enhanced Opportunity Award for Women's Intercollegiate Athletics from the Council of Collegiate Women Athletic Administrators; was named One of 50 Most Influential People in College Sports by *College Sports* magazine; received an Honorary Degree from Ripon College for playing a "Significant Role in the Rise of Women's Athletics in the United States,"; was named a finalist by the Women's Sports Foundation for the Billie Jean King Contribution Award for "Significant Contribution to the Overall Development of Girls' and Women's Sports"; received

the "Sport At Its Best Award" from the League of Fans for my success advancing equal opportunity in sports; and, in late 2021, was named a Sports Law Trailblazer by *The National Law Journal* for my success representing female and male student-athletes in Title IX litigation. I identified and investigated the claims at issue in this action. I have been involved in every aspect of advancing this action, including by overseeing four successive rounds of class certification briefing and the successful appeal in this action to the Ninth Circuit, and am preparing to represent Plaintiffs at the approaching in-person settlement conference. Carey Alexander, an experienced class action practitioner with experience handling complex litigation, will continue to work on this case with my firm.

7. I am willing to expend the resources needed to successfully resolve this action.

8. Defendants do not oppose the motion or the proposed substitution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 22, 2025            */s/ Arthur H. Bryant*
                                Arthur H. Bryant

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing to all ECF filing participants.

*/s/ Arthur H. Bryant*
Arthur H. Bryant

2

DECLARATION OF ARTHUR H. BRYANT                    Case No. 1:21-cv-00179-KJM-BAM