Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE CLASS COUNSEL**<br><br>Date: July 10, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 3 – 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

1  **THIS MATTER**, having been brought before this Court on Plaintiffs' Unopposed Motion
2  to Substitute Class Counsel, the Court having read all papers, having reviewed Plaintiffs'
3  accompanying Notice of Motion, Plaintiffs' Unopposed Motion to Substitute Class Counsel, and
4  Memorandum of Points and Authorities in Support, Plaintiffs' Unopposed Motion to Substitute
5  Class Counsel is hereby GRANTED.

7  IT IS SO ORDERED.

9  Date: _____                                          _____
                                                              Hon. Kimberly J. Mueller
10                                                            United States District Judge

1

[PROPOSED] ORDER                                                  Case No. 1:21-cv-00179-KJM-BAM