**ARTHUR BRYANT LAW, P.C.**
Arthur Bryant (SBN 208365)
*arthur@arthurbryantlaw.com*
1999 Harrison Street, 18th Floor
Oakland, CA 94612
T: (510) 391-5454

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-00179-KJM-BAM |
| Plaintiffs, | *Assigned to Honorable Kimberly J. Mueller* |
| v. | **NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY ARTHUR BRYANT** |
| CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTESS OF CALIFORNIA STATE UNIVERSITY, | |
| Defendants. | |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Arthur Bryant of ARTHUR BRYANT LAW, P.C, attorney for Plaintiffs has changed his address as follows:

Old Address:        CLARKSON LAW FIRM, P.C.

22525 Pacific Coast Highway

Malibu, CA 90265

Tel: (213) 788-4050

Fax: (213) 788-4070

Email: abryant@clarksonlawfirm.com

New Address:       ARTHUR BRYANT LAW, P.C

1999 Harrison Street, 18th Floor

Oakland, CA 94612

T: (510) 391-5454

arthur@arthurbryantlaw.com

Please update all proofs of service and lists to reflect this change.

Dated: May 23, 2025                 **ARTHUR BRYANT LAW, P.C.**

By: */s/ Arthur Bryant*
Arthur Bryant, Esq.

*Attorney for Plaintiffs*