1  Carey Alexander (SBN 5188461)
   **ARTHUR BRYANT LAW, P.C.**
2  1999 Harrison Street, 18th Floor
   Oakland, CA 94612
3  Tel: (510) 391-5454
   carey@arthurbryantlaw.com
4
   *Attorney for Plaintiffs*
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8  | TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-00179-KJM-BAM |
   | --- | --- |
   | | **NOTICE OF CHANGE OF ADDRESS** |
   | | Judge: Hon. Kimberly J. Mueller |
   | Plaintiffs, | |
   | v. | |
   | CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTESS OF CALIFORNIA STATE UNIVERSITY, | |
   | Defendants. | |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Carey Alexander, attorney for Plaintiffs, has changed his address as follows:

| | |
|---|---|
| Old Address: | CLARKSON LAW FIRM, P.C. |
| | 22525 Pacific Coast Highway |
| | Malibu, CA 90265 |
| | Tel: (213) 788-4050 |
| | Fax: (213) 788-4070 |
| | calexander@clarksonlawfirm.com |
| New Address: | ARTHUR BRYANT LAW, P.C |
| | 1999 Harrison Street, 18th Floor |
| | Oakland, CA 94612 |
| | Tel: (510) 391-5454 |
| | carey@arthurbryantlaw.com |

Please update all proofs of service and lists to reflect this change.

Dated: May 27, 2025         /s/ Carey Alexander
                            Carey Alexander

                            *Attorney for Plaintiffs*