UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, et al., | Case No. 1:21-cv-00179-KJM-BAM |
| Plaintiffs, | ORDER |
| v. | |
| CALIFORNIA STATE UNIVERSITY, FRESNO et al, | |
| Defendants. | |

**THIS MATTER**, having been brought before this Court on Plaintiffs' Unopposed Motion to Substitute Class Counsel, the Court having reviewed the record of this case, having reviewed Plaintiffs' accompanying Notice of Motion, Plaintiffs' Unopposed Motion to Substitute Class Counsel, and Memorandum of Points and Authorities in Support, Plaintiffs' Unopposed Motion to Substitute Class Counsel is hereby **GRANTED**.

The hearing set for July 10, 2025 is **VACATED**.

IT IS SO ORDERED.

Dated: June 2, 2025.

SENIOR UNITED STATES DISTRICT JUDGE

1