Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
carey@arthurbryantlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FRESNO, and BOARD OF TRUSTESS OF CALIFORNIA STATE UNIVERSITY,<br><br>Defendants. | Case No. 1:21-cv-00179-KJM-BAM<br><br>**NOTICE OF WITHDRAWAL**<br><br>Judge: Hon. Kimberly J. Mueller |

1  Please take notice that Carey Alexander hereby withdraws his appearance as counsel for
2  Plaintiffs. Plaintiffs will continue to be represented by all other attorneys of record in the action.

Dated: July 11, 2025

/s/ Carey Alexander
Carey Alexander

*Attorney for Plaintiffs*