| | |
|---|---|
| Arthur H. Bryant (SBN 208365) <br> **ARTHUR BRYANT LAW, P.C.** <br> 1999 Harrison Street, 18th Floor <br> Oakland, CA 94612 <br> Tel: (510) 391-5454 <br> E-mail: abryant@arthurbryantlaw.com <br><br> *Class Counsel for Plaintiffs* <br> *[Additional counsel listed on signature page]* | Scott R. Eldridge, PHV <br> Brian M. Schwartz, PVH <br> Erika L. Giroux, PHV <br> Ashley N. Higginson, PVH <br> **MILLER, CANFIELD, PADDOCK & STONE, P.L.C.** <br> 150 West Jefferson, Suite 2500 <br> Detroit, MI 48226 <br> Tel: (313) 496-7514 <br> eldridge@millercanfield.com <br> schwartzb@millercanfield.com <br> giroux@millercanfield.com <br> higginson@millercanfield.com <br><br> *Attorneys for Defendants* <br> *[Additional counsel listed on signature page]* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TAYLOR ANDERS, HENNESSEY EVANS, ABBIGAYLE ROBERTS, MEGAN WALAITIS, TARA WEIR, and COURTNEY WALBURGER, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA STATE UNIVERSITY, FRESNO and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, <br><br> Defendants. | Case No. 1:21-cv-00179-KJM-BAM <br><br> **NOTICE OF JOINT MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Date:   November 17, 2025 <br> Time:   10:00 a.m. PST <br> Judge: Hon. Kimberly J. Mueller <br> Room:  Robert T. Matsui United States Courthouse, courtroom 3 |

PLEASE TAKE NOTICE THAT, at 10:00 a.m. on November 17, 2025 or such other date and time as the Court may set, in Courtroom 3 of the above-captioned Court, located at Robert T. Matsui United States Courthouse, Fifteenth Floor, Sacramento, California, 95814, the Parties will move this Court for final approval of the parties' class action settlement and for the entry of the Proposed Order included herewith.

This joint motion is based on this Notice of Motion and Motion, a Memorandum of Law, and its Exhibits filed contemporaneously herewith, the pleadings, records, and files in this action, and such other matters as may properly come before this Court.

Dated: November 3, 2025                              Respectfully Submitted,

*Class Counsel for Taylor Anders and Courtney Walburger, individually and on behalf of the classes of similarly situated persons, and other named Plaintiffs, Hennessey Evans, Abbigayle Roberts, Megan Walaitis, and Tara Weir*

 /s/ Lori A. Bullock
Arthur H. Bryant
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
E-mail: abryant@arthurbryantlaw.com


Michael A. Caddell
Cynthia B. Chapman
Amy E. Tabor
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX 77007
Tel: (713) 751-0400
E-mail: mac@caddellchapman.com
          cbc@caddellchapman.com
          aet@caddellchapman.com

Lori Bullock
BULLOCK LAW, PLLC
309 E. 5th Street, Suite 202B
Des Moines, IA 50309
Tel: (515) 423-0551
E-mail: lbullock@bullocklawpllc.com

*Counsel for California State University, Fresno, et al., Defendants*

/s/ *Brian M. Schwartz*
Scott R. Eldridge (Mich. Bar P66452)
Brian M. Schwartz (Mich. Bar P69018)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

Rob Bonta (SBN 202668)
Jodi L. Cleesattle (SBN 230537)
Jennifer L. Santa Maria (SBN 225875)
ATTORNEY GENERAL OF CALIFORNIA
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 738-9099
Fax: (619) 645-2012
Jennifer.SantaMaria@doj.ca.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing upon all ECF participants.

/s/ Lori A. Bullock
Lori A. Bullock