# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAYLOR ANDERS , ET AL. ,**<br><br>v.<br><br>**CALIFORNIA STATE UNIVERSITY, FRESNO , ET AL. ,** | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: **1:21–CV–00179–KJM–BAM** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/19/2025 .**

ENTERED: **November 19, 2025**      /s/  **Keith Holland**
                                                              Clerk of Court